IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK PROTECTION,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.; FORTINET, INC., WATCHGUARD TECHNOLOGIES, INC.; SONICWALL, INC.; DEEP NINES, INC.,<br><br>Defendants.<br>_____ / | No. C 12-01106 WHA<br><br>**ORDER TO SHOW CAUSE REGARDING MISJOINDER** |

The Court is inclined to dismiss all but one of the unrelated defendants for misjoinder under FRCP 21 for the reasons stated in *EIT Holdings LLC v. Yelp! Inc.*, No. C 10-5623 WHA (N.D. Cal. May 12, 2011). The final ruling will be postponed, however, so that counsel may first submit points and authorities on this issue. Any such submissions must be filed by **NOON ON JUNE 13, 2012**. In the responses, please discuss any relationship between defendants.

**IT IS SO ORDERED.**

Dated: June 6, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE