MICHAEL CUKOR (N.Y. Bar No. 3935889)
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 613-2013
Facsimile: (212) 554-9658
E-Mail: mcukor@gibbonslaw.com

VINCENT E. MCGEARY (N.J. Bar No. 041681991)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4837
Facsimile: (973) 639-6477
E-Mail: vmcgeary@gibbonslaw.com

JILL F. KOPEIKIN (Cal. Bar No. 160792)
VALERIE M. WAGNER (Cal. Bar No. 173146)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, California 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-Mail: jkopeikin@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiff
NETWORK PROTECTION SCIENCES, LLC

STEFANI E. SHANBERG (Cal. Bar No. 206717)
ROBIN L. BREWER (Cal. Bar No. 253686)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-Mail: sshanberg@wsgr.com
rbrewer@wsgr.com

Attorneys for Defendant
FORTINET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

NETWORK PROTECTION SCIENCES, LLC

Plaintiff,

vs.

FORTINET, INC.

Defendants.

No. 3:12-CV-01106-WHA

**~~[PROPOSED]~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**

JURY TRIAL DEMANDED

Pursuant to the Case Management Order And Reference To Magistrate Judge For Settlement/Mediation issued by this Court on June 20, 2012 (Dkt. 153), Plaintiff Network Protection Sciences, LLC ("**NPS**") and Defendant Fortinet, Inc. ("**Fortinet**") jointly submit the following proposed schedule for claim construction:

| | |
|---|---|
| P.R. 3-1: Infringement Contentions | August 31, 2012 |
| P.R. 3-2: Document Production Accompanying Infringement Contentions | August 31, 2012 |
| P.R. 3-3: Invalidity Contentions | August 31, 2012 |
| P.R. 3-4: Document Production Accompanying Invalidity Contentions | August 31, 2012 |
| P.R. 4-1: Exchange Proposed Terms and Claim Elements for Construction | September 12, 2012 |
| P.R. 4-2: Exchange Preliminary Claim Constructions and Extrinsic Evidence | September 19, 2012 |
| P.R. 4-3: File Joint Claim Construction and Pre-hearing Statement | October 3, 2012 |
| P.R. 4-4: Completion of Claim Construction Discovery | October 15, 2012 |
| P.R. 4-5(a): Opening Claim Construction Brief | October 24, 2012 |
| P.R. 4-5(b): Responsive Claim Construction Brief | November 8, 2012 |
| P.R. 4-5(c): Reply Claim Construction Brief | November 15, 2012 |
| Claim Construction Tutorial | December 5, 2012 |
| P.R. 4.6: Claim Construction Hearing | December 19, 2012 |

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case3:12-cv-01106-WHA Document156 Filed07/09/12 Page3 of 6

DATED: June 29, 2012

GCA LAW PARTNERS LLP

By: /s/ Jill F. Kopeikin
Jill F. Kopeikin

Counsel for Plaintiff Network Protection Sciences, LLC

Dated: June 29, 2012

WILSON SONSINI GOODRICH & ROSATI

By: /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Defendant Fortinet, Inc.

PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION;
CASE NO. 3:12-CV-01106-WHA

1

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case3:12-cv-01106-WHA Document156 Filed07/09/12 Page4 of 6

**ORDER**

The Court, having considered the [Proposed] Order Re Schedule For Claim Construction jointly submitted by the parties to this action, and finding good cause therefore, IT IS HEREBY ORDERED THAT the foregoing proposed schedule shall be adopted as the Order of this Court.

IT IS SO ORDERED

Dated: July 9, 2012.

WILLIAM ALSUP
JUDGE OF THE DISTRICT COURT

~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION;
CASE NO. 3:12-CV-01106-WHA

2

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

**ATTESTATION**

I, Jill F. Kopeikin, am counsel for Plaintiff Network Protection Sciences, LLC. I am the registered ECF user whose username and password will be used to file this Proposed Order Re Schedule for Claim Construction. In compliance with General Order 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing on behalf of said counsel.

Dated: June 29, 2012

GCA LAW PARTNERS LLP

By: /s/ Jill F. Kopeikin
Jill F. Kopeikin

Attorneys for Plaintiff , LLC

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record for Defendant Fortinet, Inc. being served with a copy of this document via electronic mail on this 29th day of June, 2012.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900