| | |
|---|---|
| MICHAEL CUKOR (N.Y. Bar No. 3935889)<br>GIBBONS P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119-3701<br>Telephone: (212) 613-2013<br>Facsimile: (212) 554-9658<br>E-Mail: mcukor@gibbonslaw.com<br><br>VINCENT E. MCGEARY (N.J. Bar No. 041681991)<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4837<br>Facsimile: (973) 639-6477<br>E-Mail: vmcgeary@gibbonslaw.com<br><br>JILL F. KOPEIKIN (Cal. Bar No. 160792)<br>VALERIE M. WAGNER (Cal. Bar No. 173146)<br>GCA LAW PARTNERS LLP<br>1891 Landings Drive<br>Mountain View, California 94043<br>Telephone: (650) 428-3900<br>Facsimile: (650) 428-3901<br>E-Mail: jkopeikin@gcalaw.com<br>vwagner@gcalaw.com<br><br>Attorneys for Plaintiff<br>NETWORK PROTECTION SCIENCES, LLC | STEFANI E. SHANBERG (Cal. Bar No. 206717)<br>ROBIN L. BREWER (Cal. Bar No. 253686)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>E-Mail: sshanberg@wsgr.com<br>rbrewer@wsgr.com<br><br>Attorneys for Defendant<br>FORTINET, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>FORTINET, INC.<br><br>　　　　Defendants. | No.   3:12-CV-01106-WHA<br><br>[~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION<br><br>JURY TRIAL DEMANDED |

[~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION;
CASE NO. 3:12-CV-01106-WHA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Pursuant to the Case Management Order And Reference To Magistrate Judge For Settlement/Mediation issued by this Court on June 20, 2012 (Dkt. 153), Plaintiff Network Protection Sciences, LLC ("**NPS**") and Defendant Fortinet, Inc. ("**Fortinet**") jointly submit the following proposed schedule for claim construction:

| | |
|---|---|
| P.R. 3-1: Infringement Contentions | August 31, 2012 |
| P.R. 3-2: Document Production Accompanying Infringement Contentions | August 31, 2012 |
| P.R. 3-3: Invalidity Contentions | August 31, 2012 |
| P.R. 3-4: Document Production Accompanying Invalidity Contentions | August 31, 2012 |
| P.R. 4-1: Exchange Proposed Terms and Claim Elements for Construction | September 12, 2012 |
| P.R. 4-2: Exchange Preliminary Claim Constructions and Extrinsic Evidence | September 19, 2012 |
| P.R. 4-3: File Joint Claim Construction and Pre-hearing Statement | October 3, 2012 |
| P.R. 4-4: Completion of Claim Construction Discovery | October 15, 2012 |
| P.R. 4-5(a): Opening Claim Construction Brief | October 24, 2012 |
| P.R. 4-5(b): Responsive Claim Construction Brief | November 8, 2012 |
| P.R. 4-5(c): Reply Claim Construction Brief | November 15, 2012 |
| Claim Construction Tutorial | December 5, 2012 |
| P.R. 4.6: Claim Construction Hearing | December 19, 2012 |

[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION;
CASE NO. 3:12-CV-01106-WHA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

DATED: June 29, 2012               GCA LAW PARTNERS LLP


                                   By:   /s/ Jill F. Kopeikin
                                         Jill F. Kopeikin

                                   Counsel for Plaintiff Network
                                   Protection Sciences, LLC



Dated:   June 29, 2012             WILSON SONSINI GOODRICH & ROSATI

                                   By: /s/ Stefani E. Shanberg
                                         Stefani E. Shanberg

                                   Attorneys for Defendant Fortinet, Inc.

PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION;
CASE NO. 3:12-CV-01106-WHA

1

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

## ORDER

The Court, having considered the [Proposed] Order Re Schedule For Claim Construction jointly submitted by the parties to this action, and finding good cause therefore, IT IS HEREBY ORDERED THAT the foregoing proposed schedule shall be adopted as the Order of this Court.

IT IS SO ORDERED

Dated: July 9, 2012.

_____
WILLIAM ALSUP
JUDGE OF THE DISTRICT COURT

~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION;
CASE NO. 3:12-CV-01106-WHA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

2

1 **ATTESTATION**

2      I, Jill F. Kopeikin, am counsel for Plaintiff Network Protection Sciences, LLC.  I

3 am the registered ECF user whose username and password will be used to file this

4 Proposed Order Re Schedule for Claim Construction.  In compliance with General Order

5 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing

6 on behalf of said counsel.

7 Dated:   June 29, 2012                                         GCA LAW PARTNERS LLP

8                                                                                   By: /s/ Jill F. Kopeikin
                                                                                          Jill F. Kopeikin
9
                                                                                   Attorneys for Plaintiff , LLC
10

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION;
CASE NO. 3:12-CV-01106-WHA

3

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record for Defendant Fortinet, Inc. being served with a copy of this document via electronic mail on this 29th day of June, 2012.

~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION;
CASE NO. 3:12-CV-01106-WHA

4

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900