UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETWORK PROTECTION

    Plaintiff(s),                            No. C-12-01106 WHA (EDL)

    v.                                     NOTICE OF CONTINUANCE
                                      OF SETTLEMENT CONFERENCE

JUNIPER NETWORKS, et al.

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for October 10, 2012 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until November 2, 2012, at 9:30 a.m.

Settlement Conference statements, if not previously submitted, are due October 23, 2012. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: September 4, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge