JOHN M. NEUKOM (State Bar No. 275887)
ANDREW M. HOLMES (State Bar No. 260475)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700
E-Mail:       johnneukom@quinnemanuel.com
                   drewholmes@quinnemanuel.com

Attorneys for Defendant
FORTINET, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC, | Case No. 3:12-cv-01106-WHA |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT FORTINET, INC. |
| FORTINET, INC., | |
| Defendant. | |

Having reviewed the Notice of Appearance and Substitution of Counsel for Defendant Fortinet, Inc., based on consent, and the lack of an opposition;

IT IS HEREBY ORDERED THAT Stefani E. Shanberg and Robin L. Brewer of Wilson Sonsini Goodrich & Rosati, Professional Corporation, be permitted to withdraw as counsel of record, and John M. Neukom and Andrew M. Holmes of Quinn Emanuel Urquhart & Sullivan, LLP, may appear as substitute counsel of record for Defendant Fortinet, Inc.  The Court's ECF system shall be updated to reflect these changes.

Dated: __October 17, 2012._____

_____
William Alsup
United States District Judge