1  JOHN M. NEUKOM (State Bar No. 275887)
   ANDREW M. HOLMES (State Bar No. 260475)
2  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone:  (415) 875-6600
4  Facsimile:   (415) 875-6700
   E-Mail:      johnneukom@quinnemanuel.com
5              drewholmes@quinnemanuel.com

6  Attorneys for Defendant
   FORTINET, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC, | Case No. 3:12-cv-01106-WHA |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT FORTINET, INC. |
| FORTINET, INC., | |
| Defendant. | |

Having reviewed the Notice of Appearance and Substitution of Counsel for Defendant Fortinet, Inc., based on consent, and the lack of an opposition;

IT IS HEREBY ORDERED THAT Stefani E. Shanberg and Robin L. Brewer of Wilson Sonsini Goodrich & Rosati, Professional Corporation, be permitted to withdraw as counsel of record, and John M. Neukom and Andrew M. Holmes of Quinn Emanuel Urquhart & Sullivan, LLP, may appear as substitute counsel of record for Defendant Fortinet, Inc.  The Court's ECF system shall be updated to reflect these changes.

Dated: __October 17, 2012._____

_____
William Alsup
United States District Judge

[~~PROPOSED~~] ORDER GRANTING
SUBSTITUTION OF COUNSEL
Case No. 3:12-cv-01106-WHA