UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| NETWORK PROTECTION SCIENCES, LLC | No. 3:12-CV-01106-WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER ON UNOPPOSED ADMINISTRATIVE MOTION FOR THE ISSUANCE OF LETTERS ROGATORY |
| vs. | |
| FORTINET, INC. | |
| Defendants. | |

Order on Unopposed Administrative Motion for Issuance of Letters Rogatory
CASE NO. 3:12-CV-01106-WHA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

1

This Court, having considered the Unopposed Administrative Motion for the Issuance of Letter Rogatory filed by Plaintiff Network Protection Sciences LLC brought pursuant to Civil Local Rules 7-11 and consistent with Fed. R. Civ. P. 28(b) and 34(c), seeking the issuance of Letters Rogatory to the appropriate judicial authority of Canada in order to compel the oral testimony and the disclosure of documents from non-party witnesses John Alsop, Glenn Mackintosh, Steven Lamb, Rayan Zachariassen, Rod Adkins, Omaya Elguindi, and Andrew Flint.

Having considered the motion, and any other matters deemed to be appropriate by the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Plaintiff, Network Protection Sciences, LLC motion for Issuance of Letters Rogatory is hereby GRANTED

The Unopposed Administrative Motion for Issuance of Letters Rogatory is GRANTED.  The court will sign and affix its seal to each of the letters rogatory submitted and return the letters with original signatures and seals to Plaintiff's counsel for forwarding to the applicable Canadian court.

IT IS SO ORDERED.

This order is without prejudice to possible objections by the respondents that the discovery requests are overbroad and burdensome, which objections will be heard in due course by the Canadian courts.

Date:   April 23, 2013.

_____
Honorable William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
U.S.A

Order on Unopposed Administrative Motion for Issuance of Letters Rogatory
CASE NO. 3:12-CV-01106-WHA

1

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900