MICHAEL CUKOR (NY Bar No. 3935889)
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Tel: (212) 613-2013
Fax: (212) 554-9658
Email: mcukor@gibbonslaw.com

VINCENT E. MCGEARY (NJ Bar No. 041681991)
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4837
Fax: (973) 639-6477
Email: vmcgeary@gibbonslaw.com

JILL F. KOPEIKIN (CA Bar No. 160792)
VALERIE M. WAGNER (CA Bar No. 173146)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Tel:  (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiff
Network Protection Sciences, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>FORTINET, INC.<br><br>    Defendant. | No.   3:12-CV-01106-WHA<br><br>**PLAINTIFF NETWORK PROTECTION SCIENCES LLC'S NOTICE OF NARROWING CLAIMS**<br><br>JURY TRIAL DEMANDED |

NETWORK PROTECTION SCIENCES, LLC'S NOTICE OF NARROWING CLAIMS;
.Case No. 3:12-CV-01106 -WHA

941992 v1
998-00014

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Plaintiff Network Protection Sciences, LLC ("NPS") hereby confirms the unilateral narrowing of asserted claims on May 30, 2013. Following the voluntary narrowing of claims, NPS hereby asserts claims 10, 19, 29, 43, and 57.

Respectfully submitted,

[SIGNATURE NEXT PAGE]

#1941992 v1
099998-00014

Respectfully submitted,

Dated:  May 31, 2013

GCA LAW PARTNERS LLP

By: /s/ *Michael Cukor*
Jill F. Kopeikin
Valerie M. Wagner
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, California 94043
650-428-3900
650-428-3901 (fax)
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Michael Cukor
Gibbons PC
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
212-613-2013
212-554-9658 (fax)
mcukor@gibbonslaw.com

Vincent E. McGeary
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4837
973-639-6477 (fax)
vmcgeary@gibbonslaw.com

COUNSEL FOR PLAINTIFF
NETWORK PROTECTION SCIENCES, LLC

3

#1941992 v1
099998-00014