| | |
|---|---|
| MICHAEL CUKOR (*Pro Hac Vice*) | JOHN M. NEUKOM (SBN 275887) |
| GIBBONS P.C. | ANDREW M. HOLMES (SBN 260475) |
| One Pennsylvania Plaza, 37th Floor | QUINN EMANUEL URQUHART & |
| New York, New York  10119-3701 | SULLIVAN, LLP |
| Tel:         (212) 613-2013 | 50 California Street, 22nd Floor |
| Fax:        (212) 554-9658 | San Francisco, California 94111 |
| mcukor@gibbonslaw.com | Tel: 415-875-6600 |
| | Fax: 415-875-6700 |
| VINCENT E. MCGEARY (*Pro Hac Vice*) | johnneukom@quinnemanuel.com |
| GIBBONS P.C. | drewholmes@quinnemanuel.com |
| One Gateway Center | |
| Newark, New Jersey  07102-5310 | |
| Tel:         (973) 596-4837 | Attorneys for Defendant |
| Fax:        (973) 639-6477 | FORTINET, INC. |
| vmcgeary@gibbonslaw.com | |

JILL F. KOPEIKIN (SBN 160792)
VALERIE M. WAGNER (SBN 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 500
Mountain View, California  94040
Tel:         (650) 428-3900
Fax:        (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiff
NETWORK PROTECTION SCIENCES, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC | No.   3:12-CV-01106-WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER ADOPTING STIPULATION TO EXTEND CERTAIN DEADLINES RELATING TO EXPERT WITNESSES |
| vs. | |
| FORTINET, INC. | |
| Defendants. | |

[~~Proposed~~] Order;
Case No. 3:12-Cv-01106-WHA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

1

1  The Parties' Joint Administrative Motion made pursuant to Civil Local Rules 6-1(b),
2  7-11 and 7-12 came before this Court.
3  The Court having considered the Stipulation of the Parties, and finding good cause
4  therefore, IT IS HEREBY ORDERED THAT the deadline set forth in the CASE
5  MANAGEMENT ORDER AND REFERENCE TO MAGISTRATE JUDGE FOR
6  SETTLEMENT/MEDIATION (Dkt. No. 153) shall be modified as follows:

1. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("**opening reports**") shall be continued from June 28, 2013 to July 3, 2013;

2. The deadline for all parties to disclose any expert report on the same issue ("**opposition reports**") shall be continued from July 12, 2013 to July 17, 2013;

3. The deadline by which the party with the burden of proof must disclose any reply reports rebutting specific material in opposition reports shall be continued from July 19, 2013 to July 24, 2013.

4. No other deadlines will be affected by this [Proposed] Order.

IT IS SO ORDERED

Dated: June 10, 2013              By: _____

Honorable William H. Alsup
District Court Judge

[Proposed] Order;
Case No. 3:12-Cv-01106-WHA

1

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900