IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FORTINET, INC.,<br><br>  Defendant. | No. C 12-01106 WHA<br><br>**ORDER DENYING *PRO HAC VICE* APPLICATION OF ATTORNEY ANDREW MACARTHUR** |

Attorney Andrew MacArthur, an associate working under the supervision of lead attorney *pro hac vice* Michael Cukor, moves for admission *pro hac vice* (Dkt. Nos. 208, 210). Defendant objects, and plaintiff admits, that Attorney MacArthur appeared in three depositions in this action prior to filing his application. Attorney MacArthur, Attorney Cukor, and local counsel Jill Kopeikin have submitted sworn declarations apologizing to the Court and stating that Attorney MacArthur's failure to timely seek admission was inadvertent (Dkt. Nos. 210-1–210-3).

Attorney MacArthur's conduct violated Local Rules 11-1 and 11-3. Nevertheless, on the present record, Attorney MacArthur's conduct does not rise to a level that warrants a referral to the standing committee or other sanction under Local Rule 11-8. Attorney MacArthur's *pro hac vice* application, however, shall be **DENIED**.

**IT IS SO ORDERED.**

Dated: June 21, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE