# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>　　Plaintiff,<br><br>　　v.<br><br>FORTINET, INC.<br><br>　　Defendant. | No.  3:12-CV-01106-WHA<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF KEALA F. CHAN AS COUNSEL OF RECORD** |

　　The Court having considered the request by Defendant Fortinet, Inc. to withdraw Keala F. Chan as counsel of record, the request is hereby GRANTED.

　　IT IS SO ORDERED.

DATED: _____July 1, 2013._____    _____/s/ William Alsup_____
　　　　　　　　　　　　　　　　　　The Honorable William H. Alsup
　　　　　　　　　　　　　　　　　　United States District Judge