UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>  Plaintiff,<br><br>  v.<br><br>FORTINET, INC.<br><br>  Defendant. | No.  3:12-CV-01106-WHA<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF KEALA F. CHAN AS COUNSEL OF RECORD** |

The Court having considered the request by Defendant Fortinet, Inc. to withdraw Keala F. Chan as counsel of record, the request is hereby GRANTED.

IT IS SO ORDERED.

DATED: July 1, 2013.

The Honorable William H. Alsup
United States District Judge