JOHN M. NEUKOM (SBN 275887)
ANDREW M. HOLMES (SBN 260475)
WILLIAM C. COOPER (SBN 279385)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: 415-875-6600
Fax: 415-875-6700
johnneukom@quinnemanuel.com
drewholmes@quinnemanuel.com
willcooper@quinnemanuel.com

Attorneys for Defendant
FORTINET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>FORTINET, INC.<br><br>    Defendant. | No.   3:12-CV-01106-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF (CIVIL L.R. 7-11) TO FILE SUPPLEMENTAL MATERIAL |

The Court hereby ORDERS THAT Defendant Fortinet, Inc., may file a Statement of Supplemental Material, supplemental material, and a declaration regarding the supplemental material, in the form of Exhibits A, B and C attached to Fortinet's "Motion for Miscellaneous Administrative Relief (Civil L.R. 7-11) To File Supplemental Material."

DATE:  July 22 , 2013            _____
                                  The Honorable William H. Alsup
                                  U.S. District Judge