JOHN M. NEUKOM (SBN 275887)
ANDREW M. HOLMES (SBN 260475)
WILLIAM O. COOPER (SBN 279385)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: 415-875-6600
Fax: 415-875-6700
johnneukom@quinnemanuel.com
drewholmes@quinnemanuel.com
willcooper@quinnemanuel.com

Attorneys for Defendant
FORTINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FORTINET, INC.,<br><br>Defendant. | NO. 3:12-CV-01106-WHA<br><br>**FORTINET, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF FORTINET, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 5, 2013<br>Time: 8:00 a.m.<br>Judge: William H. Alsup |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on September 5, 2013, in Courtroom 8 of the United States District Court for the Northern District of California, the Honorable William H. Alsup presiding, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, CA 94102, defendant Fortinet, Inc. ("Fortinet"), will and hereby does move the Court for an order permitting Fortinet to file under seal and maintain the confidentiality of certain exhibits offered in support of Fortinet's Motion for Summary Judgment, filed herewith (the "Motion for Summary Judgment"), as more fully set forth in the Declaration of Andrew M. Holmes (the "Holmes Declaration").

Good cause exists to grant this motion to seal. As set forth in detail in the Holmes Declaration, the basis for this motion is that the information contained in Exhibits 2, 3, 4, 5, 10, and 12 to the Declaration of Andrew M. Holmes in support of the Motion for Summary Judgment contains (1) Fortinet's non-public, proprietary source code and default configuration files including expert analysis of the same; (2) non-public, highly confidential technical documents relating to proprietary concepts in Fortinet's products; (3) non-public, highly confidential deposition testimony relating to internal Fortinet technical documents, source code, and related proprietary concepts in Fortinet's products; and (4) non-public, highly confidential technology licenses and agreements between Fortinet and third parties that contain sensitive financial, technical, and other non-public business information. All of this information is highly sensitive, non-public, and extremely valuable to Fortinet's business operation, and public disclosure would cause harm to Fortinet and place it at a competitive disadvantage. Furthermore, all of this information has been designated by Fortinet as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" in accordance with the Protective Order entered in this action.

For the foregoing reasons, Fortinet respectfully requests that the Court grant its motion for leave to file under seal the limited information contained in these exhibits. Pending the Court's resolution of this motion to seal, the documents containing the confidential information subject to this motion are being lodged with the Court in their unredacted form, and public redacted versions of the same are being filed with the Court.

DATED: August 1, 2013          Respectfully submitted,

By /s/ *John M. Neukom*
John M. Neukom
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700
johnneukom@quinnemanuel.com

Attorneys for Defendant FORTINET, INC.