1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11
12

| | |
|---|---|
| 13 NETWORK PROTECTION SCIENCES, LLC, | CASE NO. 3:12-CV-01106-WHA |
| 14 | **[PROPOSED] ORDER GRANTING FORTINET, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF FORTINET, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| 15     Plaintiff, | |
| 16   vs. | |
| 17 FORTINET, INC., | |
| 18     Defendant. | |

19
20
21
22
23
24
25
26
27
28

**PROPOSED ORDER**

Before the Court is Defendant Fortinet, Inc.'s ("Fortinet") Administrative Motion to File Documents Under Seal in Support of Fortinet, Inc.'s Motion For Summary Judgment, requesting that Exhibits 2, 3, 4, 5, 10, and 12 to the Declaration of Andrew M. Holmes in support of Fortinet's Motion for Summary Judgment be filed under seal.

After considering Fortinet's motion and supporting evidence, and it appearing to the Court that good cause exists for the granting of the motion, Fortinet's motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT the following documents, which have been lodged with this Court, be filed under seal:

1. **Exhibit 2** to the Declaration of Andrew M. Holmes in support of Fortinet's Motion for Summary Judgment;

2. **Exhibit 3** to the Declaration of Andrew M. Holmes in support of Fortinet's Motion for Summary Judgment;

3. **Exhibit 4** to the Declaration of Andrew M. Holmes in support of Fortinet's Motion for Summary Judgment;

4. **Exhibit 5** to the Declaration of Andrew M. Holmes in support of Fortinet's Motion for Summary Judgment;

5. **Exhibit 10** to the Declaration of Andrew M. Holmes in support of Fortinet's Motion for Summary Judgment; and

6. **Exhibit 12** to the Declaration of Andrew M. Holmes in support of Fortinet's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: August 5, 2013.

_____
Hon. William H. Alsup
United States District Court Judge