MICHAEL CUKOR (NY Bar No. 3935889)
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Tel: (212) 613-2013
Fax: (212) 554-9658
Email: mcukor@gibbonslaw.com

VINCENT E. MCGEARY (NJ Bar No. 041681991)
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4837
Fax: (973) 639-6477
vmcgeary@gibbonslaw.com

JILL F. KOPEIKIN (CA Bar No. 160792)
VALERIE M. WAGNER (CA Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 500
Mountain View, CA  94040
Tel:  (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiff
Network Protection Sciences, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>    Plaintiff,<br><br>    vs.<br><br>FORTINET, INC.<br><br>    Defendants. | No.   3:12-CV-01106-WHA<br><br>[~~PROPOSED~~ ORDER] ON STIPULATION FOR CONTINUANCE OF SEPTEMBER 5, 2013 HEARING ON FORTINET, INC'S MOTION FOR SUMMARY JUDGMENT FOR NON-INFRINGEMENT<br><br>Date: September 5, 2013<br>Time: 8:00 a.m.<br>Judge:  William H. Alsup |

[~~Proposed~~] Order Re:  Stipulation for Continuance of September 5, 1013 Hearing on Fortinet, Inc's Motion for Summary Judgment for Non-Infringement; CASE NO. 3:12-CV-01106-WHA

1  The Parties' Stipulation for Continuance of September 5, 2013, on Defendant Fortinet,
2  Inc.'s Motion for Summary Judgment for Non-Infringement, made pursuant to Local Rules 6-
3  1(b) and 6-2, came before this Court.
4  The Court having considered the Parties' Stipulation, and finding good cause
5  therefore, IT IS HEREBY ORDERED THAT the hearing on Defendant Fortinet, Inc.'s
6  Motion for Summary Judgment for Non-Infringement shall be continued from September 5,
7  2013, at 8:00 a.m. to **September 26 at 8:00 a.m.**
8  All other dates shall remain the same.
9  IT IS SO ORDERED.

Dated: August 23, 2013           By: _____
                                     The Honorable William H. Alsup
                                     District Court Judge
                                     Northern District of California.

[Proposed] Order Re: Stipulation for Continuance of September 5, 1013 Hearing on Fortinet, Inc's Motion for Summary Judgment for Non-Infringement; CASE NO. 3:12-CV-01106-WHA          1

GCA Law Partners LLP
2570 W. El Camino Real, Suite 500
Mountain View, CA 94040
(650)428-3900