Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Network Protection Sciences, LLC

Plaintiff(s),

v.

Fortinet, Inc.

Defendant(s).

Case No: 3:12-CV-1106

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Jillian A. Centanni, an active member in good standing of the bar of Supreme Court of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Network Protection Sciences in the above-entitled action. My local co-counsel in this case is Jill F. Kopeikin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Gibbons P.C. One Gateway Center, Newark, NJ 07102 | GCA Law Partners, LLP, 2570 W. El Camino Real, Suite 510, Mountain View, CA 94040 |
| MY TELEPHONE # OF RECORD: (973) 596-4747 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 428-3900 |
| MY EMAIL ADDRESS OF RECORD: jcentanni@gibbonslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jkopeikin@gcalaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 011632011.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 23, 2013

Jillian A. Centanni
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 3, 2013.

William Alsup
United States District Judge

PRO HAC VICE APPLICATION & ORDER