Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Network Protection Sciences, LLC

Plaintiff(s),

v.

Fortinet, Inc.

Defendant(s).

Case No: 3:12-CV-1106

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, _Jillian A. Centanni_, an active member in good standing of the bar of _Supreme Court of New Jersey_, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _Plaintiff Network Protection Sciences_ in the above-entitled action. My local co-counsel in this case is _Jill F. Kopeikin_, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Gibbons P.C.
One Gateway Center, Newark, NJ 07102

MY TELEPHONE # OF RECORD:
(973) 596-4747

MY EMAIL ADDRESS OF RECORD:
jcentanni@gibbonslaw.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
GCA Law Partners, LLP, 2570 W. El Camino
Real, Suite 510, Mountain View, CA 94040

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(650) 428-3900

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
jkopeikin@gcalaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _011632011_.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 23, 2013

_Jillian A. Centanni_
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 3, 2013.

William Alsup
United States District Judge

PRO HAC VICE APPLICATION & ORDER