IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC, | No. C 12-01106 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART REQUEST TO WITHDRAW AS COUNSEL** |
| FORTINET, INC., | |
| Defendant. | |

Certain counsel of record for plaintiff Network Protection Sciences, LLC have filed a request to withdraw as counsel of record and to be removed from CM/ECF distribution. Subject to the condition below, the following counsel are terminated as counsel of record for plaintiff:

- S. Calvin Capshaw
- Elizabeth L. DeRieux
- D. Jeffrey Rambin
    - Firm: Capshaw DeRieux, LLP, 114 E. Commerce Ave., Gladewater, TX 75647

The remaining counsel of record for Plaintiff are:

- Bruno W. Tarabichi
- David Richard Owens
    - Firm: Owens Tarabichi LLP, 111 N. Market Street, Suite 730, San Jose, CA 95113

- Michael Cukor
- Andrew Peter MacArthur
- Jillian Alexandria Centanni
- Vincent E. McGeary
    - Firm: Gibbons PC, One Pennsylvania Plaza, New York City, NY 10019

- Carrie A Longstaff

- Firm: Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111

- Jill Fawn Kopeikin
- Valerie Margo Wagner
  - Firm: GCA LAW PARTNERS LLP, 2570 W. El Camino Real, Suite 510 Mountain View, CA 94040

The condition is that a prior order herein found that plaintiff has engaged in litigation misconduct in this action (Dkt. No. 246 at 11). The extent to which the three Texas counsel being relieved by this order are responsible for this conduct is yet to be determined. The request to withdraw as counsel of record is **GRANTED**. Nevertheless, the three Texas counsel shall remain subject to the jurisdiction of the Court for purpose of determining whether they shall be subject to sanctions such as an attorney's fees or other relief.

For now, the request for removal from CM/ECF distribution is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2