**United States District Court**
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT

7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   NETWORK PROTECTION SCIENCES,              No. C 12-01106 WHA
     LLC,
11
12              Plaintiff,
                                               **ORDER GRANTING IN PART**
13      v.                                     **REQUEST TO WITHDRAW AS**
                                               **COUNSEL**
14   FORTINET, INC.,

15              Defendant.
                                          /
16
17          Certain counsel of record for plaintiff Network Protection Sciences, LLC have filed a

18   request to withdraw as counsel of record and to be removed from CM/ECF distribution.  Subject

19   to the condition below, the following counsel are terminated as counsel of record for plaintiff:

20          •       S. Calvin Capshaw
            •       Elizabeth L. DeRieux
21          •       D. Jeffrey Rambin
                    •       Firm:  Capshaw DeRieux, LLP, 114 E. Commerce Ave., Gladewater, TX
22                          75647

23   The remaining counsel of record for Plaintiff are:

24          •       Bruno W. Tarabichi
            •       David Richard Owens
25                  •       Firm:  Owens Tarabichi LLP, 111 N. Market Street, Suite 730, San Jose,
                            CA 95113
26
            •       Michael Cukor
27          •       Andrew Peter MacArthur
            •       Jillian Alexandria Centanni
28          •       Vincent E. McGeary
                    •       Firm: Gibbons PC, One Pennsylvania Plaza, New York City, NY 10019

            •       Carrie A Longstaff

1  •         Firm: Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY
           10111

2

3  •    Jill Fawn Kopeikin
   •    Valerie Margo Wagner
         •        Firm: GCA LAW PARTNERS LLP, 2570 W. El Camino Real, Suite 510

4             Mountain View, CA 94040

5       The condition is that a prior order herein found that plaintiff has engaged in litigation

6  misconduct in this action (Dkt. No. 246 at 11). The extent to which the three Texas counsel

7  being relieved by this order are responsible for this conduct is yet to be determined. The request

8  to withdraw as counsel of record is **GRANTED**. Nevertheless, the three Texas counsel shall

9  remain subject to the jurisdiction of the Court for purpose of determining whether they shall be

10  subject to sanctions such as an attorney's fees or other relief.

11       For now, the request for removal from CM/ECF distribution is **DENIED**.

12

13       **IT IS SO ORDERED.**

14

15  Dated: September 10, 2013.

                            WILLIAM ALSUP

16                              UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California