UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>  Plaintiff,<br><br>  vs.<br><br>FORTINET, INC.<br><br>  Defendants. | No.  3:12-CV-01106-WHA<br><br>**[PROPOSED] ORDER GRANTING NETWORK PROTECTION SCIENCES LLC.'S ADMINISTRATIVE MOTION FOR A SEALING ORDER RE: DOCUMENTS IN SUPPORT OF OPPOSITION TO FORTINET, INC.'S MOTION FOR SUMMARY JUDGMENT –**<br><br>**<u>DOCUMENTS DESIGNATED BY MEGAPATH</u>**<br><br>Date:  September 5, 2013<br>Time:  8:00 a.m.<br>Judge:  William H. Alsup |

[Proposed] Sealing Order;
CASE NO. 3:12-CV-01106-WHA

GCA Law Partners LLP
2570 W. El Camino Real, Suite 500
Mountain View, CA  94040
(650)428-3900

**PROPOSED ORDER**

Before the Court is the Network Protection Sciences LLC's ("NPS") Administrative Motion for a Sealing Order Re: Opposition to Fortinet, Inc.'s Motion for Summary Judgment – Documents Designated by MegaPath. Docket # 244.

After considering NPS' motion and supporting evidence providedvia , and it appearing to the Court that good cause exists for the granting of the motion, NPS's Administrative Motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT the following documents, which have been lodged with this Court, be filed under seal:

Exhibit 7 to the Declaration of Jill F. Kopeikin in support of Network Protection Sciences LLC's Opposition to Fortinet, Inc.'s Motion for Summary Judgment for Non-Infringement.

IT IS SO ORDERED

Dated:   September 12, 2013.

By: _____
The Honorable William H. Alsup
District Court Judge

GCA Law Partners LLP
2570 W. El Camino Real, Suite 500
Mountain View, CA 94040
(650)428-3900

[Proposed] Sealing Order;
CASE NO. 3:12-CV-01106-WHA