UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>FORTINET, INC.,<br><br>            Defendant. | CASE NO. 3:12-CV-01106-WHA<br><br>**[PROPOSED] ORDER GRANTING FORTINET, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF FORTINET, INC.'S MOTION TO STRIKE AND EXCLUDE EXPERT TESTIMONY OF DR. ANGELOS KEROMYTIS** |

|  |  |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |

1
2   Before the Court is Defendant Fortinet, Inc.'s ("Fortinet") Administrative Motion
3   to File Documents Under Seal in Support of Fortinet, Inc.'s Motion to Strike and Exclude Expert
4   Testimony of Dr. Angelos Keromytis, requesting that Exhibit 7 to the Declaration of Andrew M.
5   Holmes in support of Fortinet's Motion to Strike and Exclude Expert Testimony of Dr. Angelos
6   Keromytis be filed under seal.

7   After considering Fortinet's motion and supporting evidence, and it appearing to
8   the Court that good cause exists for the granting of the motion, Fortinet's motion is hereby
9   GRANTED.

10   IT IS HEREBY ORDERED THAT the following document, which has been
11   lodged with this Court, be filed under seal:

12   **Exhibit 7** to the Declaration of Andrew M. Holmes in support of Fortinet's Motion
13   to Strike and Exclude Expert Testimony of Dr. Angelos Keromytis.

**IT IS SO ORDERED.**

Dated:   September 12, 2013.

_____
Hon. William H. Alsup
United States District Court Judge