1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| NETWORK PROTECTION SCIENCES, LLC, | CASE NO. 3:12-CV-01106-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING FORTINET, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF FORTINET, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| FORTINET, INC., | |
| Defendant. | |

## ~~PROPOSED~~ ORDER

Before the Court is Defendant Fortinet, Inc.'s ("Fortinet") Administrative Motion to File Documents Under Seal in Support of Fortinet, Inc.'s Reply in support of its Motion for Summary Judgment, requesting that Exhibit 14 to the Reply Declaration of John M. Neukom in support of Fortinet's Reply in support of its Motion for Summary Judgment be filed under seal.

After considering Fortinet's motion and supporting evidence, and it appearing to the Court that good cause exists for the granting of the motion, Fortinet's motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT the following document, which has been lodged with this Court, be filed under seal:

**Exhibit 14** to the Reply Declaration of John M. Neukom in support of Fortinet's Reply in support of its Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: September 12, 2013.

_____
Hon. William H. Alsup
United States District Court Judge