1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC, | CASE NO. 3:12-CV-01106-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FORTINET, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF FORTINET, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| FORTINET, INC., | |
| Defendant. | |

19

20

21

22

23

24

25

26

27

28

Case No. 3:12-CV-01106-WHA

1

**~~PROPOSED~~ ORDER**

2          Before the Court is Defendant Fortinet, Inc.'s ("Fortinet") Administrative Motion

3    to File Documents Under Seal in Support of Fortinet, Inc.'s Reply in support of its Motion for

4    Summary Judgment, requesting that Exhibit 14 to the Reply Declaration of John M. Neukom in

5    support of Fortinet's Reply in support of its Motion for Summary Judgment be filed under seal.

6          After considering Fortinet's motion and supporting evidence, and it appearing to

7    the Court that good cause exists for the granting of the motion, Fortinet's motion is hereby

8    GRANTED.

9          IT IS HEREBY ORDERED THAT the following document, which has been

10   lodged with this Court, be filed under seal:

11          **Exhibit 14** to the Reply Declaration of John M. Neukom in support of Fortinet's

12   Reply in support of its Motion for Summary Judgment.

13

14

15   **IT IS SO ORDERED.**

16   Dated:    September 12, 2013.    _____

17                                   Hon. William H. Alsup
                                     United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28