UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FORTINET, INC.,<br><br>Defendant. | CASE NO. 3:12-CV-01106-WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING FORTINET, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF FORTINET, INC.'S MOTION TO STRIKE EXPERT REPORT AND TO EXCLUDE TESTIMONY OF JOHN JAROSZ** |

# **PROPOSED ORDER**

1. Before the Court is Defendant Fortinet, Inc.'s ("Fortinet") Administrative Motion to File Documents Under Seal in Support of Fortinet, Inc.'s Motion to Strike and Exclude the Expert Testimony of John C. Jarosz, requesting that Exhibits 2, 3, 4, 6, and 7 to the Declaration of William O. Cooper in Support of Fortinet's Motion to Strike Expert Report and to Exclude Testimony of John C. Jarosz be filed under seal.

After considering Fortinet's motion and supporting evidence, and it appearing to the Court that good cause exists for the granting of the motion, Fortinet's motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT the following documents, which have been lodged with this Court, be filed under seal:

1. **Exhibit 1** to the Declaration of William O. Cooper in support of Fortinet's Motion to Strike Expert Report and to Exclude Testimony;

2. **Exhibit 2** to the Declaration of William O. Cooper in support of Fortinet's Motion to Strike Expert Report and to Exclude Testimony;

3. **Exhibit 3** to the Declaration of William O. Cooper in support of Fortinet's Motion to Strike Expert Report and to Exclude Testimony;

4. **Exhibit 4** to the Declaration of William O. Cooper in support of Fortinet's Motion to Strike Expert Report and to Exclude Testimony;

5. **Exhibit 6** to the Declaration of William O. Cooper in support of Fortinet's Motion to Strike Expert Report and to Exclude Testimony;

6. **Exhibit 7** to the Declaration of William O. Cooper in support of Fortinet's Motion to Strike Expert Report and to Exclude Testimony.

1  **IT IS SO ORDERED.**

2  Dated:  September 12, 2013.

3                                         Hon. William H. Alsup

4                                         United States District Court Judge