MICHAEL CUKOR (NY Bar No. 3935889)
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Tel: (212) 613-2013
Fax: (212) 554-9658
Email: mcukor@gibbonslaw.com

VINCENT E. MCGEARY (NJ Bar No. 041681991)
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4837
Fax: (973) 639-6477
vmcgeary@gibbonslaw.com

JILL F. KOPEIKIN (CA Bar No. 160792)
VALERIE M. WAGNER (CA Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Tel: (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com
Attorneys for Plaintiff
Network Protection Sciences, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>FORTINET, INC.<br><br>　　　　Defendants. | No.   3:12-CV-01106-WHA<br><br>**DECLARATION OF JILL F. KOPEIKIN IN SUPPORT OF NETWORK PROTECTION SCIENCES, LLC'S TRIAL BRIEF**<br><br>Judge:  Honorable William H. Alsup<br>Pretrial Conf. Date:  September 24, 2013<br>Time: 8:00 a.m.<br>Trial Date:  September 30, 2013<br>Time:  7:30 a.m. |

Decl. of Jill F. Kopeikin ISO Network Protection Sciences, LLC's Trial Brief;
Case No. 3:12-CV-01106-WHA

I, JILL F. KOPEIKIN, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of GCA Law Partners LLP, counsel of record for Plaintiff Network Protection Sciences, LLC (**"NPS"**).  I submit this Declaration in Support of Network Protection Science LLC's Trial Brief.

2. I have personal knowledge of the facts stated herein and if sworn as a witness could and would competently testify thereto.

3. Paragraph supporting: NPS subpoenaed a number of Fortinet customers, most with document-only subpoenas.  None moved for a protective order, and NPS did not bring motions to compel against a single one.

4. Paragraph supporting: After some effort, NPS was finally able to reach a responsible representative of Infogressive, Chief Executive Officer and co-founder, Justin Kalhoff.  During a telephone call placed by NPS's counsel on June 4, 2013, at 4:43 Pacific, Mr. Kalhoff said that Infogressive was being represented by Fortinet's counsel in responding to the NPS subpoena.

5. Attached hereto as Exhibit 1 (subject to Administrative Motion) is a true and correct copy of an invoice of Patent Calls to Greg Cuke of NPS, dated June 16, 2010, NPS0065156.

6. Attached hereto as Exhibit 2 is a true and correct copy of the Fortinet's Initial Disclosures, served June 29, 2012.

7. Attached hereto as Exhibit 3 is a true and correct copy of the Fortinet's Second Supplemental Initial Disclosures that Fortinet's counsel, Andrew Holmes, served on NPS on April 30, 2013.

8. Attached hereto as Exhibit 4 (subject to Administrative Motion) is a true and correct copy of selection portions of Expert Report of William R. Cheswick, dated July 3, 2013: 4(a): Exhibit 15(d); 4(b): Exhibit 15(b); 4(c): ¶¶ 248, 251-252, 273-274, 276, 312, and 317.

9. Attached hereto as Exhibit 5 is a true and correct copy of a Janus Firewall presentation, no publication date provided, FORT_NPS 058723-34.

10. Attached hereto as Exhibit 6 is a true and correct copy of Fortinet's Invalidity Contentions, served August 31, 2012.

11. Attached hereto as Exhibit 7 is a true and correct copy of Fortinet's First Supplemental Initial Disclosures, served January 23, 2013.

12. Attached hereto as Exhibit 8 (subject to Administrative Motion) is a true and correct copy of the Transcript of deposition testimony of David Pensak, dated June 20, 2013.

13. Attached hereto as Exhibit 9 (subject to Administrative Motion) is a true and correct copy of the Transcript of deposition testimony of Phil Trubey, dated June 13, 2013.

14. Attached hereto as Exhibit 10 (subject to Administrative Motion) is a true and correct copy of Fortinet's Counsel's Engagement letter to Phil Trubey, dated June 5, 2013, FORT-NPS 192378.

15. Attached hereto as Exhibit 11 is a true and correct copy of a Subpoena from NPS to Secured Retail Networks.

16. Attached hereto as Exhibit 12 is a true and correct copy of an email from Vincent McGeary, Counsel of NPS, to Fortinet's Counsel, dated May 28, 2013.

17. Attached hereto as Exhibit 13 is a true and correct copy of an email from Jay Neukom, Counsel of Fortinet, to NPS's Counsel, dated July 12, 2013.

18. Attached hereto as Exhibit 14 is a true and correct copy of NPS's Notice of Intent to Serve, and Subpoena to Infogressive, dated May 15, 2013.

19. Attached hereto as Exhibit 15 is a true and correct copy of Proof of Service of NPS's Subpoena to Infogressive, dated May 16, 2013.

20. Attached hereto as Exhibit 16 is a true and correct copy of an email chain between NPS's counsel and Fortinet's counsel dated June 20, 2013, June 19, 2013, June 18, 2013, June 17, 2013, June 13, 2013, June 10, 2013, and June 5, 2013.

21.     Attached hereto as <u>Exhibit 17</u> is a true and correct copy of an email chain between NPS's counsel and Justin Kalloff of Infogressive, dated June 19, 2013.

22.     Attached hereto as <u>Exhibit 18</u> is a true and correct copy of an email chain between David Binney and NPS's counsel, dated June 25, 2013, and June 14, 2013.

23.     Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Fortinet's Initial Disclosures, served April 11, 2011.

24.     Attached hereto as <u>Exhibit 20</u> (subject to Administrative Motion) is a true and correct copy of the Transcript of the deposition testimony of Todd Nelson, taken on June 26, 2013.

25.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy of Fortinet's Amended and Supplemental Response to Interrogatory 1, March, 4 2013.

26.     Attached hereto as <u>Exhibit 23</u> is a true and correct copy of Eastern District of Texas Local Patent Rules, current as of March 18, 2013.

27.     Attached hereto as <u>Exhibit 24</u> is a true and correct copy of NPS's Disclosure of Asserted Claims and Preliminary Infringement Contentions, served April 11, 2011.

28.     Attached hereto as <u>Exhibit 25</u> is a true and correct copy of a Letter from NPS's Counsel to Fortinet's Counsel regarding electronic discovery, dated March 15, 2011.

29.     Attached hereto as <u>Exhibit 26</u> is a true and correct copy of an email from Michael Cukor, Counsel to NPS, to Fortinet's Counsel regarding e-discovery, dated May 6, 2011.

30.     Attached hereto as <u>Exhibit 27</u> is a true and correct copy of an email from Michael Cukor, Counsel to NPS, to Fortinet's Counsel regarding e-discovery, dated June 30, 2011.

31.     Attached hereto as <u>Exhibit 28</u> is a true and correct copy of the Patent assignment abstract for the '601 patent from http://assignments.uspto.gov.

32.     Attached hereto as <u>Exhibit 29</u> is a true and correct copy of NPS's Initial Disclosures, dated June 29, 2012.

33. Attached hereto as <u>Exhibit 30</u> is an email from Vincent McGeary, Counsel to NPS, to Fortinet's Counsel regarding witnesses, dated May 24 2013.

34. Attached hereto as <u>Exhibit 31</u> is a true and correct copy of an email from NPS Counsel to Fortinet's Counsel regarding Gregory Cuke, dated May 30, 2013.

35. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of a Declaration of John M. Neukom, Exh. M, Case5:13-cv-02496-EJD, ECF No. 17-1, Filed 10/25/12 (District of Delaware).

36. Attached hereto as <u>Exhibit 33</u> (subject to Administrative Motion) is a true and correct copy of the Transcript of deposition testimony Gregory Cuke, dated June 7, 2013.

37. Attached hereto as <u>Exhibit 34</u> (subject to Administrative Motion) is a true and correct copy of the Transcript of deposition testimony of Rakesh Ramde, dated June 11, 2013.

38. Attached hereto as <u>Exhibit 35</u> is a true and correct copy of an email from John M. Neukom, Counsel of Fortinet, to Vincent McGeary, Counsel of NPS, dated May 28, 2013.

39. Attached hereto as <u>Exhibit 36</u> (subject to Administrative Motion) is a true and correct copy of the Transcript of deposition testimony Christian Hicks, dated August 5, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Mountain View, California on September 17, 2013.

/s/ Jill F. Kopeikin
Jill F. Kopeikin

Decl. of Jill F. Kopeikin ISO Network Protection Sciences LLC's Trial Brief;
Case No. 3:12-CV-01106-WHA                                                           4