IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETWORK PROTECTION SCIENCES, LLC,

    Plaintiff,

  v.

FORTINET, INC.,

    Defendant.

No. C 12-01106 WHA

**ORDER CHANGING HEARING DATE**

    The September 26 hearing on Fortinet, Inc.'s motion for summary judgment and motions to strike and exclude the reports and testimony of plaintiff's experts Dr. Keromytis and Mr. Jarosz (Dkt. Nos. 230, 249, 251) is hereby **RESCHEDULED** to **SEPTMBER 25 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE