IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETWORK PROTECTION SCIENCES, LLC,    No. C 12-01106 WHA

    Plaintiff,

  v.

FORTINET, INC.,

    Defendant.

**ORDER TO JURY COMMISSIONER**

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: September 24, 2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE