IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FORTINET, INC.,<br><br>  Defendant. | No. C 12-01106 WHA<br><br>**ORDER DENYING MOTION TO SEAL (DKT. NO. 291)** |

On September 17, defendant Fortinet filed a motion to seal documents in support of the parties' paired motions *in liminie* and oppositions (Dkt. No. 291). Fortinet filed a declaration with the motion to seal stating that the information to be sealed pertained to *Fortinet's* confidential source code, confidential technical documents, and business information. Most of the redactions in the 15 documents the parties seek to file under seal appear reasonable. Some of the redactions, however, are overbroad and improper. For example, on page 46 of Dkt. No. 284-18 Fortinet has redacted information relating to the purchase price of the '601 patent before it was owned by *plaintiff* Network Protection Sciences, LLC. The motion to seal is accordingly **DENIED**. Fortinet may resubmit revised redactions by **SEPTEMBER 26 AT NOON**. Untimely submissions or overbroad redactions will result in the subject documents being filed *in full* on the public docket.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE