IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETWORK PROTECTION SCIENCES, LLC,

    Plaintiff,

  v.

FORTINET, INC.,

    Defendant.

No. C 12-01106 WHA

**ORDER DENYING MOTION TO SEAL (DKT. NO. 272)**

On September 12, defendant Fortinet filed a motion to seal portions of its reply in support of its motion to strike the testimony of Dr. Keromytis (Dkt. No. 272). Most of the redactions appear to be overbroad and improper. For example, on page 3 of the reply brief Fortinet has redacted deposition excerpts wherein a witness states that he would require "source code to definitively describe the product and its operation." The motion to seal is accordingly **DENIED**. Fortinet shall refile the reply brief for on the public docket by **SEPTEMBER 25 AT NOON**.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE