# EXHIBIT 24
# Redacted-Public Version

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

GV/sr

NETWORK PROTECTION SCIENCES,     ) No. 3:12-CV-01106-WHA
LLC                              )
                                 )
        Plaintiff,               )
                                 )
        vs.                      )
                                 )
FORTINET, INC.                   )
                                 )
        Defendant.               )

------------------------
        This is the Deposition of GLENN GARY MACKINTOSH, in
the above noted matter, taken at the offices of NORTON ROSE
FULBRIGHT LLP, Royal Bank Plaza, South Tower, 200 Bay
Street, Suite 3800, Toronto, Ontario, on the 5th day of
June, 2013.
------------------------

A P P E A R A N C E S:
MICHAEL CUKOR            --  for the Plaintiff
  Gibbons P.C.
  One Pennsylvania Plaza
  37th Floor
  New York NY
  10119-3701
WILLIAM COOPER           --  for the Defendant
  Quinn Emanuel
  50 California Street
  22nd Floor
  San Francisco CA
  94111
ANTHONY L. MARKS         --  for Glenn Gary Mackintosh
  Perkins Cole LLP
  2901 N. Central Ave.
  Suite 2000
  Phoenix AZ
  85012-2788

G.G. Mackintosh - 3

INDEX OF PROCEEDINGS

                                          PAGE NUMBER
GLENN GARY MACKINTOSH, sworn
    Examination by:
        MR. CUKOR                         4  -  75
    Examination by:
        MR. COOPER                        75  - 144
    Continued Examination by:
        MR. CUKOR                         144 - 151
Exhibits                                  152 - 153
Certification                                   154
Errata                                          155

G.G. Mackintosh - 4

1       GLENN GARY MACKINTOSH, sworn

2       EXAMINATION BY MR. CUKOR:

3   1.          Q.    Good morning.  Would you please

4       state your name for the record?

5               A.    Glenn Gary Mackintosh.

6   2.          Q.    Where do you live?

7               A.    Toronto.  Or do you need more

8       details?

9   3.          Q.    Toronto is fine.  And that is where

10      we are today, right?

11              A.    Yes.

12  4.          Q.    My name is Michael Cukor and I

13      represent the plaintiff in this case, Network

14      Protection Sciences.  Today I am going to be asking

15      you a series of questions and I hope you will do the

16      best you can to answer them; okay?  One of the

17      things that I would like you to do is try and give

18      audio responses to my questions, since we will have

19      a written record of this later and nods and shrugs

20      won't be picked up; okay?

21              A.    Of course.  Yes.

22  5.          Q.    Thank you.  Have you ever had your

23      deposition taken before?

24              A.    No.

25  6.          Q.    So, I am going to try and ask clear

G.G. Mackintosh - 5

```
1     and direct questions.  If you answer them, I will
2     assume you understood them.  If you don't understand
3     them, please don't answer them; just tell me to
4     rephrase, and I will.  Okay?
5           A.    Yes.
6     7.    Q.    Thank you.  Who are you currently
7     employed by?
8           A.    Intel.
9     8.    Q.    And how long have you been an Intel
10    employee?
11          A.    Since August 1st of last year.  So,
12    that is about 10 months.
13    9.    Q.    Okay.
14          A.    Something like that.
15    10.   Q.    And what is your job title?
16          A.    I am a software architect.
17    11.   Q.    Just at a high level, what kind of
18    projects do you work on?
19          A.    We were acquired by Intel and we are
20    a caching...the easiest description is a caching
21    company.  It is called server side caching.
22    12.   Q.    Server side caching?
23          A.    M'hmm.
24    13.   Q.    That is not a firewall device?
25          A.    No, it is not a security-related
```

G.G. Mackintosh - 6

```
1     product.
2     14.   Q.    Thank you.  And you said we were
3     acquired by Intel.  Is that the company that you
4     were at before?
5           A.    Yes.
6     15.   Q.    What company was that?
7           A.    That company was Nevex Software
8     Technologies.  That might be not...it is Nevex
9     "Something" Technologies.  I don't know why I can't
10    remember the name right now.
11    16.   Q.    That is okay.  How do you spell
12    Nevex?
13          A.    N-E-V-E-X.
14    17.   Q.    And are you employed by Intel in
15    Canada?
16          A.    Yes.
17    18.   Q.    And where was Nevex based?
18          A.    Toronto.
19    19.   Q.    What did Nevex do?
20          A.    Same thing.  It is why they bought
21    us.
22    20.   Q.    Server side caching?
23          A.    Yes.
24    21.   Q.    Now, how long were you with Nevex?
25          A.    About two years, I think.  Actually,
```

G.G. Mackintosh - 7

```
1     maybe a little longer.
2     22.   Q.    Approximately?
3           A.    In that ballpark.
4     23.   Q.    And before Nevex?
5           A.    I was effectively investing and...an
6     investor in various companies.  Prior to doing that,
7     I had been involved in other start-ups.
8     24.   Q.    And generally what was your role in
9     the start-ups?
10          A.    Usually I was...well, it varied.
11    Sometimes I was involved in the software
12    development.  Sometimes more...just more advisory
13    capacity.  It varied.
14    25.   Q.    Can you describe what your technical
15    abilities are?
16          A.    I am a very good software architect.
17    Not a very good manager.
18    26.   Q.    Do you have any United States
19    patents?
20          A.    No.
21    27.   Q.    Do you know much about United States
22    patent law?
23          A.    Probably more than the average guy
24    on the street, but not a lot, no.
25    28.   Q.    Have you ever applied for a United
```

G.G. Mackintosh - 8

```
1     States patent?
2           A.    I have not.  Companies I have been
3     involved in have, but I have never been involved in
4     the process.
5     29.   Q.    So you have never been an inventor
6     on an application for a United States patent?
7           A.    No.
8     30.   Q.    How come?
9           A.    A variety of reasons, I guess.  A
10    lot of the stuff that I had worked on more recently,
11    the ideas weren't patentable.  Actually, I should
12    clarify.  I am not sure; my name might be on a
13    couple of provisional patents or a provisional
14    patent, but I am not entirely sure.  That is,
15    something might be going through currently that I
16    might be on, but to be honest, I don't know the
17    answer to that question.
18    31.   Q.    How come?
19          A.    The most obvious one related to what
20    we are talking about now, and I don't know if you
21    want to get into that, but we decided not to patent
22    the transparency-related technology that we came up
23    with primary for the reason that we didn't have any
24    cash.  We were a very cash tight company and we
25    didn't have the capital to...in order to patent it.
```

G.G. Mackintosh - 9

```
1    32.        Q.      Have you ever testified in a case in
2         the United States?
3                A.      No.
4    33.        Q.      If this case did go to trial in
5         September of this year, would you come to testify if
6         you were called?
7                A.      If I was asked to testify, I would
8         probably...
9                MR. MARKS:    He can't really answer that
10               because he is going to have to talk with
11               his lawyers about it.  He works for Intel,
12               so that would be a decision that Intel
13               would have to make jointly with him.  I
14               will let him answer the question, but the
15               reality is he is not going to be able to
16               answer that question with any certainty.
17               THE DEPONENT:    I would not be adverse to
18               testifying, if the circumstance arises.
19
20   BY MR. CUKOR:
21   34.        Q.      Has anybody talked to you about
22        that?
23               A.      No.
24   35.        Q.      Have you spoken to...
25               A.      Sorry, I should clarify.  Nobody has
```

G.G. Mackintosh - 10

```
1         asked me to come testify, if that is the question
2         you are asking.
3    36.        Q.      In what area are you making a
4         distinction?
5                A.      People have talked about whether
6         there might be a court trial and whether people
7         would have to go to it.  That is the extent of the
8         conversation.  So I don't want to say I have never
9         talked to anybody about going to court.  Nobody has
10        asked me to and I have never discussed going.
11   37.        Q.      Thank you for your complete answers.
12        Who did you speak with about the possibility of a
13        court trial?
14               A.      To be honest, I can't recall in
15        particular.  There are a number of us who were...
16        the names of which you already know; Rayan, Steve,
17        I, who are...who were around at that time and we are
18        all friends still.  And so obviously the topic comes
19        up.  Particular details, I really don't remember.
20        But of course the conversations happened about, you
21        know, what is going on with this stuff.
22   38.        Q.      Have you spoken to any of the
23        attorneys in this case?
24               A.      I have spoken to my attorney and
25        about a year ago, maybe over a year ago, I can't
```

G.G. Mackintosh - 11

```
1         remember the exact time frame, some...a lawyer, I
2         believe who was from Fortinet, and another lawyer
3         who I don't recall who he was representing came out
4         and talked to a group of us about Nevex and
5         BorderWare.
6    39.        Q.      Was that David Binney?
7                A.      I honestly don't know the names.  I
8         had their cards...
9    40.        Q.      Did he have a beard?
10               A.      Possibly.  I don't know.  I had
11        their cards on my desk for a long time and threw
12        them away about three months ago.
13   41.        Q.      Okay.  Do you remember the name of
14        the attorney from Fortinet?
15               A.      I am afraid...I apologize, I don't
16        know.
17   42.        Q.      Did they tell you about this
18        litigation?
19               A.      Yes.
20   43.        Q.      What did they tell you?
21               MR. COOPER:    Objection, form.  Calls for
22               attorney/client privilege.  Just putting
23               that on the record.
24               THE DEPONENT:  ███████   ███  ███
25        ███████   ███   ██████████████████
```

G.G. Mackintosh - 12

```
1         ████████████████████████████████
2         ███████████████████████   ███
3         ████████████████████████████
4         ██████████████████████████████████
5         ██████████████████████████████████
6         █████████████   █████████████
7              ███   ████   ███████
8
9    BY MR. CUKOR:
10   44.        Q.      Did they characterize the patent
11        involved in the litigation in any way?
12               MR. COOPER:    Objection, form.  Calls for
13               privileged communications.
14               THE DEPONENT:  ████████████████
15        ██████████   ████████████████████
16        ██████████   ████   ████████████
17        █████████████████████████████
18        █████████████████████████████
19        █████████   ██████████████
20
21   BY MR. CUKOR:
22   45.        Q.      Have you seen the patent that is in
23        suit in this case?
24               A.      No.  I have seen what looks maybe
25        like that document.  That is the only...
```

G.G. Mackintosh - 13

46.    Q.    The record won't be able to reflect
what you are talking about.
       A.    I'm sorry.  The only thing I saw
was...
47.    Q.    What is that production you are
talking about?  Name of the case?
       A.    It was the thing Fortinet...you sent
it to me.
48.    Q.    They can't help you.
       A.    I apologize.  It was a thing
Fortinet sent that...I think it was the adjustment
to...it was sent to the Canadian court to allow me
to have this deposition.  That is the only thing I
saw.
49.    Q.    The letters rogatory?
       A.    That sounds right.
50.    Q.    I believe it is the document you
were pointing at.  So the only document you have
seen from this case is the one that required you to
appear today?
       A.    Yes.
       MR. MARKS:    I just want to be clear.  He
             should not be answering about documents
             that I provided him as his counsel.

G.G. Mackintosh - 14

BY MR. CUKOR:
51.    Q.    Just to be clear, you have not seen
the '601 patent?
       A.    No.
52.    Q.    Do you know who invented it?
       A.    I understand the patent has been...
was originally claimed by Milkyway and I believe, if
I remember the name correctly, from that document...
sorry, the letters rogatory, I think they said Hung
Vu.  Which is a name I vaguely recall from 20 years
ago.
53.    Q.    What do you vaguely recall about
Hung Vu?
       A.    We heard about Milkyway after we had
already been in business for a while, shipping
product and such.  And we heard about a company up
in Ottawa that was doing a firewall.  That was about
it.  We pay attention to potential competitors, so
when a new firewall company came up, we...our
marketing guys took a look at it.  But that is about
the extent of it.
54.    Q.    Do you remember Milkyway being a
competitor of JANUS.
       A.    We never really saw them in a
competitive setting.  We were already pretty much in

G.G. Mackintosh - 15

full flight at that point.
55.    Q.    So you were further developed?
       A.    Yes.
56.    Q.    So you didn't encounter them in
competitive bidding situations?
       A.    Not that I am aware of.  We
were...we had achieved a significant...we were a
fair going concern by the time Milkyway showed up.
57.    Q.    I couldn't hear what the last thing
you said was.
       A.    We were pretty much a strongly...we
were growing fairly quickly by the time Milkyway
showed up, so we were already selling down in the
States.  I think we had already started selling in
Europe at that point.
58.    Q.    When did you start selling in the
States?
       A.    I can't remember the exact time
frame.  I know in...I was the R&D side.  I know we
had a trade show in the States in early 1994, which
I was not at, and then shows... trade shows, sort
of, later in 1994.  Which I was attending at.
59.    Q.    So the first trade show was in
Canada, right?  That was COMDEX?
       A.    The very first trade show we

G.G. Mackintosh - 16

attended was COMDEX in Canada, yes.
60.    Q.    That was in 1994 also, right?
       A.    That was earlier than the U.S. trade
shows.
61.    Q.    And the U.S. trade shows came later?
That was in Las Vegas, correct?
       A.    That was the first one I was at.
There was...I did not recall the earlier trade show
until looking at this...sorry, the letters rogatory.
And it touched on the Atlanta trade show where Phil
Trubey, who was our first U.S. reseller, became
aware of the product.  I met Phil Trubey at a later
trade show but he had made contact with us at that
earlier trade show and started taking...took on the
product.
62.    Q.    So you didn't recall that?
       A.    I was not at that trade show, so no.
63.    Q.    Okay.  Tell me, what is the JANUS
Firewall?
       A.    It was a transparent, easy to set up
firewall.  Which also...as well as a firewall, it
included server capabilities; FTP, e-mail, et
cetera.
64.    Q.    Was it a transparent application
layer firewall?

G.G. Mackintosh – 17

1     A.   Yes.  It had kernel modifications
2     and application level proxies.
3  65.     Q.   I'm sorry, would you repeat that?
4     A.   I said it had kernel modifications,
5     OS modifications, and application level proxies.
6  66.     Q.   Are those the things that make up a
7     transparent application layer firewall?
8     A.   The kernel modifications are key,
9     yes.
10 67.     Q.   And what were the kernel
11    modifications?
12    A.   Well, you are probably aware of some
13    of the terms.  Basically, we had to convert it from
14    forwarding packets to accepting all packets.  And
15    then essentially pretending...pretending that it was
16    not in the middle so that the other ends didn't see
17    it.  It sort of modified the packets and
18    impersonated the other ends.  So it had to be...the
19    firewall essentially put itself in promiscuous mode,
20    took everything and pretended to be who it wasn't.
21 68.     Q.   And to your knowledge, was JANUS the
22    first company to do that?
23    A.   Yes.  JANUS wasn't the company;
24    JANUS was the software.
25 69.     Q.   Was JANUS the first product to

G.G. Mackintosh – 18

1     incorporate that?
2     A.   Yes.
3  70.     Q.   And I take it that that was well
4     received by the market?
5     A.   Very well.
6  71.     Q.   How come?
7     A.   Nothing else was transparent.  Other
8     products required a lot of effort to put in place
9     and modified software.  Transparency made it much
10    easier to deploy in an environment without having to
11    change the software and such.  It made for a much
12    simpler installation and took away a lot of
13    expertise away from it.
14 72.     Q.   Why was that something that was
15    demanded by the market?
16    A.   The ability to drop it in without
17    having to modify all the software on your internal
18    network obviously makes it significantly cheaper to
19    deploy and easier to deploy.
20 73.     Q.   Did it make it less secure than
21    what...
22    A.   No.
23 74.     Q.   ...was traditional...let me ask it
24    again.  Did the ease of use make it less secure than
25    what were the traditional, non-transparent

G.G. Mackintosh – 19

1     application layer firewalls?
2     A.   No.  Sorry, I didn't mean to
3     overspeak you.
4  75.     Q.   That is okay.  How come?
5     A.   It allowed the same levels of
6     attention to be paid to the information.  It just
7     hid where the end points were.
8  76.     Q.   And which companies did this product
9     allow you to compete with?
10    A.   Everybody.  All the firewall
11    products that were out there, none of them really
12    were as simple to deploy.  So, it made us, you know,
13    a fairly in-demand product.
14 77.     Q.   Aside from ease of deployment, were
15    there any other advantages to having a transparent
16    application layer firewall?
17    A.   Easier to say that there is no
18    disadvantages to it.  And its simplicity means it is
19    far more cost effective to deploy.  So there is a
20    strong economic argument for it as well as a human
21    cost involved in modifying...having to change your
22    existing software.
23 78.     Q.   How about from the user perspective,
24    was there value in having a transparent application
25    layer firewall?

G.G. Mackintosh – 20

1     A.   Well, I guess I wasn't clear.  The
2     lack of having to modify your software meant that
3     you could just use the existing software, which has
4     an impact on the user experience.
5  79.     Q.   What was the impact on the user
6     experience?
7     A.   They can continue to use the
8     software they are using.  They don't have to use
9     specialized software.
10 80.     Q.   And was that something that was well
11    received by the end user?
12    A.   One of...well, I would...our product
13    was very successful, so, yes.
14 81.     Q.   And the company that made the JANUS
15    Firewall is called Border Networks?
16    A.   Border Network Technologies
17    Incorporated.
18 82.     Q.   BNTi?
19    A.   Yes.
20 83.     Q.   And when was BNTi formed?
21    A.   I believe we were incorporated in
22    December, but I don't know the exact date.  We
23    met...the parties who ended up being the founders
24    met in late 1994.  We decided to form the...we
25    formed the company in December and...sorry, December

G.G. Mackintosh - 21

```
1          of 1993.  So we met in late 1993 and...
2    84.       Q.    Sorry.
3              A.    We met in late 1993 and formed...
4    started the company in December of 1993.
5    85.       Q.    So you said you met in late 1993.
6    Who did you meet in late 1993?
7              A.    The group of people who eventually
8    came together to form the company, myself, Steve
9    Lamb, Rayan Zachariassen and a company called Sea
10   Change.  The two individuals from Sea Change were
11   John Alsop and Omaya Elguindi.
12   86.       Q.    John Alsop and who?
13             A.    Omaya Elguindi.
14   87.       Q.    And what were the circumstances
15   where you met these people?
16             A.    Steve and I had already started on
17   the idea of making a firewall product.  There was
18   software that Rayan that I wanted to incorporate in
19   the product and I had known Rayan since grad school
20   so I went to him to talk to him about getting that
21   software.  And he mentioned that he had been
22   approached by Sea Change to try to...because they
23   were interested in producing a firewall product.
24   And he suggested that we all meet and potentially
25   work on it together.
```

G.G. Mackintosh - 22

```
1    88.       Q.    So was this a time when there was a
2    demand for new firewall products?
3              A.    Firewalls were a fairly nascent
4    technology.  There weren't really a lot of
5    commercially available firewall products.  But there
6    was a lot of security concern, so, yes.
7    89.       Q.    And did you ever participate
8    personally in the sales of firewall products?
9              A.    I was not directly involved in
10   sales.  I did do trade shows, as sort of the
11   technical person.  And I took some support calls in
12   the early days when there weren't that many of us.
13   But not in direct sales, no.
14   90.       Q.    And what was your title at BNTi?
15             A.    Well, it would have changed a number
16   of times over time.  So I don't remember any
17   specific titles.  Obviously in the early days we
18   didn't have titles and later on I was VP of R&D, I
19   guess.  In the last stage of the company before it
20   was purchased, I was the president of the company
21   for a while.
22   91.       Q.    Were you the primary architect of
23   the technology?
24             A.    Yes.
25   92.       Q.    How many people were in BNTi at the
```

G.G. Mackintosh - 23

```
1    end?
2              A.    At the very end, we employed about
3    100 people.
4    93.       Q.    And how many did you start with?
5              A.    Two.  Actually, one.  For a while,
6    Steve was the only employed guy who worked for us.
7    And then I kept my day job.  Then I started working
8    full-time and we added...then we added a working guy
9    and rolled forward from there.
10   94.       Q.    What was your day job?
11             A.    I worked for the University of
12   Toronto in the external networking group.  At that
13   point, I ran the group and we were responsible for
14   deploying CA*Net, which was the Canadian Backbone
15   Network, and ONet, which was the provincial backbone
16   network.
17   95.       Q.    And when did you stop working for
18   the University of Toronto?
19             A.    It would have been in 1994 some
20   time.  I don't recall.  Early 1994.  I don't know.
21   96.       Q.    When did you become a BNTi employee?
22             A.    At that point.
23   97.       Q.    You don't know the date?
24             A.    If I knew one, I would know the
25   other.
```

G.G. Mackintosh - 24

```
1    98.       Q.    Okay.  Was it before there was a
2    commercial release of the JANUS product?
3              A.    I believe so.
4    99.       Q.    Could it have been around that time?
5              A.    I believe it was before our first
6    trade show, but to be honest, I can't answer the
7    question.  I don't know the date.  I just don't
8    recall.  I was working...while I worked for the
9    university, I was working evenings and weekends.
10   And the transition from working days as well, I just
11   don't remember the date.
12   100.      Q.    Who did the kernel modifications...
13             A.    I did.  Sorry, I spoke over you
14   again.  I apologize.
15   101.      Q.    That was a Unix kernel that you did
16   the modifications to; right?
17             A.    It was a Unix variant.  It was the
18   BSDI code we licensed.
19   102.      Q.    When did you acquire that licence?
20             A.    I don't know.
21   103.      Q.    Do you remember how it came to be
22   that you got the licence?
23             A.    I don't know.
24   104.      Q.    Were you involved with the process?
25             A.    Probably.
```

G.G. Mackintosh - 25

```
1    105.      Q.      You just don't remember?  Okay.  Do
2         you remember when you worked on the modifications of
3         the kernel?
4              A.      It would have been early 1994, like
5         in the January time frame probably.
6    106.      Q.      Do you have a specific recollection
7         of it?
8              A.      No.  Sorry, if you are looking for a
9         more exact date than that, no.  Do I have a specific
10        recollection of working on the software at that
11        time?  Yes.
12   107.      Q.      Where were you?
13             A.      We had offices in the UUNet Canada
14        building which was at 2 Yonge Street.
15   108.      Q.      And was that while you were employed
16        by the University of Toronto?
17             A.      Probably.
18   109.      Q.      Well, do you remember working on it
19        during regular business hours or...
20             A.      No, I can't...I am not avoiding the
21        question.  I don't know.
22   110.      Q.      So you don't have a specific...
23             A.      I did get approval from the
24        University of Toronto to work on this as an outside
25        project.  They weren't interested in it.  They gave
```

G.G. Mackintosh - 26

```
1         me their approval to work on it.
2    111.      Q.      How did you secure that?
3              A.      I talked to my manager.
4    112.      Q.      Did you get anything in writing?
5              A.      I have no idea.
6    113.      Q.      You don't recall?
7              A.      I don't recall.  You know, I would
8         have gone through...actually, I would have...I do
9         vaguely recall getting a document from my manager's
10        manager, like, up the chain.  Now that you ask the
11        question, I do vaguely recall getting written
12        approval from...I can't remember his name.  But,
13        yes, so I did.  I apologize.
14   114.      Q.      Do you think you still have that
15        document?
16             A.      No.
17   115.      Q.      So when you were working on the
18        kernel, do you remember that you were working on it
19        on nights and weekends or during regular business
20        hours or you don't recall?
21             A.      I worked nights and weekends for two
22        years before and after, so I don't.  It was a late
23        night when the idea came to us and I started working
24        on it essentially the next day.  That would have
25        been in the, you know, as I said, January, possibly
```

G.G. Mackintosh - 27

```
1         early February but I think January time frame.
2    116.      Q.      Why do you recall that?
3              A.      Because it took us, you know, a
4         little bit of time to get that software running and
5         tested and working.  Not very long; you know, a
6         couple of weeks.  And it wasn't much after that, I
7         think it was in March, that we actually put a
8         product in place.  So, you know, given that
9         constraint, I know about how long it took to make
10        things work.  And I know the idea came to us fairly
11        early.
12   117.      Q.      So, you are basing that recollection
13        on the March date of when you had the product?
14             A.      Twofold.  One, based on the March.
15        And also based on the fact that I know it was
16        slightly after the new year.  It was almost at the
17        beginning of us working on the firewall product,
18        because we were working on a more typical non-
19        transparent proxy.  So we were just starting to
20        create the firewall aspects of the product.  And
21        then we came up with the concept that allowed us to
22        make it non-transparent.  So, it was very early.
23        Based on the fact that we had...we hadn't even
24        finished writing the non-transparent proxy, so it
25        was very early in the process of creating the
```

G.G. Mackintosh - 28

```
1         product.
2    118.      Q.      So you decided to form BNTi before
3         you had the concept of a transparent application
4         layer firewall; correct?
5              A.      We just had the concept of doing a
6         firewall.  The mechanisms for making it transparent
7         came to us later, yes.
8    119.      Q.      And after you decided to form a
9         company to manufacture a firewall, were you involved
10        in reading Internet posts about how firewalls are
11        developed?
12             A.      I kept up to date on firewall
13        technology and I actually...you know, being the sort
14        of technical guy and responding to technical queries
15        on the Internet about stuff, I was considered a
16        firewall expert and listed on some panels and stuff
17        like that at points.
18   120.      Q.      And you mentioned you responded to
19        some technical queries on the Internet.  Was that on
20        Listservs?
21             A.      That would have been on various
22        newsgroups, probably some stuff on greatcircle.com.
23        You know, the Internet today is not what it was
24        then.  So, it wasn't really...there wasn't the
25        concept of the web and blogs and such.  These were
```

G.G. Mackintosh - 29

1    principally mailing lists and newsgroups.
2    121.    Q.    You mentioned greatcircle.com.  What
3    is that?
4            A.    It was a company in the States ran
5    by Brent Chapman, I believe, who was considered to
6    be a sort of firewall expert.  Although he did not
7    have a firewall product himself, he was...he
8    provided a forum for discussion and he had some
9    personal expertise in the field.
10   122.    Q.    And what was the greatcircle.com
11   post that you mentioned?
12           A.    I don't remember in specific.  I
13   know I did respond to technical queries and
14   questions.  And probably occasionally made reference
15   to our product.  It was bad form to do sales
16   pitches, so I didn't do that.  But I did talk about
17   firewalls, technology and you would naturally
18   occasionally make reference to, "And ours does
19   this".
20   123.    Q.    So, I'm sorry, it was a Great Circle
21   mailing list?
22           A.    It was a news...the concept, really,
23   is harder to follow today.  But it was what is
24   called a newsgroup.
25   124.    Q.    And was it a newsgroup that was...

G.G. Mackintosh - 30

1            A.    Actually, you know what?  I should
2    correct myself.  It may have been a mailing list.
3    You know what?  I don't know.
4    125.    Q.    Okay.  So, Great Circle was either a
5    mailing list or a newsgroup or something similar.
6    But was it something that was dedicated to...
7            A.    Firewall technologies, yes.  Sorry,
8    I went over you again.
9    126.    Q.    So let me just ask it so it is
10   clear.  So the Great Circle mailing list was
11   something that was dedicated to firewall
12   technologies, right?
13           A.    Yes.
14   127.    Q.    And when did you first become aware
15   of it?
16           A.    I have no recollection.  It just
17   was...when we started looking at firewalls, it is
18   one of those things that came up as an obvious well-
19   known resource.
20   128.    Q.    And did you use that resource?
21           A.    As I said, we both read and
22   participated in those groups.  My participation
23   was...for most of the time, it was as an expert in
24   the field kind of thing.  Providing information.
25   129.    Q.    And it was in the January/February

G.G. Mackintosh - 31

1    time of 1994 that you came up with the idea of
2    modifying the kernel; right?
3            A.    Yes.
4    130.    Q.    And do you remember if you were
5    aware of the Great Circle mailing list before BNTi
6    was formed?
7            A.    I would not have been aware of it
8    before we started working on firewalls.
9    131.    Q.    Had you worked on firewalls before
10   BNTi was formed?
11           A.    No.
12   132.    Q.    How did you come to be chosen to be
13   involved in firewall creation?
14           A.    I described running the group in
15   CA*Net and ONet and when I was running the group, I
16   had a lot of interaction with people...call them
17   customers.  The people getting connected to the
18   Internet, which were the colleges and universities
19   in Ontario.  And they were requesting...asking how
20   did they get various services running.  They were
21   concerned about security.  And you get asked that
22   question enough times, you think, "Well, maybe we
23   should do that".
24           Steve and I had already tried a number of
25   entrepreneurial efforts.  One of which was a router

G.G. Mackintosh - 32

1    product, which made the creation of the firewall
2    product very easy.  Because we were 90 percent of
3    the way to having a firewall done because we had a
4    router product.
5    133.    Q.    So what was the 10 percent that was
6    left to be done for creating a transparent
7    application layer firewall out of a router?
8            A.    The various kernel modifications to
9    do the transparency.  We also did a number of
10   modifications to harden the kernel and make it more
11   difficult to penetrate.  Development of the proxies
12   obviously, the application-level stuff, and a user
13   interface for configuration purposes.
14   134.    Q.    And are those things that you just
15   described primarily driving factors for the sale of
16   the JANUS product?
17           A.    The product, firewalls, were in
18   demand, so just a firewall would probably have sold
19   reasonably well.  But the primary features of the
20   product that drove sales were the ease of use, ease
21   of setup, transparency aspects.
22   135.    Q.    What were the kernel modifications
23   that needed to be made?
24           A.    I believe we discussed this a little
25   bit earlier.  But it was required to make the kernel

G.G. Mackintosh - 33

1   accept packets that were not destined for it and,
2   instead of forwarding those packets on, it accepted
3   them and passed them up the stack to the application
4   level.
5   136.      Q.   What specifically had to be done to
6   do that?
7            A.   The actual code changes?  Too long
8   ago.  I can't recall.  I could...given time, I could
9   probably recall the exact changes.  But essentially
10  you had to put the interfaces in promiscuous mode so
11  they would accept everything, even if it wasn't
12  actually destined for it.  And then change...there
13  is a section in code in the kernel that would
14  determine whether the destination of the packet was
15  the box itself, any of its interfaces.  And if it
16  was not, then mechanisms in the kernel would forward
17  the packet on.  And we made the change to... instead
18  of forwarding the packet to accept the packet as if
19  it was destined for it and pass it up the stack.
20  137.      Q.   And is the code the best place to
21  verify when that occurred?
22           A.   Sorry, is the code?
23  138.      Q.   The code for the JANUS product the
24  best place to verify when that kernel modification
25  took place?

G.G. Mackintosh - 34

1            A.   Sorry, you mean...I apologize, I am
2   not fully understanding your question.  Is the
3   location in the kernel the best place to make that
4   change; is that what you are asking?
5   139.      Q.   Let me ask it again.  Thank you for
6   pointing out your confusion, my bad question.  Is
7   the actual code that you wrote that modified the
8   kernel the best place to look to identify what the
9   specific changes to the kernel were?
10           A.   I am...I apologize, I am not a
11  hundred percent...we obviously believed at that
12  point that that was the best place to make the
13  changes, otherwise we would have made them somewhere
14  else.  I am not really following the question and,
15  I'm sorry, I am not trying to be difficult, I just
16  don't.
17  140.      Q.   I understand that we are talking
18  past each other.  It is my fault.  From the legal
19  perspective of in this litigation identifying the
20  date for when the kernel modifications actually took
21  place, I am asking, would the source code of the
22  kernel modifications be the best place to see when
23  those kernel modifications were actually made?
24           A.   Well, yes, because until you made
25  the source code modifications, you didn't make the

G.G. Mackintosh - 35

1   changes that would make it work.  So when those
2   kernel modifications were made, it would identify
3   when the transparent functionality was in place,
4   yes.
5   141.      Q.   Thank you.  Have you ever heard of
6   Steve Bellovin?
7            A.   The name doesn't ring a bell, I am
8   afraid.
9   142.      Q.   Marcus Ranum?
10           A.   Yes.
11  143.      Q.   What do you know about Marcus Ranum?
12           A.   I just remember the name from back
13  in the firewall days.  I don't recall the exact...I
14  believe he was involved in another firewall company
15  at the time.  I don't recall more than that.
16  144.      Q.   Do you know the name Angelos
17  Keromytis?
18           A.   It is not ringing a bell.  Again,
19  these names probably would have been familiar to me
20  back then but I don't...they are not ringing a bell
21  now.
22  145.      Q.   You are not staying as up to date on
23  firewall technology as you used to?
24           A.   When I left the company that
25  acquired us, I sort of took a break from stuff for a

G.G. Mackintosh - 36

1   while and stopped paying attention to firewalls in
2   particular since I wasn't allowed to work on them
3   anyway and did other things.  So, yes, I stopped
4   paying attention to the firewall technology in, it
5   would have been, 1996/1997 time frame; something
6   like that.
7   146.      Q.   Is that when BNTi was acquired?
8            A.   BNTi was acquired...I would have to
9   look to be certain, but I think it was in 1996.  And
10  I had to work for...I worked for the company that
11  acquired us, Secure Computing.  I worked for them
12  for a year.
13  147.      Q.   And...
14           A.   It was after that, obviously, that I
15  stopped paying attention to firewalls.  Not while I
16  still worked for them.
17  148.      Q.   Do you recall how much money Secure
18  Computing acquired BNTi for?
19           A.   We were acquired for stock.  I don't
20  remember the exact dollar figure.  I know...I do
21  recall that the net of cash, it was about 50/50
22  because we were acquired...when we were acquired, we
23  became about half of the stock of the company minus,
24  I think, whatever cash was on hand.
25  149.      Q.   I don't really understand that

G.G. Mackintosh - 37

1       answer, I'm sorry.
2               A.    I don't remember the exact numbers,
3       so let's say Secure had, you know, 50 whatever in
4       stock outstanding.  When we were acquired...and they
5       had a certain amount of cash.  The agreement
6       was...or the argument we made was that we were worth
7       as much as they were and in terms of the...so, take
8       the cash out of the picture, whatever that dollar
9       value turns into in stock.  And net of that cash,
10      when the transaction is finished we should be equal
11      in value to what Secure was prior to that.
12  150.        Q.    And did you successfully make that
13      argument?
14              A.    Yes.
15  151.        Q.    And was the basis for that argument
16      the JANUS firewall product?
17              A.    Yes.
18  152.        Q.    Anything else?
19              A.    That was the only product we had.
20      Well, sorry, at that point it wouldn't have been
21      called JANUS; it would have been called BorderWare
22      at that stage.
23  153.        Q.    But it is the same product?
24              A.    It was an evolution of that product.
25  154.        Q.    It was a transparent application

G.G. Mackintosh - 38

1       layer firewall?
2               A.    Yes.  We changed the name.  That is
3       pretty much all.
4   155.        Q.    And do you have a rough
5       approximation for what Secure Computing was worth at
6       that time?
7               A.    I don't know what this...no.
8   156.        Q.    Do you know if it was in the order
9       of tens of millions of dollars?
10              A.    More than that.
11  157.        Q.    Hundreds of millions?
12              A.    Probably in the hundred range.  To
13      be honest, I...I am not avoiding the question.  I
14      would be...if I made statements, they would be
15      incorrect because my memory is not accurate as to
16      the value.
17  158.        Q.    Do you remember, did you make a
18      significant amount of money personally as a result
19      of that?
20              A.    Yes.
21  159.        Q.    Enough to not work for a little
22      while?
23              A.    Yes.
24  160.        Q.    Do you remember approximately how
25      much you made personally?

G.G. Mackintosh - 39

1               A.    It varied over time.  My shares were
2       locked in for different tranche periods.  Obviously
3       after Secure announced that they were buying us,
4       their stock price went up.  So, it became worth
5       more.  And after a year, when I finally managed to
6       get most of the shares out, it was worth a lot less.
7       So, you know...it varied widely.  It was worth about
8       half of...it was...the holding was worth about half
9       when it was finally disposed of as when it started.
10  161.        Q.    Did you make tens of millions of
11      dollars?
12              A.    I believe the number was probably in
13      the...I think it was in about the $14,000,000 range.
14  162.        Q.    And what percentage of the BNTi
15      stock did you own?
16              A.    I believe I held about 17 percent at
17      that stage, because we had a couple of rounds of
18      venture investment.
19  163.        Q.    So that is actually fairly
20      consistent with what you remembered before about
21      making about $100,000,000...in the $100,000,000
22      range as a company; right?
23              A.    As I said, it went up a lot and then
24      it went down a lot.  So, there was a wide variation
25      in the value.  I am not trying to be avoiding it; I

G.G. Mackintosh - 40

1       just...you know, what I ended up with was an amount
2       that I...what it was worth at various points.
3   164.        Q.    So, that transparent application
4       layer firewall turned out to be a pretty good
5       invention?
6               A.    Yes.
7   165.        MR. CUKOR:    We have been going for about
8       an hour.  Why don't we take a break for a
9       couple minutes?
10
11  ---   A BRIEF RECESS
12
13  GLENN GARY MACKINTOSH, resumed
14  CONTINUED EXAMINATION BY MR. CUKOR:
15
16  ---   EXHIBIT NO. 501 :  News release entitled "JANUS
17                          Firewall Server Securely and Cost-
18                          Effectively Connects Private
19                          Networks to Internet"
20
21  BY MR. CUKOR:
22  166.        Q.    Mr. Mackintosh, during the break I
23      marked as an exhibit as Exhibit 501.  It has the
24      Bates number on it of FORT-NPS058631 through 32.  It
25      is a news release entitled "JANUS Firewall Server

G.G. Mackintosh - 41

1          Securely and Cost-Effectively Connects Private
2          Networks to Internet".  I am going to give you that
3          document to you now.
4               A.   What is a Bates number?
5    167.      Q.   The number on the bottom.
6               A.   Sorry, what is it?
7    168.      Q.   It is a method of identifying just
8          different pages, and I think the person who came up
9          with the system is named Bates.  I think it was
10         based on a mechanical device that...
11              MR. MARKS:   That nobody ever uses
12              anymore.
13
14   BY MR. CUKOR:
15   169.      Q.   Mr. Mackintosh, do you have Exhibit
16         501 in front of you?
17              A.   Yes.
18   170.      Q.   Have you seen this document before?
19              A.   I would certainly have seen it at
20         the time.
21   171.      Q.   It looks familiar to you?
22              A.   The names on it are people that
23         worked for us and with us at the time.
24   172.      Q.   Do you see the first full paragraph
25         that begins with the word "Toronto"?

G.G. Mackintosh - 42

1               A.   Yes.
2    173.      Q.   Can you read that first sentence
3          into the record, slowly?
4               A.   "...Toronto, July 7th, 1994.  BNTi
5          is
6               pleased to announce the Canadian launch of
7               the JANUS Firewall Server, a PC-based
8               software product developed in Canada.
9               JANUS will be demonstrated for the first
10              time at COMDEX Canada with W6459 in the
11              SkyDome.  Product availability in Canada
12              will be August 1st through Sea Change
13              Corporation, the Canadian distributor..."
14   174.      Q.   Does that appear to be correct to
15         you?
16              A.   I can't comment on the dates and
17         stuff.  I assume that it is correct.
18   175.      Q.   Do you have any reason to believe
19         that those dates are incorrect?
20              A.   No.
21   176.      Q.   Okay.
22              A.   This would not have represented when
23         we first installed the software, though.
24   177.      Q.   It represents when it is first
25         available in Canada, though, correct?

G.G. Mackintosh - 43

1               A.   It was first publicly announced.  I
2          believe we had...I believe we actually had installed
3          systems before that point.
4    178.      Q.   Do you believe it is incorrect when
5          it says:
6               "...JANUS will be demonstrated for the
7               first time at COMDEX Canada..."
8               A.   They would be talking about publicly
9          demonstrated.  It was demonstrated many times before
10         that, but not in a public forum.
11   179.      Q.   Okay.
12              A.   In a show...trade show environment.
13         But it had been seen many, many times before that.
14   180.      MR. CUKOR:   I have what I have marked as
15              Exhibit 500.  It is Bates labelled FORT-
16              NPS059093 through 059095.  It appears to be
17              an e-mail.  I am going to give you that
18              document.
19
20   --- EXHIBIT NO. 500 : E-mail dated October, 1994 from Rod
21              Adkins to Milton F. Lopez
22
23   BY MR. CUKOR:
24   181.      Q.   Mr. Mackintosh, do you have Exhibit
25         500 in front of you?

G.G. Mackintosh - 44

1               A.   Yes.
2    182.      Q.   And do you see on the second to last
3          page, the last couple words on the page are "Rod
4          Adkins"?
5               A.   M'hmm.
6    183.      Q.   Do you know who he was?
7               A.   He was our...I believe his title was
8          director of marketing, but basically he was our
9          sales and marketing guy at the time.  Our third
10         employee.
11   184.      Q.   Your third employee?  Have you ever
12         seen Exhibit 500 before?
13              A.   It doesn't look familiar, but I
14         am...I can't answer the question.  I don't know.
15   185.      Q.   And does this document appear to be
16         Mr. Adkins' response to a question or series of...or
17         an e-mail that was posted at greatcircle.com?
18              A.   From the format of it, it would
19         appear to be.  Without reading the entire thing and
20         sitting here and doing that, I can't answer that
21         accurately.  But it looks from the format of
22         brackets and stuff that, yes, it looks like a
23         response to an e-mail question.
24   186.      Q.   It is a pretty short e-mail.  Do you
25         mind reading the whole thing so you feel comfortable

G.G. Mackintosh - 45

```
1         with it?
2                A.      Okay.
3    187.   Q.      Have you finished reviewing it?
4                A.      Yes.
5    188.   Q.      Did anything in it strike you as
6    inaccurate?
7                A.      No.  It talked about that people
8    have been using it since February of 1994, which is
9    about the right time frame I talked about earlier.
10   189.   Q.      Do you see on the bottom of page 2
11   of the document Mr. Adkins talks about upcoming
12   shows at COMDEX in Las Vegas?
13               A.      Yes.
14   190.   Q.      And before when you were testifying
15   about remembering that there was a show before the
16   Las Vegas show, if you look back onto the first page
17   of Exhibit 500, towards the beginning of the e-mail,
18   the user had written:
19               "...JANUS is new.  It began its market life
20          in the U.S. in September..."
21   Do you see that?
22               A.      Yes.
23   191.   Q.      And Mr. Adkins' response is:
24               "...Although this is true, it is somewhat
25          misleading.  Yes, BNTi launched JANUS in
```

G.G. Mackintosh - 46

```
1               the U.S. at NetWorld and Interop in
2          September..."
3    Is that the trade show that you said earlier that
4    you recalled happened in the U.S. before the Las
5    Vegas show?
6                A.      Possibly.  I don't know.
7    192.   Q.      You don't recall specifically?
8                A.      I was not at that trade show so I
9    don't...I have no recollection of when it occurred.
10   I didn't attend.
11   193.   Q.      Do you have any reason to doubt that
12   that statement is inaccurate?
13               A.      No.  I just can't...I can't verify
14   it.
15   194.   Q.      So it could have been?
16               A.      I assume the document is correct.
17   195.   Q.      So it is possible that BNTi launched
18   JANUS in the U.S. in September of 1994?
19               A.      Yes.
20   196.   Q.      But the date that you could verify
21   is later at the Las Vegas show?
22               A.      I was at the Vegas trade show, yes.
23   197.   Q.      Okay.
24               A.      I know we had made contact with Phil
25   Trubey prior to that date.  So he was already doing
```

G.G. Mackintosh - 47

```
1         stuff before COMDEX.
2    198.   Q.      Let me ask you about the term beta
3    site.  Have you heard that term before?
4                A.      M'hmm.
5    199.   Q.      What is a beta site?
6                A.      They are an early deployment of the
7    software while it is still in its testing phases.
8    They are sort of earlier adopter-type companies who
9    are interested in testing out the product before you
10   are ready for a full scale launch of the product.
11   200.   Q.      And do those companies typically
12   have agreements that are different from the
13   agreements that the general public would have when
14   they purchase a commercially available product?
15               A.      I don't know exactly what you mean
16   by "different".  Often they are testing the product.
17   Sometimes they are testing it for free or paying
18   less for the product.
19   201.   Q.      Do they have a separate beta test
20   agreement with the developer?
21               A.      I don't recall...the answer to that
22   broad general statement could be yes.  If you are
23   asking whether we had those kind of agreements, I
24   don't know.
25   202.   Q.      I was going to ask that after, so I
```

G.G. Mackintosh - 48

```
1         will ask it now.  Do you recall specifically whether
2    JANUS had specific beta test agreements with its
3    beta test partners?
4                A.      I have no idea.
5    203.   Q.      And do you recall what the
6    confidentiality provisions of the beta test
7    agreements would be?
8                A.      I have no idea.
9    204.   Q.      Okay.  How about resellers?  Did
10   JANUS have agreements with its resellers?
11               A.      We would have, yes.
12   205.   Q.      And do you know what the
13   confidentiality provisions of those agreements
14   contained?
15               A.      I have no idea.
16   206.   Q.      And would the agreements that JANUS
17   had with its resellers be different than the
18   agreements JANUS would have with the typical end
19   user of its product?
20               A.      I have no idea.
21   207.   Q.      Okay.
22               A.      The sales and marketing side was not
23   my part of the business.
24   208.   Q.      Did the JANUS firewall product do
25   packet filtering?
```

G.G. Mackintosh - 49

1       A.    I am not sure what you exactly mean
2   by packet filtering.  If you are talking about
3   blocking certain types of traffic based on what that
4   traffic is, then yes.
5   209.    Q.    And would it do that blocking before
6   the packet was passed all the way up to the
7   application layer?
8       A.    No, the filtering was done at the...
9   sorry.  The bulk of the filtering was probably done
10  at the application level.  There may have been some
11  filtering done at the kernel level by nature of not
12  setting up listeners for things that we did not want
13  to pass through.  So, it would have been at multiple
14  levels.
15  210.    Q.    So even though the packet was
16  accepted at the kernel level, it might not have been
17  passed up; it could have been dropped after that?
18      A.    Some packets would have been dropped
19  at a very low level if we were not interested in
20  that type of traffic, yes.
21  211.    Q.    Was the JANUS firewall able to do
22  user authentication?
23      A.    No.  Sorry, let me rephrase the
24  answer.  We did not do user authentication of
25  traffic that was going internal to external or

G.G. Mackintosh - 50

1   external to internal.  Obviously we had to...you had
2   to have user authentication for the administrator of
3   the box to configure the box.
4   212.    Q.    So just for configuration, there had
5   to be authentication.  But users did not have the
6   ability...or the administrator did not have...let me
7   start again.  The JANUS firewall did not give the
8   administrator the ability to add custom levels of
9   user authentication?
10      A.    For traffic passing through the
11  firewall?    No.
12  213.    Q.    How did the JANUS firewall perform
13  network address translation?
14      A.    Again, we discussed this earlier,
15  but it accepted all traffic and examined the
16  packets, examined the destination that...because it
17  was not the destination for most of the traffic that
18  it was proxying, it examined what the actual
19  destination was in the IP packet and used that
20  destination to establish a secondary connection to
21  that actual destination.  That secondary connection
22  came from the firewall itself and then it kept the
23  initial channel, that is the initial requested
24  channel from inside, it kept that open and
25  essentially forged the return packets back to that

G.G. Mackintosh - 51

1   destination to look like they came from the ultimate
2   destination, even though the return packets
3   originated at the firewall.
4   214.    Q.    So, talking more specifically about
5   how that was accomplished, was there a proxy process
6   involved?
7       A.    Yes.
8   215.    Q.    And was there a proxy process that
9   was bound to specific ports that listened to those
10  ports for incoming traffic?
11      A.    Yes.
12  216.    Q.    And did that process itself open a
13  communication session or did it call another process
14  to open a communication session?
15      A.    You are talking about the secondary
16  connection to the outside?  It would have opened it
17  itself.  At least, my recollection is that it would
18  have opened it itself.  Again, we are talking 20
19  years ago.  My memory could be incorrect.  But my
20  recollection is that the application level opened
21  the connection to the remote site.
22  217.    Q.    Do you believe it was the same
23  process that was listening to the ports?
24      A.    Yes.
25  218.    Q.    And if I gave you the JANUS software

G.G. Mackintosh - 52

1   that has been produced in this case, could you
2   verify that?
3       A.    Sorry, I don't understand the
4   question.
5   219.    Q.    If I put in front of you a laptop
6   that contained the source code that has been
7   produced in this case from JANUS, could you verify
8   what you just told me about which process initiated
9   the communication sessions?
10      A.    It would probably take me a while to
11  refresh my memory on the way the code worked.  But
12  given an appropriate amount of time, I could remind
13  myself how the code worked and establish that.  I
14  wouldn't be able to do it by just staring at...
15  looking at the page and answering it in a couple
16  seconds, but, yes.
17  220.    Q.    I will ask you to do that, if you
18  don't mind, in a little bit.
19      A.    It could take a while.  It has been
20  a long time since I looked at this code.
21  221.    Q.    Well, if you feel that it is
22  impossible for you to do now because of the
23  environment, you can just tell me that.  If you feel
24  like, after looking at it, it is coming back
25  quickly, maybe it will refresh your recollection.

G.G. Mackintosh – 53

1          A.    So you are just talking about the
2     application proxy itself or...because, as we
3     discussed earlier, that is only part of the stuff
4     because the kernel level modifications are required
5     to make it...
6    222.     Q.    I am talking about the proxy.
7          A.    Okay.
8    223.     Q.    And let me ask my question
9     differently to see if it refreshes your
10    recollection.  Do you recall there being a separate
11    proxy that listened to each port and then calling a
12    process that would only stay alive during the
13    communication session and then was terminated after
14    the communication session?
15         A.    Okay.  The way networking software
16    typically works, and again it has been a long time
17    since I wrote this code, is that you have an
18    establish listener on a port.  When a connection
19    comes in, it will generally spawn off a new process
20    which actually does the actual work, establishes the
21    secondary connection, handles the communications for
22    that particular communication pathway while the
23    original listener continues to listen for new
24    connections.  And that secondary process handles
25    only that single communication path and then when

G.G. Mackintosh – 54

1     that path gets closed down, it goes away.  And the
2     original listener continues...will spawn off new
3     ones for each...if that is what you are asking, that
4     is my recollection of the way it worked, yes.
5    224.     Q.    Yes.  That was what I was asking.
6     So, the JANUS firewall product...so, in the JANUS
7     firewall product, the process that established the
8     communication sessions was not bound to any specific
9     port?
10         A.    Yes, it was.  Each type of proxy,
11    like for an FTP proxy or a Telnet proxy or whatever,
12    each had an individual specific listener listening
13    only on specific ports that we were proxying.  There
14    were not listeners on every other port.  Only things
15    that the firewall was...now, I am stating this as
16    absolute.  I should be clear this is from memory.  I
17    may be making mistakes.  But my recollection is that
18    we...that when you configured the software and you
19    said I want proxies on this type, this type, this
20    type and also it had the ability to set up generic
21    proxy for things that may come about afterwards, you
22    could then say, okay, I also want to proxy the
23    traffic on port 80.  You would configure all those
24    things and the software would establish listeners
25    only on those specific ports.  They would not listen

G.G. Mackintosh – 55

1     for all ports.  It would only...we had individual
2     listeners bound to each of those ports that were to
3     be proxied, and that is the process that I was
4     talking about.  There was a specific individual
5     process for each of those bound ports.  Not one that
6     listened to all of them.
7    225.     Q.    My question was a little inartful.
8     I meant the process that was bound to the ports or
9     bound to each individual port was not the same
10    process that established the communication sessions?
11         A.    Yes.
12   226.     Q.    Did the JANUS firewall allow for FTP
13    from external to internal without authentication?
14         A.    From external to internal?  No.  We
15    did not gateway FTP traffic into the internal
16    network.  The product had an FTP server that resided
17    on the product.  And so externally you gained access
18    to the FTP server on the product itself, not to an
19    internal server.
20   227.     Q.    So you had to authenticate?
21         A.    I don't...to be honest, I don't
22    remember the FTP mechanism.  But as I...absolutely.
23    I recall that you had to log into an FTP server.
24    Typically, there was...most FTP servers provided
25    what was called an anonymous login, which basically

G.G. Mackintosh – 56

1     meant you authenticated but didn't.  You provided an
2     anonymous user with no password and any...but, yes,
3     you would have to authenticate.  But there may not
4     really be an actual password.  But, yes, that
5     service was provided by the firewall but not through
6     the firewall.
7    228.     Q.    And that step of authentication that
8     you just described would mean that the external user
9     would be aware of the existence of the firewall?
10         A.    The external users were only aware
11    of the existence of the firewall.  No external users
12    saw past the firewall.  Internal users were not
13    aware of the existence of the firewall.
14   229.     Q.    So it was transparent from the
15    internal side, but not transparent from the external
16    side?
17         A.    Right.  If you were establishing an
18    FTP connection from the inside of the...from inside
19    the firewall to an FTP server outside the firewall,
20    you would not notice the existence of the firewall
21    at all.  It was totally transparent, out bound.
22    Inbound, the FTP would be...and this was true for
23    all inbound traffic.  The only visible entity was
24    the firewall itself.
25   230.     Q.    So the JANUS firewall was not

G.G. Mackintosh - 57

1    transparent from outside to inside?
2         A.    Correct.
3    231.    Q.    Okay.  Did the JANUS firewall do any
4    data sensitivity checking?
5         A.    I am not sure what you mean by the
6    question.
7    232.    Q.    Are you familiar with the term deep
8    packet inspection?
9         A.    Yes.
10   233.    Q.    What is deep packet inspection?
11        A.    My recollection is that it meant
12   examining the traffic passing through to determine
13   the nature of the traffic and whether there was
14   anything about it that was untoward.  The original
15   versions of the product examined the data only
16   insofar as was necessary to transmit the traffic and
17   to establish the type of traffic, Telnet or whatnot.
18   The early versions did not do more than that.  I
19   have some recollection that as the software grew, we
20   may have done more in depth analysis of the actual
21   traffic.  But the early versions did not.
22   234.    Q.    So as the JANUS firewall software
23   evolved, more features were added?
24        A.    Yes.  JANUS/BorderWare.  Throughout
25   this conversation, you have been using JANUS but it

G.G. Mackintosh - 58

1    essentially just got renamed.  There was no real
2    difference and as the product evolved I don't really
3    think of them as two different products.  So I am
4    probably using the names interchangeably because I
5    don't even recall when we actually made the name
6    change.
7    235.    Q.    Okay.  Do you know why you made the
8    name change?
9         A.    I believe that there was a company
10   in the states unrelated to the security marketplace.
11   I think they may have even been a financial-type
12   company that were using the name Janus and so to
13   avoid any potential problems, we decided to rename
14   the product.
15   236.    Q.    So as your U.S. market started to
16   grow...
17        A.    It would have been before then.  I
18   think it was fairly early on, but I don't recall
19   when.
20   237.    Q.    Before the U.S. market grew?
21        A.    I honestly can't answer the
22   question.  I'm sorry.
23   238.    Q.    Okay.
24        A.    It is referred to here as JANUS,
25   so...

G.G. Mackintosh - 59

1    239.    Q.    It was after 1994; right?
2         A.    I have no idea.
3    240.    Q.    Well, it was after...
4         A.    It is presumably after this date,
5    which is in 1994.
6    241.    MR. CUKOR:    Okay.
7
8    --- EXHIBIT NO. 502 :  Printout from greatcircle.com
9                          website
10
11   BY MR. CUKOR:
12   242.    Q.    Mr. Mackintosh, I have put in front
13   of you what has been marked as Exhibit 502.  It has
14   Bates number NPS358 through 360.  And it is a
15   printout from the greatcircle.com website.
16        A.    M'hmm.
17   243.    Q.    Have you seen this document before?
18        A.    I am going to have to read it.  I
19   haven't finished reading it, but it doesn't sound
20   familiar.  I apologize, I am just having a hard time
21   with his grammar and understanding what he is...
22   244.    Q.    Take your time.
23        A.    He is not an English speaker, so I
24   am having to try and interpret what he is saying a
25   little bit.  Sorry, I shouldn't say not an English

G.G. Mackintosh - 60

1    speaker; obviously his first language isn't English,
2    so it makes the...okay.
3    245.    Q.    Have you reviewed the document?
4         A.    M'hmm.
5    246.    Q.    And do you think you may have seen
6    it before?
7         A.    I don't recall having seen it before
8    but I could have seen it before.
9    247.    Q.    And what is the document?
10        A.    It is a document from Hung Vu in
11   February, which would have been after we already had
12   this working.  February, 1994.  It is a document by
13   Hung Vu saying, "I would like to do this kind of
14   thing but I don't really know how to do it.  How
15   would I do it and how much work would it be", and he
16   describes a desire to have a...you would have to
17   make some assumptions here, but what sounds like an
18   attempt to make a transparent outbound proxy by
19   doing similar things to what we discussed about
20   earlier.  Listening for inbound...sorry, outbound
21   traffic, intercepting that traffic and forwarding
22   it.  He clearly in here states it is something he
23   wants to do, has never tried to do and he doesn't
24   really know how much work it would be.  In fact, he
25   is asking how much work it would be in order to

G.G. Mackintosh - 61

```
1           implement this.
2  248.   Q.    And did you respond to Hung Vu's e-
3        mail ever?
4           A.    I don't recall having done so.  I
5        don't recall.  I don't...I don't recognize this e-
6        mail off the top of my head.  If I had seen it, I
7        probably would have been surprised because, as far
8        as I was aware, nobody else was sort of thinking
9        about how to do this.  We already had...at this
10        point, our product would already have been doing
11        this.
12  249.   Q.    Does Exhibit 502 demonstrate
13        conception of a transparent application layer proxy?
14           A.    It seems to.
15  250.   Q.    And what documentary evidence do you
16        have that the JANUS firewall product was developed
17        at this point?
18           A.    I don't believe I have any documents
19        left from that period of time.
20  251.   Q.    And did you read the kernel
21        modifications that Mr. Vu described in Exhibit 502?
22           A.    He doesn't actually describe kernel
23        modifications.  He said you would have to modify it
24        in order to do this, but he doesn't describe any
25        modifications.  In fact, he says...he is
```

G.G. Mackintosh - 62

```
1        basically...it looks like he is asking how to do it.
2        He is saying, "How much work is involved, I can't
3        tell right now", so he clearly hasn't done this yet.
4        He has got an idea and he is trying to figure out
5        how to do it.
6  252.   Q.    And do you see on the second page
7        where he says:
8              "...I guess a quick fix would be..."
9           A.    Yes.
10  253.   Q.    And is he talking about kernel
11        modifications in that portion?
12           A.    Yes, he is talking about kernel
13        modifications.  Yes.
14  254.   Q.    And do you believe that what he
15        describes there would suggest to one of ordinary
16        skill in the art how to modify the kernel to
17        accomplish what is required for a transparent
18        application layer firewall?
19           A.    I think from this you could
20        probably...with enough knowledge of the kernel, you
21        could probably come up with a mechanism similar to
22        the one that we implemented.
23  255.   Q.    I want to show you a different
24        document.  Before I show you, I think I have asked
25        you this and I am just going to ask you again.  You
```

G.G. Mackintosh - 63

```
1        have never seen the United States patent 5623601
2        that was issued to Hung Vu?
3           A.    No.
4  256.   Q.    What was the last number of the
5        document I gave you?  The last exhibit number.
6           A.    502.
7  257.   MR. CUKOR:    Thank you.
8
9  --- EXHIBIT NO. 503 :  Collection of printouts from
10              greatcircle.com website
11
12  BY MR. CUKOR:
13  258.   Q.    Mr. Mackintosh, I have put in front
14        of you what has been marked as Exhibit 503.  It has
15        Bates range on it FORT-NPS058679 through 058702.  It
16        is a collection of printouts from the
17        greatcircle.com website.  I will give you as long as
18        you want to familiarize yourself with it, but it is
19        a long document and I am going to be directing your
20        attention to specific parts so you don't have to...
21           A.    If you want me to specifically be
22        able to comment on the entire thing, I would have to
23        read it all.  If you are just going to ask me to
24        comment on certain sections, I can read just the
25        sections you are asking about.
```

G.G. Mackintosh - 64

```
1  259.   Q.    Okay, we will do that.
2           A.    I will note that the address I gave
3        you before of 2 Yonge Street was clearly wrong
4        because this says 1 Yonge street.  So apparently it
5        is across the road.
6  260.   Q.    Can I direct your attention to the
7        page 058688?
8           A.    Yes.
9  261.   Q.    And what I would like you to look at
10        is what appears to be an e-mail from Steve Lamb in
11        response to another post on the Great Circle
12        website.
13           A.    You are talking about the one that
14        ends on that page or the one that starts on that
15        page?
16  262.   Q.    The one that ends on that page.  You
17        can turn to the previous page to read the whole
18        thing.  I will let you do that.
19           A.    Yes.
20  263.   Q.    So I am going to direct your
21        attention to the paragraph that begins, "That is
22        quite true", on page 058688.  First, have you ever
23        seen this document before...this e-mail before?
24           A.    I don't recall it, but I may have.
25  264.   Q.    At the end of that paragraph, Mr.
```

G.G. Mackintosh - 65

1   Lamb says:
2           "...I didn't claim that changing IP source
3           and destination address in packets is what
4           we do..."
5   What did he mean by that?
6           MR. MARKS:   Objection.  Calls for
7           speculation.
8           THE DEPONENT:   I would have to make an
9           educated guess as to what he means.  But I
10          presume what he is saying is that we don't
11          modify the IP source and destination
12          addresses down in the kernel of the network
13          layer; that we do it at the application
14          layer.
15
16  BY MR. CUKOR:
17  265.        Q.   What is the consequence of that?
18          A.   I don't understand the question.
19  266.        Q.   I am just trying to ask the question
20  in a way...
21          A.   I am not trying to be difficult.  I
22  just don't understand the question.  I'm sorry.
23  267.        Q.   No, I am having difficulty.  I am
24  really just trying to understand what that means.
25  And what is the difference between modifying the

G.G. Mackintosh - 66

1   packets at the kernel layer and at the application
2   layer?
3           A.   In terms of functionality or
4   difficulty or...
5   268.        Q.   Functionality.
6           A.   Presumably, you could do it in
7   either location.  There is a reference here to
8   having to do more than just change the IP address in
9   the packet.  If you were doing it at the network
10  level, you would have to do more than just change
11  the IP address because you are changing contents...
12  information of the actual IP packet itself.  So more
13  than just that that will have to be changed for the
14  packet to still be internally consistent, if you
15  will, and not be thrown away.  So, to do it at the
16  network level, you would have to do a number of
17  things to make the packet still a valid packet
18  versus at the application level, you have to do
19  different things.  They are just different
20  mechanisms for doing it.  You could do it in either
21  place, depending on how you programmed it.
22  269.        Q.   Did that program decision have any
23  effect on the ability for an external source to
24  identify the IP address of the original user?
25          A.   You could do it in either location

G.G. Mackintosh - 67

1   in a manner that would make the...that would hide
2   the source address.  You could do it in either
3   location.
4   270.        Q.   And which location did the JANUS
5   firewall product do that in?
6           A.   We did it at the...the early
7   versions of the firewall definitely did it all at
8   the application layer.  I believe but don't know for
9   absolute certainty that later versions of the
10  software moved some of that work down into the
11  kernel itself to avoid the overhead of going higher
12  up the stack.  So, I believe it did it probably both
13  ways at different points in time.
14  271.        Q.   And when do you believe the kernel
15  became involved with rewriting the source IP
16  addresses?
17          A.   As I said, I don't recall that
18  directly.  I wasn't doing R&D work at that stage.  I
19  was telling people what to do at that stage.  I know
20  at some point we were trying to improve the
21  throughput of the product by reducing the amount of
22  traffic going up to the application layer.  When we
23  were doing that, I don't recall.
24  272.        Q.   But it was some time after you were
25  able to hire people to work for you?

G.G. Mackintosh - 68

1           A.   Yes.
2   273.        Q.   Would that be in the 1995/1996 time
3   frame?
4           A.   I don't know.  It could be.
5   274.        MR. CUKOR:   Let me take a minute off the
6           record to review my notes.
7
8   ---   DISCUSSION OFF THE RECORD
9
10  BY MR. CUKOR:
11  275.        Q.   Earlier in the day, we briefly
12  discussed Milkyway, the company.  Do you recall
13  that?
14          A.   I recall discussing it, yes.
15  276.        Q.   And what can you tell me about what
16  you recall about Milkyway?
17          A.   All I recall is that, as I suggested
18  earlier, we as a company had existed for a while.
19  We had a product out there.  I recall hearing about
20  this company, which I believe was in Ottawa, and
21  that they were coming out with a firewall product.
22  That is really about the extent of my recollection.
23  277.        Q.   Do you remember the name of their
24  firewall product?
25          A.   I assumed it was Milkyway, but, no.

G.G. Mackintosh – 69

1   278.        Q.     Do you remember knowing anything
2       about their intellectual property?
3           A.     No.
4   279.        Q.     Have you heard the name of the
5       company, Bevertec?
6           A.     Sorry?
7   280.        Q.     Bevertec.
8           A.     It doesn't ring a bell.
9   281.        Q.     Does Black Hole...
10          A.     Yes, that was a firewall product
11       that I have heard the name of. I don't know
12       anything about the product or I don't recall
13       anything about the product, but I heard that was a
14       firewall product.
15   282.        Q.     Do you remember it being a
16       competitive product?
17          A.     To be honest, at this stage, I don't
18       remember when they came into play. I don't remember
19       how competitive they were. I just remember the name
20       at this stage.
21   283.        Q.     How about SecureIT, does that sound
22       familiar?
23          A.     I am afraid that doesn't. It
24       probably was there and I just don't recall it.
25   284.        Q.     And earlier, we talked about that

G.G. Mackintosh – 70

1       you had formed BNTi before you came up with the
2       concept of a transparent application layer firewall;
3       correct?
4          A.     Yes.
5   285.        Q.     And you were the person that came up
6       with the concept of transparent application layer
7       firewall?
8          A.     Steve Lamb and I together.
9   286.        Q.     And how did that occur?
10          A.     We were leaving work and one of us,
11       it might have been Steve, said, you know, "What if
12       we do something like this?" And initially I said,
13       "No, that won't work for such and such"...I had a
14       little more technical depth than Steve. And then
15       after that point, "But if we do this too and this
16       and this and this"...well, this obviously took a
17       much longer period than the description I am giving
18       you right now. Then this would work and it would be
19       transparent and, you know, we...this occurred in
20       front of an elevator. We were...as I said, we were
21       leaving work. We were waiting for the elevator when
22       the idea came up. We let the elevator go by and
23       started scribbling notes on a big envelope that I
24       had with me. And went back and forth throwing ideas
25       around, we eventually came up with the...all the

G.G. Mackintosh – 71

1       mechanics that would be required for the transparent
2       firewall product to work, the kernel modifications.
3       And about an hour or so later, we went home. I took
4       the envelope and the next day started cooking it.
5   287.        Q.     Do you have that envelope still?
6          A.     No.
7   288.        Q.     What was the date of that meeting?
8          A.     I can't give you a date. It would
9       have been in the January, early February time frame.
10       As I said, it was very early in the lift. In fact,
11       I am pretty sure it was probably in January but I
12       can't establish that absolutely. It was very early
13       in the product development stage because it was as
14       we were just starting to write the proxy
15       applications. And so instead of writing non-
16       transparent versions, which is standard typical
17       SOCKS-based stuff, we implemented these instead. So
18       there was never a version of the product that
19       actually did not have this transparent capability.
20       It was the only implementation of the firewall we
21       ever implemented. That was right from the very
22       early stages.
23   289.        Q.     Would you have already started
24       writing other code that was not transparent at that
25       point?

G.G. Mackintosh – 72

1          A.     We were just starting...just
2       starting to work on the proxies. So we hadn't
3       actually written any. We had...there was public
4       domain examples of this kind of stuff out there. I
5       believe we had started looking at them. And then
6       instead of implementing something like that, we
7       implemented the transparent versions.
8   290.        Q.     So you were still at the collect
9       information stage?
10          A.     We were...again, there were public
11       domain firewall products out there. And we had
12       looked at...we had looked at that kind of software
13       and the SOCKS-based implementations. And it was
14       around that stage that we came up with the solution.
15   291.        Q.     And in doing that research, you also
16       used the Great Circle forum; right?
17          A.     I don't know if we were aware of
18       Great Circle at that stage, to be honest. We may
19       have been, we may not have been. I honestly can't
20       recall. When we started this, as I said, I came
21       from a networking background and we had a router
22       product and we were looking at evolving that router
23       product into a firewall product. So we came at it
24       from a very different direction than people who were
25       already potentially immersed in firewall

G.G. Mackintosh - 73

1          environment.  So, I honestly can't say what...that
2          we had stumbled upon greatcircle.com before or
3          after.  I just don't recall.  You know, we
4          definitely were looking at... that is a big
5          spiderweb.  Sorry.
6                    MR. MARKS:    You are talking about
7                    outside the window?
8                    THE DEPONENT:    Yes.  I'm sorry, I got
9                    distracted by the spiderweb in the window.
10                   Sorry.
11
12   BY MR. CUKOR:
13   292.      Q.    It is okay.  Let me ask you a
14          different question and we will go on.  You mentioned
15          that conversation where you and Steve came up with
16          the idea of transparent application firewall
17          happened while waiting for an elevator after work;
18          correct?
19                   A.    M'hmm.
20   293.      Q.    Do you recall what building that was
21          in?
22                   A.    1 Toronto Street.
23   294.      Q.    I'm sorry?
24                   A.    I'm sorry, 1 Yonge Street.  Toronto
25          Street was a much later office.

G.G. Mackintosh - 74

1   295.      Q.    And when did you get that office?
2                   A.    The Yonge Street office?
3   296.      Q.    Correct.
4                   A.    UUNET Canada was a company owned by
5          Rayan Zachariassen.  And he basically had some extra
6          space in his office and he let us use that from day
7          one.
8   297.      Q.    From December?
9                   A.    Yes.
10   298.      Q.    And do you believe that this
11          conversation occurred during the weekday or weekend?
12                   A.    I have no recollection.
13   299.      Q.    Are there any documents that exist
14          to establish that that conversation took place?
15                   A.    No.  I don't believe I ever wrote
16          the, sort of, elevator story down on a bulletin
17          board or anything at any point.  It has been
18          described to a number of people over the years.  I
19          have no documentation to establish the date.
20   300.      Q.    Okay.  Are you being compensated for
21          your time today?
22                   A.    No.
23   301.      Q.    Just by Intel, right?
24                   A.    Well, I am not...I work for Intel
25          and I guess I told them I was taking the day off,

G.G. Mackintosh - 75

1          but they are probably not going to charge me for it.
2   302.      Q.    Okay.  And if I asked you to come to
3          trial in September in the Northern District of
4          California and offered to pay your expenses, would
5          you come?
6                   A.    I would have to consult with
7          counsel.  So, I don't know.
8   303.      MR. CUKOR:    Okay.  I may have additional
9                   questions after Mr. Cooper asks some
10                  questions based on what he asks, but right
11                  now I am done and I thank you for your
12                  testimony.  I am going to pass the witness.
13
14   EXAMINATION BY MR. COOPER:
15   304.      Q.    Will Cooper.  I represent the
16          defendant, Fortinet.  I will try not to be...try not
17          to make you repeat yourself too much, but we will
18          have to cover some of the terrain that we have
19          already.
20                   A.    That is okay.  My wife says I repeat
21          myself anyway.
22   305.      Q.    You mentioned earlier today that you
23          worked for the University of Toronto?
24                   A.    At that point in time.
25   306.      Q.    And while you were there, could you

G.G. Mackintosh - 76

1          describe what you were working on right before you
2          left, that last period before you left?
3                   A.    For the University?
4   307.      Q.    Yes.
5                   A.    As part of CA*Net, we modified some
6          IBM computer hardware to remodify the software to
7          make it into a router product that we used in
8          CA*Net.  And we, in ONet, we distributed and set up
9          routers around Ontario...sorry, I should finish.  In
10          CA*Net, we deployed those routers throughout the
11          provinces.  I think we may have also sent them up to
12          the Yukon.  I don't remember exactly, but basically
13          we put in place the Canadian Backbone Network and
14          the Ontario Backbone Network.  The Canadian Backbone
15          Network connected down to the States and connected
16          ultimately to provide Internet connectivity and the
17          ONet network connected to CA*Net to get Internet
18          connectivity.  The primary customers were colleges
19          and universities, although that ultimately got
20          expanded to allow private connections as well.  In
21          the early stages, there was no public Internet,
22          no...sorry, there was no private companies providing
23          Internet connectivity.  And so we were it.  Later
24          on, obviously private companies started to provide
25          Internet connectivity in Canada as well.  But that

G.G. Mackintosh - 77

1    wasn't there when CA*Net and ONet first got started.
2    So we basically deployed the Internet in Canada.
3    308.    Q.    And when you left the University of
4    Toronto and moved to working for a private company,
5    did your day-to-day change a lot in terms of what
6    you were working on?
7            A.    Well, yes, it changed a lot because
8    I stopped working on any of that stuff and only
9    worked on our product.  Prior to stopping working
10   for the University, I was working on our stuff on my
11   own time.  And after stopping working for the
12   University, I basically worked all the time, and I
13   mean all the time, for Border.
14   309.    Q.    So you had some familiarity with the
15   firewall technology at the point you left the
16   university?
17           A.    Not anything in terms of actual
18   implementation or real functionality.  I knew that
19   there was firewall products out there and that they
20   provided security for networking connectivity.  They
21   were a security mechanism.  And that is about the
22   limitation of my knowledge.  When I was...before I
23   decided to form BNTi and started doing our own
24   firewall, I described earlier, sort of, the...being
25   asked questions by the various colleges who were

G.G. Mackintosh - 78

1    connecting to ONet how to get..."How do I provide
2    this security?"  And I would say, "Well, there are
3    firewall products out there that you can..." most of
4    them were, sort of, not...were not easy to
5    implement.  But there were firewall products out
6    there and I would sort of say, you know, "Go look
7    here and here and here", but I didn't actually ever
8    investigate because my role wasn't to actually do
9    that.  I was providing the networking functionality.
10   So I didn't actually know any details about
11   firewalls or their functionality before we decided
12   to actually go and build one.
13   310.    Q.    Why don't we turn back to Exhibit
14   501, Bates stamp 058631.  It is the news release we
15   looked at earlier.  And if you could read the top
16   heading just beneath "News Release" into the record.
17           A.    "...JANUS Firewall Server Securely
18           and Cost Effectively Connects Private
19           Networks to Internet..."
20   311.    Q.    Okay.  And the name here at the top
21   is Rod...excuse me, what is the name here at the
22   top, the individual?
23           A.    Rod Adkins.
24   312.    Q.    So, as we talked about earlier, this
25   discusses a public event where the JANUS technology

G.G. Mackintosh - 79

1    was presented; is that right?
2            A.    M'hmm.
3    313.    Q.    Was this the first time that the
4    JANUS technology was shown to people?
5            A.    No.  As I said in the early
6    discussions, this was the first trade show
7    demonstration of the product.  The product had been
8    demonstrated to a number of potential customers
9    prior to this and was actually installed at a number
10   of sites prior to this.  The first beta customer was
11   in March of 1994.
12   314.    Q.    And who was that customer?
13           A.    If my memory serves me correctly, it
14   was Rogers Canada.
15   315.    Q.    And could you describe how the
16   technology was installed and in what form it was
17   installed?
18           A.    Sea Change, who was one of the
19   founding partners but was also our reseller, would
20   have actually done the installation.  BorderWare...
21   BNTi provided...we created software.  Resellers
22   often sold just the software or sold hardware and
23   software together as a package.  I don't know what
24   particular variant they...that Sea Change installed
25   at Rogers.  I would guess that it was a combined

G.G. Mackintosh - 80

1    hardware/software package where they pre-installed
2    the software and took it out and put it in place in
3    Rogers.  Omaya Elguindi was the person at Sea Change
4    who did the installation.
5    316.    Q.    So, in March of 1994, there was a
6    company...
7            A.    There was a fully functional product
8    in March of 1994 in place in a third-party company
9    running the transparent software.
10   317.    Q.    Were there any other installations
11   at that time?
12           A.    That would have been the first one.
13   318.    Q.    Do you know when the next one came?
14           A.    I believe the product was installed
15   at Delrina.  I know it got installed at Spar
16   Aerospace.
17   319.    Q.    Could you name the company and also
18   their location as you are listing them?
19           A.    Spar Aerospace, I believe, was in
20   Montreal.  Delrina, I don't recall.  Those would
21   have been two of the other really early ones.  I
22   don't remember more than that?
23   320.    Q.    And where is Rogers located?  A
24   general geographic area is sufficient.  If it is a
25   state or a...

G.G. Mackintosh - 81

1         A.      Rogers is based in Toronto, but they
2    operate wider than Toronto.  I don't know where the
3    specific installation was.  Because it was done
4    through Sea Change, all I know is it went to Rogers.
5    I actually have absolutely no knowledge of where
6    physically that resided.
7    321.    Q.      Okay.  In addition to installations,
8    you mentioned that there were presentations.  A good
9    number of them.  Is that right?
10        A.      Yes.  But, again, they would have
11   been done by Sea Change, who was our primary
12   reseller in the early days.  They were out pitching
13   it all over the place.
14   322.    Q.      Do you know some locations that they
15   went and pitched?
16        A.      I am afraid I don't.
17   323.    Q.      Do you know if they pitched in the
18   United States or in Canada; at that level?
19        A.      They eventually pitched in the
20   United States.  And we eventually had other
21   distributors in the United States.  I don't know
22   when they started doing that.  I am afraid I can't
23   answer more than that.
24   324.    Q.      And during the customer
25   presentations, was literature handed out describing

G.G. Mackintosh - 82

1    the technology?
2         A.      I would assume so.  We did have
3    literature.  And usually you give it to customers.
4    I can't really say yes or no, because I didn't do
5    it.  I wasn't present.
6    325.    Q.      Got it.  During this time period in
7    other contexts did you distribute literature that
8    described the technology?
9         A.      We would have.  But, again, I don't
10   know exactly how widely any documentation was
11   distributed prior to this sort of public
12   announcement versus more directly to individuals.
13   326.    Q.      So, before the trade show mentioned
14   here in July, 1997, were there any other general
15   categories of...
16        A.      Sorry, you said July, 1997.
17   327.    Q.      I'm sorry, July 7th, 1994.  Thank
18   you.  Were there any other categories of
19   presentations to the public other than installations
20   that we talked about and the presentations to
21   potential customers?
22        A.      I don't recall.
23   328.    Q.      We can set this aside.  So we talked
24   a little bit earlier...you talked a little bit
25   earlier about trade shows.  I have a good sense

G.G. Mackintosh - 83

1    of...
2         A.      Sorry, my phone is buzzing.  I
3    apologize.
4    329.    Q.      Sure.  We talked earlier about trade
5    shows.  I just want to get a handle on any specifics
6    that we might have left out about what trade shows
7    that you are aware of and what trade shows that you
8    went to.  We talked about the COMDEX trade show in
9    July, Canada.
10        A.      M'hmm.
11   330.    Q.      And there was also the trade show in
12   Atlanta, the Networld one.
13        A.      I can't establish too much about
14   that one because, as I said, I wasn't at that one.
15   331.    Q.      You weren't there.  But you were at
16   the one in July in Canada?
17        A.      I was at the one in Canada...you
18   know what?  I am, like, 95 percent positive I would
19   have been at the one in Canada.  But to be honest, I
20   don't recall the trade show itself.  It was a pretty
21   busy time.
22   332.    Q.      Okay.
23        A.      But I am sure I would have been
24   there providing, you know, technical expertise for
25   people coming by.  But I don't recall much about the

G.G. Mackintosh - 84

1    trade show.  I remember the ones I had to travel to
2    because I had to travel.
3    333.    Q.      Which ones did you have to travel
4    to?
5         A.      Vegas and New York were two of the
6    earlier ones.
7    334.    Q.      And what was the time for the one in
8    Vegas?
9         A.      I can't remember the exact date.  It
10   would have been COMDEX in Vegas.  And we could
11   establish the time frame by looking up when COMDEX
12   in Vegas actually occurred, but I don't remember the
13   exact date and neither do I recall the exact date of
14   the...of the New York show.  I just remember it was
15   at J. Javits Center.
16   335.    Q.      Do you remember if they were in
17   1994?
18        A.      I am positive that COMDEX was in
19   1994.  The one in New York may have been in early
20   1995.  I don't know.  I know it was after the Vegas
21   show.
22   336.    Q.      And at these trade shows, a working
23   version of JANUS was running?
24        A.      Yes.  In fact, I am not certain but
25   I believe prior to the Vegas show, we already had a

G.G. Mackintosh - 85

1    U.S. distributor, Phil Trubey.
2  337.      Q.    And what was Mr. Trubey doing?
3            A.    He was packaging the software with a
4    hardware and selling that as a package.
5  338.      Q.    Do you know when he started doing
6    that?
7            A.    No.  Somewhere between the Atlanta
8    trade show and the Vegas trade show, as I understand
9    it.
10 339.      Q.    The Atlanta trade show that was in
11   September of 1994?
12           A.    I don't know when the Atlanta trade
13   show was, I am afraid.  Not having been there, I
14   don't recall anything about it.
15 340.      Q.    And at these trade shows, where you
16   are displaying working versions of JANUS, those
17   working version had transparent application level
18   proxies?
19           A.    The only product we ever constructed
20   was a transparent firewall.  We never had a product
21   that wasn't.  So from day one, it was a transparent
22   firewall.  So, yes, the product that we deployed
23   then was that product.
24 341.      Q.    And at these trade shows, how would
25   people, including yourself, go about showing

G.G. Mackintosh - 86

1    potential customers how the product worked?
2            A.    If I recall correctly, we
3    essentially had a couple of computers.  The trade
4    shows typically had Internet connectivity and we
5    would have the JANUS firewall connected to the trade
6    show network and we would have a computer inside the
7    firewall, effectively.  And we would...so we would
8    have the firewall's configuration screens up and the
9    other computer connected to the Internet through the
10   firewall.  Showing the transparency of connectivity.
11 342.      Q.    So people that were at the trade
12   show would come up to the booth, so to speak, and
13   there would be screens that they could look at?
14           A.    Yes.
15 343.      Q.    That would display...
16           A.    One of them would be the firewall
17   and the other would be something running...
18   connecting through the firewall, yes.
19 344.      Q.    And at that time, when you were
20   discussing with the customers, the topic of
21   transparency was a big part of the conversation?
22           A.    Yes.  As mentioned, there were
23   essentially three pillars of the product that were,
24   sort of, its primary sale features.  Transparency
25   and ease of configuration were two of the key

G.G. Mackintosh - 87

1    features.  Transparency probably the most impactful
2    one.
3  345.      Q.    Going back to Exhibit 501.
4            A.    M'hmm.
5  346.      Q.    At those trade shows, the
6    functionality that was being showed to people was as
7    described in this press release?  And you can take a
8    minute to read through it.
9            A.    Sure.
10 347.      Q.    I just want to make sure it is an
11   accurate representation of what was publicly
12   available at that time.
13           A.    Yes.  And I will note that I may
14   have implied something earlier when you were
15   asking...sorry, when Michael was asking about
16   authentication.  I had actually forgotten about the
17   VPN capabilities...sorry, not VPN.  VPN came later.
18   But we did actually allow external customers to
19   actually connect through their own internal
20   connections and we authenticated those users.  I had
21   completely forgotten about that.  We supported a
22   number of different authentication mechanisms in the
23   product, including, as is mentioned here,
24   CRYPTOCard, to authenticate users who...external
25   users to be able to access the inside network.  I

G.G. Mackintosh - 88

1    had completely forgotten about that, but it is
2    mentioned in here and, yes, we did actually have
3    that functionality as well.
4  348.      Q.    Just to make sure we have a clear
5    record, I am going to repeat my last question.  The
6    JANUS functionality is accurately described in the
7    press release that is Exhibit 501; is that correct?
8            A.    Yes.
9  349.      Q.    At the trade shows, were all the
10   people that attended free to come and see the
11   presentation of JANUS?
12           A.    Yes, we had a booth and people would
13   just walk up and see the product.
14 350.      Q.    There was no VIP access or other...
15           A.    No.
16 351.      Q.    Okay.
17           A.    We were trying to sell it.  We
18   wanted as many people to see it as possible.
19 352.      Q.    At this time where you were showing
20   JANUS at trade shows, can you describe the public
21   use and public knowledge of JANUS in the United
22   States?
23           A.    No.  Actually, I...I don't know in
24   the July time frame that this is, I can't give you
25   information about the extent of knowledge out there.

G.G. Mackintosh - 89

1    I know there were discussions on bulletin boards and
2    stuff like that, but I have no knowledge of how
3    pervasive that would have been.  But people in the
4    business would have known about it.
5  353.    Q.    There were numerous examples of the
6    JANUS technology being displayed in a functional
7    form in the U.S. at that time; is that accurate?
8          A.    As of the Canadian trade show?
9  354.    Q.    Yes.
10         A.    I don't...I can't answer the
11   question.  I am afraid I can't remember the time
12   frames.
13 355.    Q.    As far as you can remember, that
14   would be accurate roughly around that time; within a
15   matter of months?  Can you answer that?
16         A.    I would be going from a flawed
17   memory and making statements that I can't back up.
18 356.    Q.    Fair enough.
19         A.    There are others that could probably
20   give more definitive answers about that.  As I said,
21   I wasn't in the marketing side.
22 357.    Q.    That wasn't your area.
23         A.    No.  I made the technology.
24 358.    Q.    I touched a little bit earlier on
25   materials that were handed out at the trade shows.

G.G. Mackintosh - 90

1    Was it a situation where people would come up to the
2    booth, talk to them, and you would have stacks of
3    brochures, that sort of thing, to hand to them for
4    them to take?
5          A.    Typically.  In fact, we probably
6    wouldn't even have to talk to them.  They probably
7    just grabbed them.
8  359.    Q.    Do you have any recollection of what
9    the content was of those brochures and advertising
10   materials?
11         A.    It probably would have been a
12   variation of this kind of description, talking about
13   the functionality of firewall.  It probably also
14   talked about the ease of configuration, through the
15   user interface.
16 360.    Q.    When you say "this kind of
17   description", you are referring to Exhibit 501?
18         A.    Sorry, I am referring to 501, which
19   described the transparent nature of the product.
20 361.    Q.    Switching gears a little bit, you
21   mentioned that you and Steve Lamb came up with the
22   original idea together.
23         A.    M'hmm.
24 362.    Q.    When you were outside of the
25   elevator and scribbling on an envelope, about how

G.G. Mackintosh - 91

1    long was that interaction where you were going back
2    and forth and taking notes about your idea?
3          A.    At least an hour.  Long enough that
4    we sat down on the floor instead of standing up.
5  363.    Q.    And did you discuss this idea with
6    people other than Steve after you came up with it,
7    other co-workers and the like?
8          A.    Probably with Rayan.
9  364.    Q.    I'm sorry, with who?
10         A.    Rayan Zachariassen.  And probably
11   with John Alsop and Omaya Elguindi, who were the
12   five original founders.
13 365.    Q.    And you started coding the next day,
14   is that right?  From the time you started coding,
15   how long did it take you to get to where you felt
16   like you had the invention in a way that it could be
17   used?
18         A.    Pretty much the day we came up with
19   the concept, I was pretty sure how to do it.  It
20   probably took a few weeks to actually do the work.
21 366.    Q.    And this was in January of 1993, is
22   that right?
23         A.    That is what I believe.  It would
24   have been...it was January, perhaps early February,
25   but it was in...

G.G. Mackintosh - 92

1  367.    Q.    And this was 1993?
2          A.    No, sorry, you said 1993.  1994.
3  368.    Q.    1994?
4          A.    The company started in December of
5    1993.  And in January to early February of 1994
6    would have been when we implemented the...came up
7    with the idea and implemented the features.
8  369.    Q.    And to confirm what I believe you
9    have already said, at the time you came up with this
10   idea you didn't have any knowledge of Hung Vu's idea
11   that you saw today on...
12         A.    No, I did not hear about Milkyway
13   until after we were...we had...we were a functioning
14   product.  And we were attempting to make sales.  And
15   then we heard of this company called Milkyway, who
16   was also a Canadian company.  And that is probably
17   the only reason we even heard of them was because
18   they were another Canadian company, and there
19   weren't many.  So, that is...I just knew of them
20   because of that.
21 370.    Q.    Roughly how long...I know there is
22   not going to be a date, but roughly how
23   long...specific date, excuse me...after you and
24   Steve Lamb came up with the idea until you heard
25   about Milkyway?

Case 3:12-cv-01106-WHA   Document 333-11   Filed 09/25/13   Page 25 of 40

G.G. Mackintosh - 93

```
1          A.    It would have been much later, but I
2    have no concept.
3    371.       Q.    Years?
4          A.    No, it wouldn't have been...I don't
5    think it would have been years.  I don't know when
6    they first came out with the product.  I honestly
7    don't know...we wouldn't have heard of them until
8    they actually had a product and were trying to
9    market it.  When that occurred, I don't know.
10   372.       Q.    And by the time you heard of them,
11   JANUS was fully functional and on the market?
12         A.    Yes.  Sorry, I keep forgetting I
13   can't nod.  Yes.
14   373.       Q.    By March of 1994, did JANUS have the
15   fundamental...the source code, the JANUS source
16   code, did it have the fundamental concepts of the
17   JANUS product?
18         A.    It was fully implemented, yes.
19   374.       Q.    Do you know what date,
20   approximately, it was fully implemented?
21         A.    As I said, it would have been in
22   the...well, we would have started in the January,
23   early February time frame and probably would have
24   been finished some time mid-February.
25   375.       Q.    Of 1994?
```

G.G. Mackintosh - 94

```
1          A.    Yes.
2    376.       Q.    So, it had transparency via
3    modification of the kernel instead of routing
4    packets of the BSDI Unix to disable IP forwarding?
5          A.    Yes.
6    377.       Q.    That had passing the packet to an
7    application level proxy?
8          A.    Yes.
9    378.       Q.    And it could apply rules?
10         A.    Yes.
11   379.       Q.    Did all later versions of JANUS
12   contain that same functionality?
13         A.    Yes.
14   380.       Q.    Who decided what features and
15   functionality JANUS would have?
16         A.    It was a collaborative effort
17   between...typically between myself and Steve.  In
18   the early stages, anyway.  You know, I would
19   typically figure out what was technologically
20   feasible and Steve and I were both actually...would
21   do code work.  I would do the more complicated
22   stuff, the kernel work, that kind of stuff.  Steve
23   would do some of the other stuff.
24   381.       Q.    What made the kernel work more
25   complicated?
```

G.G. Mackintosh - 95

```
1          A.    Kernel work, just by its very
2    nature, is a more sensitive and more demanding
3    environment to make changes.  You have to know what
4    you are doing because you can...obviously, the core
5    of the operating system, if you are modifying it, it
6    can have dramatic effects.  And the transparency
7    feature was only one of the changes that we had to
8    make.
9    382.       Q.    Did it have any additional core
10   features other than those I just asked you about?
11   And if I need to repeat them, I am more than happy
12   to.
13         A.    As I said, it had the transparency
14   features.  It had a user interface that made it...
15   very easy to configure.  It had application servers
16   built into the product, such as FTP, e-mail, et
17   cetera.  Those were built into the product itself
18   and configurable through the user interface.  It had
19   a number of kernel modifications that were made for
20   security reasons, not just transparency reasons, to
21   harden the kernel and make it both more difficult to
22   attempt to penetrate and also resistant to
23   being...to any penetration or anything being loaded
24   onto the firewall that would actually be able to be
25   executed.  We made a number of kernel modifications
```

G.G. Mackintosh - 96

```
1    to effectively harden the product and make it more
2    secure.
3    383.       Q.    Did those core features change at
4    all in 1994?
5          A.    The basic concepts of transparency
6    were in place from day one.  Obviously, we added
7    more configurability, more functionality, more
8    stuff.  The product got more hardened.  As time went
9    on, we constantly improved the product.  But the
10   core features of transparency and ease of
11   configuration were there from the start.
12   384.       Q.    The coding process that took place
13   immediately after you and Steve Lamb came up with
14   the idea, were you the sole writer of the source
15   code?
16         A.    I wrote most of it.  Steve Lamb
17   would have written some of it.  I would have done
18   all the kernel work.  He might have done a bit of
19   work on the application proxy side.
20   385.       Q.    The lion's share was done by you?
21         A.    Pretty much.  Steve worked on the
22   code and...but his focus...he was initially...
23   sorry.  Initially, he would have been doing code
24   development work like me.  And then as time went on,
25   he moved more towards the other things that we
```

G.G. Mackintosh - 97

1    needed; sales, marketing, administrative, that kind
2    of stuff.  During the early days, he would have been
3    working on the various other application level
4    aspects of the product.
5  386.        Q.    Where in the JANUS source code would
6    we look to find the transparency?
7          A.    I would not have remembered that.
8    The documents that I have that were presented
9    earlier, the one we referred to that I can't
10   remember the name of...what did you call it?  Sorry,
11   you can't answer my questions.  The document that
12   Fortinet provided to the Canadian court system in
13   order to...
14 387.        Q.    The letters rogatory.
15         A.    Letters rogatory.  In order to have
16   me be here referred to two particular source files.
17   I would not have recalled the name of those source
18   files without having read that document.  I can't
19   even confirm that that is necessarily actually the
20   places where the modifications were made.  It was 20
21   years ago.  I can tell you what we did.  Which
22   particular files we did it to, I would not recall.
23 388.        Q.    Can you tell me what you did?
24         A.    As described earlier, we...the
25   portions of the kernel where it decides whether a

G.G. Mackintosh - 98

1    packet is for it or not, we converted so that it
2    believed everything was for it.  And therefore all
3    packets belong...all traffic was for it and
4    therefore needed to be passed up the stack to
5    applicational proxies, which then determined whether
6    they were really the destination or whether it
7    needed to do the forging of the addresses in order
8    to...I keep using that forging word in a court
9    setting.  But basically we would pretend to be who
10   we really weren't in order to provide the
11   transparency feature.  So the kernel work was
12   basically just...the kernel work related to the
13   proxies.  There was a lot of other kernel stuff
14   related to security, but the kernel work related to
15   the proxies and the transparent nature of the
16   proxies was principally just saying, "Everything is
17   for me".
18 389.        Q.    Before the first commercial product
19   was released, when was the code complete?  The code
20   writing complete.
21         A.    Code writing is never complete.
22 390.        Q.    Was there an iteration that was the
23   one just before it went and became a commercial
24   product?  And if so, what time was that iteration
25   complete?

G.G. Mackintosh - 99

1          A.    I can't give you an absolute date
2    when, you know, the proxy...when the kernel work and
3    the proxy work was done such that we could say,
4    okay, here is a connection through the firewall and
5    it works.  I don't remember the exact date.  It
6    would have had to have been finished some time in
7    the February time frame because we put a product in
8    place in March.
9  391.        Q.    February of 1994?
10         A.    February of 1994.  So it would have
11   had to have been completed some time in that time
12   frame in order for us to put something in place in
13   March.  So it would have been finished, sort of,
14   probably in mid to late February or maybe early
15   March.  But we obviously had to have it complete,
16   functional, tested.  We had to have it working to
17   deploy it.  So, that provides an upper bound.  That
18   is the best answer I can give you.
19 392.        Q.    It is a good answer.  The commercial
20   product, you said, was ready in March; is that
21   right?
22         A.    It was deployed in March.  We had a
23   customer running the software in March of 1994.
24 393.        Q.    At what point in this process of
25   coming up with the idea and putting it on the market

G.G. Mackintosh - 100

1    did you and other people involved, start sharing
2    with others that you had this product in the works?
3          A.    I don't know.
4  394.        Q.    Was there that sort of
5    communications before the commercial release or did
6    it just get released and along with it the
7    advertisement?
8          A.    It probably would have been fairly
9    low key until the public announcement.  Sea Change
10   was out there pushing it to various people, but
11   I...I don't know, but it is probably unlikely that
12   an announcement like this would have gone out...
13   sorry, I am referring to the news release, 501.  It
14   is unlikely that an announcement like that would
15   have gone out in such a public way before then.
16   But it would have definitely been shown to a number
17   of people because Sea Change was actively flogging
18   the product before then.
19 395.        Q.    Can you elaborate a little bit on
20   the active, I believe you said, flogging of the
21   product; is that right?
22         A.    Yes.  They were actively trying to
23   sell the product.  Actively installing it in
24   customer locations.  As I said, it was installed and
25   functional in a number of locations prior to this

### G.G. Mackintosh - 101

```
1        trade show.  And they were obviously incented to try
2        and show it to as many people as possible in order
3        to try to sell it to as many people as possible.
4   396.        Q.   Do you know what marketing channels
5        they used?
6             A.   No.
7   397.        Q.   Are you aware of any marketing
8        channels that anyone associated with JANUS used at
9        that time or...
10            A.   No.
11  398.        Q.   ...is that just not your...
12            A.   I just...no.  Sorry.
13  399.        Q.   ...category?  No problem.  Was there
14       a website?  Did the company have a website at this
15       time?
16            A.   The concept didn't exist.  WWW, the
17       entire concept of the World Wide Web, came about
18       actually at exactly the same time as the
19       product...it happened in 1994.  World Wide Web was
20       nascent.  The protocol didn't actually even exist
21       in...the first versions of the firewall didn't
22       actually have a specific proxy for the World Wide
23       Web product...sorry, the World Wide Web protocol.
24       It initially used the generic proxy, so the firewall
25       product existed before that did.
```

### G.G. Mackintosh - 102

```
1   400.        Q.   Was there anything even roughly
2        analogous to a website that could have been...
3             A.   No.
4   401.        Q.   ...on a message board or...
5             A.   Newsgroups, e-mail lists were sort
6        of the, you know, early versions of dissemination of
7        information over the net.
8   402.        Q.   Anything else along those channels?
9             A.   On the Internet itself?  No, that
10       would have been...
11  403.        Q.   You mentioned newsgroups and...
12            A.   E-mail lists.
13  404.        Q.   ...e-mail lists.  Is there anything
14       else that you would put in that category as a means
15       for communicating at that time?
16            A.   Not that I really recall.  One of
17       the ones mentioned here, greatcircle.com, I believe
18       was an e-mail list.  It may also have been a
19       newsgroup, but I don't know.
20  405.        Q.   And what is the difference between
21       an e-mail list and a newsgroup?
22            A.   There was a mechanism in place even
23       before the Internet existed as a wired entity of
24       disseminating information around as news articles.
25       And basically there were servers everywhere all over
```

### G.G. Mackintosh - 103

```
1        the Internet that you would...instead of...where e-
2        mail is something that is sent to you, a newsgroup
3        is you basically publish, effectively, an article
4        and it goes into the newsgroup and that is
5        disseminated all over the world.  And anybody who
6        wants to read it, basically, looks up that
7        particulars newsgroup and will find a number of
8        postings in that newsgroup along with yours.  It is
9        sort of like a bulletin board, except it is a
10       globally distributed bulletin board.  As opposed to
11       going to one place and seeing stuff, it basically is
12       everywhere and all the information is everywhere.
13  406.        Q.   Putting aside Great Circle for the
14       moment, did JANUS disseminate information about its
15       product...excuse me.  Did the company...what is the
16       right company that was actually...I know Sea Change
17       was involved.
18            A.   Border.  BNTi, BorderWare Network
19       Technologies, was our company.
20  407.        Q.   And Sea Change was?
21            A.   Our Canadian reseller, also one of
22       the founders of Border.
23  408.        Q.   So, putting aside Great Circle for
24       the moment, was BNTi using any newsgroups to
25       disseminate information about its product?
```

### G.G. Mackintosh - 104

```
1             A.   Almost certainly.  Such groups
2        existed and we almost certainly would have published
3        information to them when we were prepared to have
4        that information go out.  But, you know, I have no
5        specific recollections of having done so.
6   409.        Q.   And that would have occurred in as
7        early as February of 1994?
8             A.   That is unlikely.
9   410.        Q.   How early do you think it would have
10       started?
11            A.   I can't say.
12  411.        Q.   Concurrent with the release of the
13       product in March of 1994?
14            A.   We would have started publishing
15       information to newsgroups and such when we started
16       publicly announcing the product.  We might have been
17       sort of in a low key way involved in or talking
18       about stuff before then, but I don't recall.  You
19       know, again, the marketing side was not my side.  I
20       participated in the technical forums to some extent,
21       among other things establishing our bona fides as
22       experts in the field and therefore people that you
23       should trust when you want to deploy a product.
24  412.        Q.   Did BNTi ever have a website?
25            A.   Again, I don't think such...although
```

G.G. Mackintosh - 105

1    the World Wide Web started around that time, I don't
2    believe the concept of websites in the way you think
3    of them now existed until much later.
4    413.    Q.    Until after the company was
5    purchased?
6            A.    Right.
7    414.    Q.    Was there anything analogous to a
8    website...
9            A.    No.  No.
10   415.    Q.    Just what we have been talking
11   about; the newsgroups?
12           A.    Right.
13   416.    Q.    So, even in the 1995 and
14   after the time period we have been focusing on, that
15   was still the...
16           A.    The way that the World Wide Web
17   evolved and became what you see today, much of that
18   happened after that fact.  You mentioned earlier
19   that Omaya Elgiundi was involved in an early
20   installation of JANUS?
21           A.    Yes.
22   417.    Q.    Could you describe the time and...
23   what time was that installation done?  And that
24   was...
25           A.    As we discussed, it would have been

G.G. Mackintosh - 106

1    in March of 1994.
2    418.    Q.    And where was that done?
3            A.    Rogers.  Physically, I don't know.
4    I just know the corporation.
5    419.    Q.    And the process of installation that
6    was done by Omaya, how does that work?
7            A.    I don't know specifically what they
8    installed.  I made the assumption as best as
9    discussed earlier, that Sea Change probably packaged
10   our software with a piece of hardware, a PC, pre-
11   installed the software on the product and then they
12   would have taken it to the customer and helped them
13   through the configuration and installation process.
14   I can't answer that specifically because I wasn't
15   present and, you know, I can only assume based on,
16   well, that is obviously what you would have to do
17   because that is what you would have to do.
18   420.    Q.    Was anyone else at the company
19   involved with sales or installations?
20           A.    Most sales...all early sales at that
21   time would have been going through Sea Change.
22   Anybody who contacted us directly we would have
23   passed off to Sea Change.  It wasn't until later we
24   started allowing some direct sales and also we
25   established more reseller connections that were not

G.G. Mackintosh - 107

1    Sea Change.  Sea Change was the first reseller
2    because they were one of the founding partners, and
3    that was actually their primary reason for existing
4    as a partner was to act as a sales channel.
5    421.    Q.    And I have asked you about this
6    before but I just want to make sure I have got it
7    right, so a couple questions.  Do you know the date
8    of the first public use or display in Canada of the
9    JANUS product?
10           A.    The first high profile, like,
11   publicly announced...
12   422.    Q.    To anybody outside of the company.
13           A.    I can't say who or how many entities
14   Sea Change showed the product to because it was Sea
15   Change, not us.  I know they would have been showing
16   it around quite a bit.  I do know that obviously
17   they probably showed it to...I would have to assume
18   that Rogers wasn't the first company they showed it
19   to, because typically the first person you show it
20   to doesn't buy it.  So, they likely would have
21   showed it to more than just Rogers prior to that.
22   They obviously showed it to Rogers in the March time
23   frame.  But beyond that, I can't say.
24   423.    Q.    Were there any more informal
25   instances where the technology was shown, for

G.G. Mackintosh - 108

1    example, a company...a local company came to your
2    office or you went to their office and did a
3    presentation...
4            A.    I did nothing of that sort.
5    424.    Q.    Nothing of that sort?  Okay.
6            A.    There may have been that kind of
7    thing happening at Sea Change.  In fact, undoubtedly
8    there was that kind of thing happening at Sea
9    Change.  But their office is in Mississauga and so I
10   would not have been present for any of it.
11   425.    Q.    So the company utilized your great
12   expertise for marketing exclusively at trade shows;
13   is that right?
14           A.    I believe that...sorry.  I am not
15   sure...
16   426.    Q.    I can rephrase.
17           A.    ...what "The company" in this
18   context is, whether you mean Sea Change or whether
19   you mean Border.
20   427.    Q.    Border...while you were working for
21   Border in early to mid 1994, was the only example of
22   you communicating with people outside of the company
23   about the technology and explaining the technology
24   to them at trade shows?
25           A.    That usually was my only interaction

G.G. Mackintosh - 109

1    with customers.  When we started getting other
2    customers that were not through Sea Change, when
3    we...so we would have to do direct technical
4    support, I initially took those calls until we got
5    somebody else to take those calls.  So I would deal
6    with customers that were directly customers of us.
7    Customers that were customers of Sea Change, Sea
8    Change supported, so I would not have had
9    interaction with them.
10   428.    Q.    Was anyone other than Omaya Elgiundi
11   involved in installation of JANUS?
12           A.    Depending on the time frame, there
13   would have been multiple people later on at...I
14   believe at that early stage, Omaya was the only one.
15   But I am speculating.  I am also going to have to
16   interrupt for a second.  I need to take a break.
17   429.    MR. COOPER:    It is 12:10.  Off the
18           record.
19
20   ---  A BRIEF RECESS
21
22   GLENN GARY MACKINTOSH, resumed
23   CONTINUED EXAMINATION BY MR. COOPER :
24   430.    MR. COOPER:    I have an exhibit.
25           MR. CUKOR:    Are you going to mark an

G.G. Mackintosh - 110

1           exhibit?
2    431.    MR. COOPER:    Yes.
3            MR. CUKOR:    My plan was that we, NPS,
4            were going to use the 500 series and you
5            were going to use whatever series you
6            continued from where you were before.
7    432.    MR. COOPER:    Okay.
8            MR. CUKOR:    Do you know what number you
9            left off at?
10   433.    MR. COOPER:    Can we go off the record
11           for a second?
12
13   ---  DISCUSSION OFF THE RECORD
14
15   BY MR. COOPER:
16   434.    Q.    Earlier today, we discussed the sale
17   of Border and I believe that you were using dollar
18   figure, Canadian dollars.
19           A.    Yes.
20   435.    Q.    I just want to make sure that that
21   is accurate and that those were not U.S. dollars.
22           A.    It was not specified which currency
23   they were in, but the numbers that I would have been
24   referring to would have been Canadian dollars.
25   436.    Q.    And what year was that?

G.G. Mackintosh - 111

1            A.    1996/1997...
2    437.    Q.    Okay.
3            A.    ...time frame.  I don't know
4    exactly.
5    438.    Q.    Do you remember, was it, like, late
6    1996 or early 1997 or you are not really sure beyond
7    just those two years?
8            A.    I can't remember exactly.
9    439.    Q.    Okay.
10           A.    The sale happened...yes, I would
11   have to look.
12   440.    MR. COOPER:    I will be marking Exhibit
13           80.
14
15   ---  EXHIBIT NO. 80 :   Manual entitled "BorderWare Firewall
16                           Server User Guide" dated March, 1995
17
18   441.    MR. COOPER:    It is a big one, but I am
19           not going to ask you to read it.  The whole
20           thing, at least.  As far as the marking
21           goes...
22           MR. MARKS:    I think he is going to pass
23           that down.
24           THE DEPONENT:    Thank you.
25

G.G. Mackintosh - 112

1    ---  DISCUSSION OFF THE RECORD
2
3    BY MR. COOPER:
4    442.    Q.    I have just handed you Exhibit 80.
5    Does this document look familiar to you?
6            A.    I would have to look at it.
7    443.    Q.    Take as much time as you would like.
8            A.    I haven't examined it in detail, but
9    it looks like a manual that was published fairly...
10   reasonably early manual.
11   444.    Q.    When you say "early", what do you
12   mean?
13           A.    Later on in BorderWare, we changed
14   the user interface.  And this has the early user
15   interface.  So, I can tell the time frame of the
16   document based on the user interface.
17   445.    Q.    Before we get into the...further
18   into the contents, can we look at...you can keep
19   getting familiar with it.  Let me know when...
20           A.    No, go ahead.
21   446.    Q.    Okay.  Turning to the very front
22   page of this document, it is Bates stamped FORT-NPS
23   058927.  On the top right corner, somewhat down the
24   page, what does the document say?
25           A.    "BorderWare Firewall Server User

G.G. Mackintosh - 113

1      Guide". So this is after the product has been
2      renamed.
3   447.      Q.     And at the bottom of the page, what
4      does it say?
5            A.     "BNTi Border Network Technologies
6      Incorporated".
7   448.      Q.     Based on your review of the
8      document, does it look like an accurate
9      representation of a user guide that Border would
10     have had early nineties?
11           A.     Again, I have only looked at the
12     very...very briefly looked at it. But it does look
13     like our manual.
14  449.      Q.     Do you see anything that suggests
15     that it is not accurate?
16           A.     No.   It looks like it is likely the
17     manual that we would have produced. I obviously
18     haven't looked at all the pages in detail, but based
19     on a quick skim it looks like our manual.
20  450.      Q.     And what time period was
21     this...would you say that this manual was published?
22           A.     It is dated 1995, so...it is dated
23     March, 1995. It is also dated Version 2.3, so that
24     implies that there were a few versions earlier than
25     that of the manual.

G.G. Mackintosh - 114

1   451.      Q.     Do you know when the earlier
2      versions were published?
3            A.     No idea.
4   452.      Q.     No idea? Okay.
5            A.     Actually, it is not clear if the
6      version number is a reference to the version number
7      of the product or the version number of the manual.
8   453.      Q.     Okay.
9            A.     On further reflection, I am probably
10     going to guess that it is implying Version 2.3 of
11     the product. Not necessarily Version 2.3 of the
12     manual.
13  454.      Q.     When was Version 2.3 of the product
14     released?
15           A.     I don't know.
16  455.      Q.     Any idea?
17           A.     No.
18  456.      Q.     And this product described in the
19     manual, would it contain the core functionalities
20     that we discussed earlier that are contained in the
21     JANUS...
22           A.     As discussed earlier, we only ever
23     shipped transparent firewall product. And product
24     always contained that functionality. So, that would
25     be in this, yes.

G.G. Mackintosh - 115

1   457.      Q.     Okay.
2            A.     I haven't looked at it to find it in
3      here, but...
4   458.      Q.     Absolutely.
5            A.     ...it would have to be here.
6   459.      MR. COOPER:    Great. So, that's that.
7            THE DEPONENT:    Let me put this over here
8      before I write on another court document.
9   460.      MR. COOPER:    I am handing you Exhibit
10     81.
11
12  --- EXHIBIT NO. 81 :    Collection of e-mails from Steve
13                          Lamb, Glenn Mackintosh
14
15  BY MR. COOPER:
16  461.      Q.     Are you familiar with this document?
17           A.     This is what appears to be a
18     collection of e-mails. I haven't looked at them
19     yet, so I can't say whether I am familiar with them.
20     But they look like they are from Steve Lamb and
21     responses to other e-mails.
22  462.      Q.     Can you read the top line into the
23     record, please? On the front page.
24           A.     "From firewalls-owner"?
25           "...From firewalls-owner Tuesday, July

G.G. Mackintosh - 116

1            12th, 22:20:28 1994..."
2   463.      Q.     And this is Bates number FORT-NPS
3      058679 through 058702. If you need to take time to
4      review it, you can. Does this look like a thread of
5      Great Circle postings?
6            A.     That is what it appears to be. A
7      quick scan, the headers look like they are Great
8      Circle e-mail address.
9   464.      Q.     And what process did one have to
10     undertake to post on the Great Circle website? For
11     example, did you have to have a membership?
12           A.     No.
13  465.      Q.     How did it work if you wanted to
14     post on Great Circle?
15           A.     I don't recall absolutely, but I
16     believe all you had to do was know the e-mail
17     address and send an e-mail to it. And that would
18     bounce through to the mailing list as a whole. It
19     may or may not have been a moderated e-mail list. I
20     don't know.
21  466.      Q.     What is a moderated e-mail list?
22           A.     A moderated e-mail list is one where
23     the individual who is responsible for the mailing
24     list reviews e-mails before allowing them to be
25     reflected through the list. An unmoderated group is

G.G. Mackintosh - 117

```
1        one where any message goes straight out.
2   467.        Q.    And you are not...
3               A.    I am not certain which of these it
4        was.  I would guess it was probably unmoderated, but
5        that is a guess.
6   468.        Q.    You are not aware of any evidence
7        that it was moderated?
8               A.    No.
9   469.        Q.    Let me re-ask the question.  Are you
10       aware of any evidence that it was moderated?
11              A.    No.
12  470.        Q.    So anyone that wanted to post on
13       Great Circle at this time in 1994, to your
14       knowledge, could have done so?
15              A.    Yes.
16  471.        Q.    There are no rules preventing...
17              A.    If it's an unmoderated mailing list,
18       then anyone can post to it.
19  472.        Q.    And anyone can read it, too?
20              A.    Yes, I believe to receive the
21       mailing list you had to subscribe to it, which
22       basically just meant you asked to be...for it to be
23       included in the sender...list of people it was sent
24       to.  I don't remember absolutely, but, you know,
25       usually you just say...you send a message to
```

G.G. Mackintosh - 118

```
1        somebody saying, "I want this stuff.  Send it to
2        me," and you got all the stuff.
3   473.        Q.    But are you aware of any instances
4        where people wanted to be on the message board but
5        weren't?
6               A.    That's not a normal thing that
7        happens.
8   474.        Q.    Are you aware of any instances?
9               A.    No, no.
10  475.        Q.    And in the firewall industry during
11       this period of time, were a large number of people
12       that were interested in and involved in firewall
13       technology posting and reading on Great Circle?
14              A.    greatcircle.com was a fairly well
15       respected place where people believed they could get
16       independent information that wasn't vendor-specific.
17       Brent Chapman and greatcircle.com were fairly well
18       respected in the community.
19  476.        Q.    Did Brent Chapman do anything other
20       than run this website and...run Great Circle during
21       this time, in the firewall industry?
22              A.    I don't know for certain.  I believe
23       this is what he did, but I don't know more than
24       that.  He may have had a consulting company.  I
25       don't have more...he obviously had to make money
```

G.G. Mackintosh - 119

```
1        from something.  Actually he published a book.
2   477.        Q.    What was the book about?
3               A.    Firewalls.
4   478.        Q.    The first e-mail on the first page,
5        58679 Bates number, is written by who?
6               A.    The first e-mail would be from
7        Steven Lamb.
8   479.        Q.    And can you summarize real briefly
9        the topic of his e-mail?
10              A.    It basically describes...it's saying
11       that the product is going to be shown at COMDEX
12       Canada trade show in July of '94, and it has a very
13       brief description of the product, including the
14       transparent nature of it.
15  480.        Q.    Does his description appear accurate
16       to you?
17              A.    Yes.
18  481.        Q.    On the next page, 58680?
19              A.    Yes.
20  482.        Q.    What do the top two lines right
21       there in the top middle say?
22              A.    "JANUS firewall server product
23       summary."
24  483.        Q.    And do these features accurately
25       summarize, in your view, the functionality of JANUS
```

G.G. Mackintosh - 120

```
1        at this time?
2               A.    Yes.
3   484.        Q.    On 58682 is there another e-mail
4        from Steve Lamb?
5               A.    So do you mean the one starting on
6        that page...
7   485.        Q.    Correct.
8               A.    ...or the one finishing on that
9        page?  The one starting on that page is from Steven
10       Lamb, yes.
11  486.        Q.    And finishing on the next page,
12       58683?
13              A.    Yes.
14  487.        Q.    Can you briefly summarize what Steve
15       is saying in his response?
16              A.    Basically it's describing how the
17       network address translation feature of the product
18       allows you to connect unregistered IP addresses out
19       to the Internet.  Many companies prior to connecting
20       to the Internet would not have obtained an IP
21       address from an official source, but would have just
22       picked a number and utilized it, and when you went
23       to connect to the Internet, you obviously couldn't
24       expose that number to the Internet because it may
25       belong to somebody else or it may be one that is not
```

G.G. Mackintosh - 121

1    allowed to be used.

2         There were addresses that were reserved

3    for...reserved to not be used for basically private

4    deployments, and therefore you couldn't connect

5    those to the public Internet, and the firewall

6    essentially, by the nature of hiding the internal

7    address space from the outside world, allowed you to

8    connect those networks to the Internet without

9    exposing that.

10   488.   Q.   And if we could flip a few a pages

11   to 058689, do you see an e-mail written by you?

12          A.   I see one that starts on that page,

13   and apparently I'm verbose that it lasts three

14   pages.  It ends in my signature.

15   489.   Q.   Do you remember this e-mail?

16          A.   I haven't read it yet, but I can.

17   490.   Q.   Can you read it?  Thank you.

18          A.   I have finished reading the

19   document.

20   491.   Q.   Great, thank you.  Can you summarize

21   for us what you were talking about?

22          A.   I was responding to a...some

23   technical questions.  Somebody posted a question to

24   the e-mail list, talking about how to try and hide

25   internal information of...internal networking

G.G. Mackintosh - 122

1    information about stuff that is behind the bastion

2    host or the firewall from the external networking,

3    and the various bits of information that you would

4    have to change and various mechanisms by which

5    information about the internal configuration could

6    leak through various other types of services, and he

7    was asking whether these things were necessary,

8    whether they were doable, and whether anybody was

9    doing them.

10        So I responded, trying to keep it as

11   little of an obvious product plug as possible, but

12   obviously had referred to our product, that

13   the...basically saying, "Yes and no," describing

14   what things did have to be done, whether he was

15   correct or incorrect about certain things, and also

16   describing that in...that our product essentially

17   did these things, because some of his questions

18   were, "Is anybody doing this?"

19   492.   Q.   Okay.

20          A.   Yes, there is a particular note here

21   about the transparent nature of stuff in it.

22   493.   Q.   What does it say about the

23   transparent nature?

24          A.   Towards the end of the e-mail I

25   specifically mentioned that:

G.G. Mackintosh - 123

1         "...The process is totally transparent to

2         any internal machines which have the

3         impression they are connecting directly to

4         the outside world.  They do not realize the

5         connection is actually being intercepted by

6         the firewall, unless of course the service

7         is not one that is enabled to pass through.

8         This means that you do not have to

9         'SOCKSify' ..."

10   We talked about SOCKS earlier:

11        "...You do not have to 'SOCKSify' or

12        otherwise run special client software.

13        Your standard point and click PC and Mac

14        software will work as if the firewall were

15        not actually there..."

16   494.   Q.   Great.  Turning back quickly to

17   Exhibit 503 we used earlier today?

18          A.   Sorry, different document?

19   495.   Q.   Can you clarify for us any

20   misstatements or things in here that, when we went

21   through it the first time, weren't accurately

22   reflected on the record?

23          A.   You asked me about a website, and I

24   misremembered, probably because I'm thinking of

25   websites as you think of them today, and they bear

G.G. Mackintosh - 124

1    absolutely no resemblance to what would have been

2    considered a website back then.

3         I know on one of these pages I

4    accidentally marked, noting the website.  Now where

5    is the page?  There it is.  I note that we referred

6    to...an e-mail refers to a web server at

7    www.border.com, and so clearly we did have a

8    website, although at that point in time it would

9    have been, like, a purely textual thing.  You would

10   basically see a bunch of text, like probably not

11   that much different than looking at an e-mail or

12   whatever.

13        So it would have been probably very

14   rudimentary, but apparently we did have a website.

15   The other thing I wanted to comment on is it

16   actually establishes the time frames that I couldn't

17   remember.  This e-mail is dated October 30th, '94,

18   and it's from Ron Adkins, I believe, yes, from Ron

19   Adkins, and it refers to the Networld Interop show

20   that we attended in September.

21   496.   Q.   Of 1994?

22          A.   Of 1994.  So that would have been

23   the Atlanta trade show.  So it specifies the date

24   here, and also it refers to Unix Expo New York,

25   which is the one at the J. Javits Center that I

G.G. Mackintosh - 125

1    couldn't remember, and it refers to:
2            "...As a result of our representation at
3            Interop and at Unix Expo..."
4    So obviously that is past tense.  So the New York
5    trade show was prior to this October date.
6    497.        Q.    Prior to October, '94?
7            A.    Prior to October 30th, '94.
8    498.        Q.    Great, thank you.  Any
9    other...anything else?
10           A.    It refers to installed customers
11   like Spar Aerospace and Rogers Communications.
12   499.        Q.    Great, thank you.  Was there
13   anything in the press release, Exhibit 501, that you
14   reviewed that is worth mentioning, or was it just
15   503 that you...
16           A.    In 501 I corrected that earlier
17   where I mentioned that we did have inbound
18   authentication for Telnet and our log-in.  I had
19   earlier in the conversation with Michael said we
20   didn't have authentication, but I had forgotten
21   about the inbound proxying of that to the internal
22   network, but that was discussed earlier already.
23   500.        Q.    Great.
24           A.    And I apologize for marking up court
25   documents.

G.G. Mackintosh - 126

1    501.        MR. COOPER:    No problem.  I'm marking
2            Exhibit 82.
3
4    ---  EXHIBIT NO. 82:    Excerpts from manual "BorderWare
5                           Firewall Server User Guide", Version
6                           2.1, dated August, 1994
7
8    BY MR. COOPER:
9    502.        Q.    Do you recognize this document?
10           A.    I'll need to glance through it a
11   little bit.
12   503.        Q.    Absolutely.
13           A.    There are actually two documents
14   here by the way.  One is a manual and one is a FAQ.
15   504.        Q.    What Bates number does the second
16   one start?
17           MR. MARKS:    657.
18
19   BY MR. COOPER:
20   505.        Q.    Let's treat everything up to 656 as
21   Exhibit 82.  Take your time if you want to review.
22           A.    No, I have done a quick scan of it.
23   506.        Q.    Okay, are you familiar with this?
24           A.    It rings a bell, but I didn't write
25   it.  It would appear to be a manual for one of

G.G. Mackintosh - 127

1    the...an earlier manual than the last one, a manual
2    for one of the earlier versions of the product.
3    This appears to be Version 2.1, and from August of
4    '94.
5    507.        Q.    And this is Bates number FORT-
6    NPS058635.  Could you read the lines at the top
7    right corner, please?
8            A.    "...JANUS Firewall Server user's
9    guide, selected chapters..."
10   508.        Q.    And the two lines just beneath?
11           A.    "...Version 2.1, selected chapters,
12   August, 1994..."
13   509.        Q.    And you mentioned that this is an
14   earlier version than the manual we looked at a few
15   minutes ago?
16           A.    This one is from August, '94.  I
17   believe the one you showed me earlier was from some
18   time in '95.
19   510.        Q.    Does this manual contain the core
20   functionalities of the JANUS technology?
21           A.    Yes, it discusses the transparency,
22   the firewall servers, the ease of deployment.
23   511.        Q.    Does it look like an accurate
24   representation of a manual at that time?  Do you see
25   any indication that it's not accurate?

G.G. Mackintosh - 128

1            A.    I haven't read it extremely
2    carefully, but from a brief skim, it looks like an
3    accurate manual of the product.
4    512.        Q.    And the functionalities contained in
5    here would have been communicated to the public at
6    this time, in August, 1994, in the marketing
7    materials and such?
8            A.    Yes, this would have been generated
9    as marketing collateral and as operations manual.
10   Well, actually this particular thing is excerpts
11   from the user guide.  So this, therefore, would
12   likely have been marketing collateral that would
13   have been distributed as opposed to the actual full
14   user guide which would have been distributed with
15   the product.
16           So this would likely be just
17   the...intended as marketing collateral.
18   513.        Q.    Who would it have been distributed
19   to?
20           A.    Anybody who wanted marketing
21   collateral.  It looks a little bit large, so it is
22   probably not something that we would have
23   necessarily handed out to everyone at a trade show,
24   but it is probably something we had available.
25   514.        Q.    All right.

G.G. Mackintosh - 129

1       A.      And undoubtedly Sea Change would
2    have been this out to customers, or rather, out to
3    prospects.
4    515.        MR. COOPER:     I'm now handing you Exhibit
5    83.
6
7    --- EXHIBIT NO. 83:   Document entitled "FAQ JANUS
8                          Internet Firewall Server FAQ", dated
9                          November 28, 1994
10
11   BY MR. COOPER:
12   516.        Q.      If you would like, you can take some
13   time to familiarize yourself with the document.
14   It's Bates number FORT-NPS058657.
15           A.      Actually I'm going to correct myself
16   again.  It looks like we have a third document.
17   517.        Q.      I think you're correcting me, but
18   that's okay.  Let's...
19           A.      In fact, I'm going to say I think
20   four documents.  I think there are three separate
21   documents in my hands right now.
22   518.        Q.      Let's focus on up to 58668.
23           A.      That's part of that.
24   519.        Q.      Are you familiar with this?
25           A.      It looks like a FAQ for the JANUS

G.G. Mackintosh - 130

1    product.
2    520.        Q.      And what does the top line read?
3           A.      "...FAQ Janus Internet Firewall
4    Server FAQ..."
5    521.        Q.      And just above that, what is the...
6           A.      November...
7    522.        Q.      ...date?
8           A.      Sorry, I didn't mean to cut you off.
9    523.        Q.      No problem.
10          A.      28 November, 1994.
11   524.        Q.      And does this look like a FAQ
12   document that you remember?
13          A.      Yes, it looks like a standard
14   question and answer type thing.  A FAQ is a document
15   that tries to pre-answer questions that customers or
16   other people may have about the product, and this
17   answers a number of questions about the JANUS
18   firewall.
19   525.        Q.      Is there any indication that this is
20   not an accurate copy of the JANUS...
21          A.      No, it appears to be.
22
23   --- EXHIBIT NO. 84:   Document entitled "JANUS Firewall
24                         Server, dated November 29, 1994"
25

G.G. Mackintosh - 131

1    BY MR. COOPER:
2    526.        Q.      Great.  Exhibit 84 beginning on
3    Bates 058669?
4           A.      Shouldn't any of these be stapled
5    together so they don't get all mixed up?  I'm
6    concerned I'm piling them on top of one another, and
7    they're going to get...
8           MR. CUKOR:     It's not your fault.  Why
9           don't you stagger them and we'll clean them
10          up?
11
12   BY MR. COOPER:
13   527.        Q.      Are you familiar with this document?
14          A.      If you'll give me a moment to read
15   it...
16   528.        Q.      Absolutely.
17          A.      ...or at least scan it?  Okay.
18   529.        Q.      Are you familiar with this document?
19          A.      I don't recall it, but looking at it
20   now, it looks familiar.  It looks like a description
21   of the product and features and services.
22   530.        Q.      What does the top line say?
23          A.      "...29 November, 1994, JANUS
24   Firewall Server..."
25   531.        Q.      And just beneath that?

G.G. Mackintosh - 132

1           A.      "...Product description, version
2    2.2.1..."
3    532.        Q.      Does this look like an accurate copy
4    of what would have been a product description guide?
5           A.      It appears to be.
6
7    --- EXHIBIT NO. 85:   Product brochure
8
9    BY MR. COOPER:
10   533.        Q.      I'm handing you Exhibit 85, Bates
11   FORT-NPS058677.  Please review.
12          A.      Okay.
13   534.        Q.      Are you familiar with this document?
14          A.      This looks familiar.  It looks like
15   one of very early product brochures.  It's a sort of
16   typical one-pager handout in trade shows or
17   whatever.
18   535.        Q.      Around what time would this have
19   been distributed to the public?
20          A.      I couldn't say.
21   536.        Q.      You mentioned that it was early.  Do
22   you have a time period in mind?
23          A.      It says "JANUS".  So obviously it
24   was prior to the name change.  It talks about us
25   having seven-day, 24-hour hotline support.

G.G. Mackintosh - 133

1        So...from BNTi.  So it was...it would have been a
2    little later than the first release, than the first
3    product availability, because we were providing
4    support ourselves as opposed to just going through
5    Sea Change Corporation.
6            More specific than that, I can't really
7    say.  There is not enough...there is no information
8    here that can narrow down that time frame.
9    537.        Q.     I believe you answered this already,
10   but what date was the name change?
11           A.     I didn't say because I don't know.
12   538.        Q.     Got it.  It may have been asked or
13   not.
14           A.     It was asked, and I said I don't
15   know.
16   539.        Q.     Got it, thank you.
17
18   ---  EXHIBIT NO. 86:   Document entitled "BorderWare
19                         Firewall Server Installation Guide"
20
21   BY MR. COOPER:
22   540.        Q.     I'm handing you Exhibit number 86.
23   Please familiarize yourself with the document.
24           A.     Okay.
25   541.        Q.     This is Bates number FORT-NPS058591.

G.G. Mackintosh - 134

1            MR. MARKS:     It starts at 590.  Turn the
2    page over.
3
4    BY MR. COOPER:
5    542.        Q.     Thank you.  FORT-NPA058590.  Can you
6    read the top three lines for us, please?
7            A.     "...BorderWare Firewall Server
8    installation guide..."
9    543.        Q.     And the bottom line?
10           A.     "...BNTi Border Network Technologies
11   Incorporated..."
12   544.        Q.     Are you familiar with this document?
13           A.     I am now.  It appears to be, like...
14   545.        Q.     Before today?
15           A.     I probably would have been at the
16   time, but now I would not have recognized it, other
17   than looking at it.  It looks like an installation
18   guide for our product.
19   546.        Q.     Does it look like an accurate guide
20   for an installation guide for your product at this
21   time?
22           A.     Yes.
23   547.        Q.     Thank you.
24
25   ---  EXHIBIT NO. 87:   Document entitled "CVS log for cvs-

G.G. Mackintosh - 135

1                repos/border/server/proxyftp
2                relay.c"
3
4    BY MR. COOPER:
5    548.        Q.     I'm now handing you Exhibit 87.
6    Please familiarize yourself with the document.  I
7    have to apologize.  I gave you a version that is not
8    Bates-stamped.  So I have going to have to give you
9    an identical copy, but one with a Bates number.  Can
10   I see the one I gave you?  I'm handing you Exhibit
11   87, Bates-stamped FORT-NPS058705.
12           A.     Okay.
13   549.        Q.     Are you familiar with the content of
14   this document?
15           A.     Now I am.  I had frankly completely
16   forgotten that we even ever used CVS.  We probably
17   wouldn't have been using it right at the very
18   beginning.  So this first check-in noted here was
19   probably not the absolute first version of the
20   software.  It would be from when we started using
21   CVS.
22   550.        Q.     And what is CVS?
23           A.     CVS is a version control software.
24   It's used for...in deployment processes it is used
25   to control and manage software projects and keep

G.G. Mackintosh - 136

1    track of your code and changes made to the code.  So
2    this first check-in here is April 22nd, 1994, and
3    that is March...the initial revision, but that means
4    it's the first check-in to the source repository.
5    It doesn't mean it's the first version of the code.
6    It just means this is when we started using CVS.
7    551.        Q.     And throughout all the revisions
8    that are contained in this document, the JANUS
9    system maintained the core functionalities that we
10   have been talking about?
11           A.     Yes, it would have existed in the
12   very...from here and earlier.  This is already
13   talking about modifying and simplifying the
14   implementation.  So this would have been...you know,
15   this was not very, very first version.  It's after
16   it's already working and deployed and then changing
17   it and configuring it to simplify and improve it.
18   552.        Q.     Thank you.
19
20   ---  EXHIBIT NO. 88:   Document entitled "JANUS Firewall
21                         Server", PowerPoint presentation by
22                         Sea Change, Bates number FORT-
23                         NPS058723
24
25   BY MR. COOPER:

G.G. Mackintosh - 137

1  553.      Q.    I'm handing you Exhibit number 88,
2         Bates number FORT-NPS058723.  Please familiarize
3         yourself with the document.
4              A.    I'm going to take a staple out.
5              MR. MARKS:    Go ahead.
6              MR. CUKOR:    How many more do you have?
7  554.      MR. COOPER:    Two.
8              THE DEPONENT:    Okay.
9
10 BY MR. COOPER:
11 555.      Q.    Before today, were you familiar with
12         this document?
13             A.    No.
14 556.      Q.    What does it say at the very top?
15             A.    "...JANUS Firewall Server..."
16 557.      Q.    And then the three bullets?
17             A.    "...Firewalls, traditional
18         approaches, the JANUS Firewall Server..."
19 558.      Q.    And what is this document?
20             A.    It appears to be a PowerPoint
21         presentation by Sea Change, which as mentioned
22         before, was our first reseller, describing the
23         features of the products, and it looks to have some
24         comparisons to at least one other product, the DEC
25         SEAL product.

G.G. Mackintosh - 138

1  559.      Q.    Does it accurately reflect the JANUS
2         technology?
3              A.    It's a very high level.  There is
4         not really much in the way of detail in it.
5  560.      Q.    Do see any inaccuracies?
6              A.    There is nothing in it that would
7         be...that I would qualify...that I would say is
8         inaccurate, but it doesn't really say a lot up until
9         the last, where it actually lists sort of the design
10         philosophies or features of the product.
11 561.      Q.    Thank you.
12             A.    It's a pretty high level sales pitch
13         kind of thing.
14 562.      MR. COOPER:    The last exhibit, 89, Bates
15         number 8058721.
16
17 ---  EXHIBIT NO. 89:   JANUS logo and photocopy of label on
18                        a floppy disk
19
20 BY MR. COOPER:
21 563.      Q.    Please review it.
22             A.    Yes.
23 564.      Q.    Are you familiar with this?
24             A.    No, but I can tell you what it
25         appears to be.

G.G. Mackintosh - 139

1  565.      Q.    What does it appear to be?
2              A.    It appears to be the JANUS logo on
3         one side, and on the other side it looks like a
4         photocopy of a DAT tape and an...actually, sorry.
5         It looks like it's a photocopy of a three and a
6         quarter floppy disk.
7  566.      Q.    The Bates number is FORT-NPS058721.
8         Is there a meaning behind the logo of the two faces
9         looking in opposite directions?
10             A.    Yes, that's the...JANUS was the name
11         of a Roman god.  It's actually talked about in one
12         of the earlier documents that you put down, but
13         essentially he was the guardian, as a I
14         recall...this is very vague at this point.  As I
15         recall, he was the guardian to Olympus or something
16         like that, hence a sort of security implication.
17             He also had two faces and that we used
18         that to sort of reflect the two faces that the JANUS
19         Firewall product presented, the different...in the
20         one face, from the outside, where all you could see
21         was the firewall, and the other face presented to
22         the inside, where you appeared to be able to have
23         transparent connectivity to the outside world.
24             So that was sort of...whole idea
25         between the name was that sort of dual nature of the

G.G. Mackintosh - 140

1         transparent visibility to the outside, but
2         completely different vision of things to the inside
3         and outside.
4  567.      Q.    And what is a JANUS install
5         diskette?
6              A.    The way you installed...the product
7         went out as...the software was shipped as two
8         things.  In the early days it went out as a floppy
9         diskette and a DAT tape.  The...you would boot the
10         machine...you would take a stock PC, insert the
11         floppy diskette and boot the machine off the floppy.
12             That would then load the actual firewall
13         server itself off of the DAT tape, and overwrite the
14         OS on whatever PC you already had, and turn it into
15         a firewall server.
16 568.      Q.    Two or three more questions, then
17         I'm done.  Going back to something we talked about
18         earlier, do you remember what Phil Trubey's
19         involvement was with NetPartners running JANUS in
20         California in 1994?
21             A.    Phil Trubey was NetPartners.  I
22         believe it was a one-man operation, although it
23         probably got bigger later, but initially it was a, I
24         believe, a one-man operation.
25             I don't know what he did other than

G.G. Mackintosh - 141

1    selling the JANUS and later BorderWare firewall
2    product, but he was...what I know he did was that he
3    took the JANUS product and packaged that with PC-
4    based hardware and sold it as a unit to customers.
5    So he basically...as I described Sea Change did.
6         Not all sales of the product were software
7    and hardware like that.  In fact, later on, most of
8    the sales were software only, but a lot of resellers
9    gained additional profit margin and initial markup
10   by combining the software with hardware that they
11   purchased and selling it as a unit, and that is what
12   he did.
13   569.    Q.    Do you know where he sold this
14   geographically?
15        A.    I don't believe he had a geographic
16   limitation in terms of where in the U.S. he was
17   allowed to sell.  I believe he was allowed to sell
18   anywhere in the U.S.  I know he was based out of
19   California, so probably most of the sales would have
20   been in that area.
21   570.    Q.    Are you aware of any specific sales
22   in California in 1994?
23        A.    I am not aware of any specific sales
24   by NetPartners.  They would have not...we would
25   never have seen their end customers, because he

G.G. Mackintosh - 142

1    would have been providing the initial support.  When
2    there were customer issues, they would call...when
3    there were customer issues with his customers, they
4    would call him, and then he would call us.
5         Well, initially, he would call me.  So I
6    provided him some initial customer support for his
7    customers, but I never talked to his customers
8    directly.
9    571.    Q.    Was there anything else other than
10   what you just described that you would do for Mr.
11   Trubey to help him sell your product, any other
12   things that you would send him or...
13        A.    We would have provided marketing
14   collateral, that kind of thing.
15   572.    Q.    When you say "that kind of thing" in
16   addition to marketing?
17        A.    Whatever marketing collateral we
18   would have had, we would have made available to him
19   to use.
20   573.    Q.    Okay, anything else you can think
21   of?
22        A.    Not off the top of my head.
23   574.    Q.    Is there anyone else who would have
24   information about what Mr. Trubey was doing, other
25   than you and Mr. Trubey in this time frame?

G.G. Mackintosh - 143

1         A.    Steve Lamb probably would have
2    had...been more on the product marketing side
3    contact with him.  My interactions with Phil were
4    primarily on the technical side.  That was sort
5    of...that would have been in the phase where the
6    main initial product development was done, and we
7    had sort of split out.  Now we were trying to market
8    the stuff.
9         So I was doing the tech work, and Steve
10   was focusing on getting it out there and getting it
11   sold, and...Steve and Rod, rather, and later on
12   others, who were focusing on the sales marketing.
13   So we divided that up between Steve and...I took on
14   the technical side and Steve did the sales marketing
15   side.
16        So he would...he and Rod Adkins would
17   probably be able to provide more information about
18   those interactions with Phil Trubey.  In fact,
19   probably Rod Adkins, perhaps more than Phil...more
20   than Steve, because Rod would have been sort of more
21   directly sales and marketing at that point.
22   575.    MR. COOPER:    Thank you.
23        MR. CUKOR:    I have a couple of follow-up
24        questions.  Let's go off the record.
25

G.G. Mackintosh - 144

1    ---  DISCUSSION OFF THE RECORD
2
3    CONTINUED EXAMINATION BY MR. CUKOR:
4
5    576.    Q.    Mr. Mackintosh, you don't remember
6    the exact month of the BNTi acquisition date, do
7    you?
8         A.    No.
9    577.    Q.    And you don't remember the exact
10   month of the JANUS product name change?
11        A.    No.
12   578.    Q.    You don't remember the exact month
13   of the different trade shows?
14        A.    I didn't, but now I do because I saw
15   them in the documents, but I did not prior to seeing
16   those dates, no.
17   579.    Q.    And you didn't remember the month
18   that you left the University of Toronto, correct?
19        A.    Not the exact time frame, no.
20   580.    Q.    And there is no documentary evidence
21   that shows that March, '94 was when you first made a
22   sale of the JANUS Firewall product, correct?
23        A.    None that has been presented here.
24   I'm sure that Sea Change probably has documentation
25   of that, and Rogers probably has documentation of

G.G. Mackintosh - 145

1   that.  I would imagine that there are purchase
2   orders and such like, nothing that has been
3   presented here, but I'm sure it can be documented.
4   581.      Q.     But there are no documents you have
5   seen?
6             A.     Not here, no.
7   582.      Q.     And you don't have any?
8             A.     No.
9   583.      Q.     And if you look at Exhibit 87, which
10  you looked at before, in fact, it shows that the
11  first version of the source code was entered into
12  the revision system in April of '94, correct?
13            A.     Yes, but as noted, this would not
14  have been the initial revision of the product.  This
15  was the first time that we started using SVN.  Prior
16  to this, we wouldn't have been using SVN.
17  584.      Q.     Is it identified on Exhibit 87 as
18  the initial revision, correct?
19            A.     That means the initial checked-in
20  revision.  It's the first revision checked into the
21  software, and that would actually be probably the
22  comment I would have used across...we would have
23  checked in the entire software base at once, and
24  that is probably the same...that comment would have
25  been applied to every piece of thing that would have

G.G. Mackintosh - 146

1   been checked in, because it's the initial revision.
2   It's the initial check-in, not the first version of
3   any one piece of software.
4   585.      Q.     This is the first time that you
5   began to use...
6             A.     The software...sorry, I apologize.
7   I don't mean to interrupt.  Go ahead.
8   586.      Q.     April, '94 is the first time that
9   BNTi used a software repository?
10            A.     Yes.
11  587.      Q.     Are you confident that March, '94,
12  the month before that, is the date that you made
13  your first sale?
14            A.     I'm not sure that that could be
15  categorized as a sale.  It was the first
16  installation.  It was a beta installation.  It
17  probably was not a sale, but yes.
18  588.      Q.     And why are you so sure about that
19  date?
20            A.     Just because I remember the time
21  frame.  I know...that's all.  I remember that time.
22  Sorry.
23  589.      Q.     Is it possible that you're wrong by
24  a couple of months one way or the other?
25            A.     I know it was in the spring, and

G.G. Mackintosh - 147

1   so...and I remember it being in sort of around the
2   Q1 time frame.  So it couldn't be significantly
3   different than March, because March is Q1.
4   Following that would be Q2.
5   590.      Q.     Of all the other dates I asked you,
6   you weren't able to remember a specific month.  So
7   let me ask you again, is it possible that the date
8   of your first installation could have been off by a
9   couple of months in either direction?
10            A.     I do not believe so.
11  591.      Q.     And it's just because you...that's
12  the date that you remember?
13            A.     None of the other things were
14  particularly important.  So they don't establish
15  a...none of the other dates were...really affected
16  much.  They were not important dates, so they don't
17  sink in.
18            The first actual installation of product
19  was a pretty big event.
20  592.      Q.     Was it bigger than you making 14
21  million dollars?
22            A.     You have to remember the
23  announcement of the...oh, sorry, remember, sorry,
24  you don't remember.  You have to understand that the
25  announcement of the acquisition happened quite a

G.G. Mackintosh - 148

1   significant amount of time before the closing of the
2   sale, and then...you know, then I worked there for a
3   year.
4             So the...and I didn't actually have any of
5   that cash available to me for quite some time.
6   Also, frankly, I tried very hard...to be blunt, I
7   tried very hard to live as if I didn't have that
8   money because I knew people who got really seriously
9   warped by having a lot of cash.  So actually for a
10  very long time I ignored the fact that I had money.
11            I didn't use it.  I still lived in an
12  apartment, the same apartment, that I lived in when
13  I was working for the university for a significant
14  period of time after, you know, I had that money.
15            So I did not change my lifestyle, and I
16  tried...so no, the exact time frame, I...I know that
17  it happened before my mom passed away.  So...
18  593.      Q.     Let me just get your testimony
19  straight.
20            A.     Sorry, I don't know why that...
21  594.      Q.     No, I'm sorry.  Why don't we go off
22  the record for a minute?
23
24  ---   DISCUSSION OFF THE RECORD
25

G.G. Mackintosh – 149

1   BY MR. CUKOR:

2   595.        Q.    Let me ask you a question since we

3        went off the record.

4              A.    Okay.

5   596.        Q.    Let me just make sure that I

6        understand your testimony straight, and it is that

7        the first install of a JANUS Firewall at a beta site

8        was a more significant event to you than the sale of

9        your entire Border Net Technologies company, and

10       also a more significant event for you than quitting

11       your prior job at the University of Toronto?

12             A.     Certainly more significant than

13       quitting the prior job, not more significant than

14       the sale, but the sale spread over a period of time.

15       The initial...that whole period of time was

16       confusing.

17             We were in the process of putting IPO

18       documents together and going public, which I was

19       doing.  We agreed to be purchased instead of going

20       public, so there was negotiations around that.

21       There was the agreement to be purchased, and then it

22       took a number of months for the actual purchase to

23       occur.

24             During that time frame there were a number

25       of personal issues that were highly conflicting

---

G.G. Mackintosh – 150

1        between me and an extremely close friend, and

2        also...sorry, and also after the announcement of the

3        sale, a...there was...not that long after a period,

4        within the same year, in December of that year, my

5        mother was killed.

6   597.        Q.    Sorry.

7              A.    And so...and so that messes up my

8        recollection of things at that time.  That was in

9        the dark, and that kind of obscures some of the

10       other stuff.

11  598.        Q.    Just my last question.

12             A.    I apologize.

13  599.        Q.    Is it possible that the first

14       install of the JANUS Firewall product happened in

15       the spring of 1994, but not necessarily in March?

16             A.    I do not believe so.

17  600.        Q.    You don't believe it's possible?

18             A.    I do not believe it's possible.

19  601.        MR. CUKOR:    Okay, I have no more

20       questions.

---

G.G. Mackintosh – 151

INDEX OF EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGE NUMBER |
|---|---|---|
| 501 | News release entitled "JANUS Firewall Server Securely and Cost-Effectively Connects Private Networks to Internet" | 40 |
| 500 | E-mail dated October, 1994 from Rod Adkins to Milton F. Lopez | 43 |
| 502 | Printout from greatcircle.com website | 59 |
| 503 | Collection of printouts from greatcircle.com website | 63 |
| 80 | Manual entitled "BorderWare Firewall Server User Guide" dated March, 1995 | 111 |
| 81 | Collection of e-mails from Steve Lamb, Glenn Mackintosh | 115 |
| 82 | Excerpts from manual "BorderWare Firewall Server User Guide", Version 2.1, dated August, 1994 | 126 |
| 83 | Document entitled "FAQ JANUS Internet Firewall Server FAQ", dated November 28, 1994 | 129 |
| 84 | Document entitled "JANUS Firewall Server, dated November 29, 1994" | 130 |
| 85 | Product brochure | 132 |
| 86 | Document entitled "BorderWare Firewall Server Installation Guide" | 133 |
| 87 | Document entitled "CVS log for cvs-repos/border/server/proxyftp relay.c" | 135 |

---

G.G. Mackintosh – 152

INDEX OF EXHIBITS (Cont'd)

| EXHIBIT NUMBER | DESCRIPTION | PAGE NUMBER |
|---|---|---|
| 88 | Document entitled "JANUS Firewall Server", PowerPoint presentation by Sea Change, Bates number FORT-NPS058723 | 137 |
| 89 | JANUS logo and photocopy of label on a floppy disk | 138 |

G.G. Mackintosh - 153

INDEX OF EXHIBITS      (Cont'd)

EXHIBIT
NUMBER                              DESCRIPTION                              PAGE
NUMBER


        REPORTER'S NOTE:
             I hereby certify the foregoing to be a true and accurate
transcription of
        the above noted proceedings held before me on the  5th DAY OF JUNE,
        2013 and taken to the best of my skill, ability and understanding.
                                 )
                                 )      Certified Correct:
                                 )
                                 )
                                 )
                                 )      _____
                                 )      Greg Vaughan
                                 )      Verbatim Reporter
                                 )


G.G. Mackintosh - 154

INDEX OF EXHIBITS      (Cont'd)

EXHIBIT
NUMBER                              DESCRIPTION                              PAGE
NUMBER


                            ERRATA SHEET

        PAGE        LINE




                                      I, Glenn Mackintosh, have read and
             reviewed page 1 to 151 and, with the exception of the above-noted
             corrections, hereby agree to the accuracy of my statements recorded
herein.


             ----------------
             Date