# EXHIBIT 25
# Redacted-Public Version

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


NETWORK PROTECTION SCIENCES,  )
LLC,                          )
                              )
          Plaintiff,          )
                              )
     vs.                      )  Case No. 3:12-CV-01106-WHA
                              )
FORTINET, INC.,               )
                              )
                              )
          Defendants.         )
_____)




          DEPOSITION OF PHIL TRUBEY, taken at

Thorsnes Litigation Services, 2550 Fifth Avenue,

Ninth Floor, San Diego, California, commencing at

9:30 a.m., Thursday, June 13, 2013, before Audrey L.

Ricks, CSR No. 12098, empowered to administer oaths

and affirmations pursuant to 2093(b) of the Code of

Civil Procedure, personally appeared.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 2

```
 1   APPEARANCES:
 2   FOR PLAINTIFF NETWORK SERVICES SCIENCES:
 3           GIBBONS, P.C.
             BY: CHARLES H. CHEVALIER, ESQ.
 4           One Gateway Center
             Newark, New Jersey 07102-5310
 5           Tel. 973-596-4611  Fax. 973-639-6263
             email: cchevalier@gibbonslaw.com
 6
 7
 8   FOR DEFENDANTS FORTINET, INC.:
 9           QUINN, EMANUEL, URQUHART & SULLLIVAN, LLP
             BY: WILLIAM COOPER, ESQ.
10           50 California Street, 22nd Floor
             San Francisco, California 94111
11           Tel. 415-875-6426  Fax: 415-875-6700
             email: willcooper@quinnemanuel.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 4



```
 1               San Diego, California
 2             Thursday, June 13, 2013
 3             9:38 a.m. - 12:12 p.m.
 4
 5             PHIL TRUBEY,
 6   having been first administered an oath, was examined
 7             and testified as follows:
 8
 9             EXAMINATION
10   BY MR. CHEVALIER:
11     Q    Can you state your name for the record,
12   please.
13     A    Phillip Trubey.
14
15
16
17     Q    My name is Charles Chevalier, and I
18   represent the plaintiff, Network Protection
19   Sciences, in litigation against Fortinet, Inc.
20          And today I'm just going to be asking you
21   a series of questions and try to be conversational.
22          Have you had your deposition taken before?
23     A    No.
24     Q    Okay.  So, basically, I will ask you
25   questions, and I'm going to ask you to answer them.
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 3

```
 1               I N D E X
 2   PHIL TRUBEY                          PAGE
 3   EXAMINATION BY:
 4   Mr. Chevalier                      4, 77, 84
 5   Mr. Cooper                         66, 83
 6           E X H I B I T S
 7   NUMBER       DESCRIPTION            PAGE
 8   136          Fortinet, Inc., Initial   17
                  Disclosures dated June 29, 2012
 9
10   137          Fortinet, Inc., Second    22
                  Supplemental Initial
11                Disclosures
12   138          Thread from Great Circle  39
                  mailing list dated 10-17-94
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 5

```
 1   You are obligated to answer fully and completely.
 2   And you just took the oath, so you actually have to
 3   give the truth, and you're sworn to truth under
 4   penalty of perjury.
 5          It's not a marathon, so anytime you need a
 6   break, just let us know.  I will just ask you not to
 7   do so while a question is pending.
 8          I'm going to ask for verbal communication,
 9   so head nods or "ums" aren't going to work.  So if
10   you can just answer verbally, I'd appreciate that.
11     A    Yes.
12     Q    Thank you.
13          Let's just try to not talk over one each
14   other.  I will try to finish my question, let you
15   answer, and I will try not to break into your answer
16   with another question.
17          So do you understand all that?
18     A    Yes.
19     Q    Is there any reason why today you might
20   not be able to testify truthfully?
21     A    No.
22     Q    Are you under any kind of current
23   medications or anything?
24     A    No.
25     Q    Do you have any questions about the
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 6

1  deposition at all?

2      A.   No.

3      Q.   Okay.  You just -- I just want to get some

4  general background.

5          Can you provide me with your educational

6  background?

7      A.   I have a bachelor's in mathematics from

8  the University of Waterloo.  Graduated in 1987.

9  Mathematics/computer science.  That's my education

10  background.

11     Q.   Okay.  Have you had any other degrees?

12     A.   No.

13     Q.   Any other professional training?

14     A.   No.

15     Q.   So after getting your degree from

16  Waterloo, what did you do after that?

17     A.   Let's see.  I worked as -- I worked at

18  Carlton University for a couple years as kind of a

19  network administrator, system administrator.  Then I

20  worked for SHL Systemhouse in Canada for about four

21  years as a software network consultant.

22         I then came down to the States and worked

23  for Systemhouse for an additional two years out of

24  their San Francisco office; again, as a

25  networking -- computer networking consultant.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 8

1  AppleTalk.

2      Q.   Were you using any kind of routers?

3      A.   Sure.  Definitely used routers.  You know,

4  back then, talking about late '80s, even in the

5  academic setting, networking, doing campuswide

6  ethernets was still fairly new.  So I was involved

7  in putting together the first campuswide ethernet

8  for Carlton University.

9      Q.   It was an isolated ethernet; there was no

10  outside connection to any kind of a T1 or --

11     A.   Oh, boy.  Let me try to remember.  Carlton

12  at the time, I believe we were not on the Internet

13  at that time.

14     Q.   Then you went to, is it SHL Systemhouse?

15     A.   Yeah.

16     Q.   And you worked as a software consultant?

17     A.   Software networking.  Yeah, I did a

18  variety of projects there.

19     Q.   Did that involve any kind of external

20  connection?

21     A.   Yes.  If I remember, I wasn't in the

22  IT department of Systemhouse.  It was client

23  projects that I was working on.  I worked on a

24  proposal to create a Canadian version of the

25  Internet.  We didn't actually implement it.  We

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 7

1          And then in '94, I started my company,

2  NetPartners, and then I ran that for about five

3  years.

4          And then shortly after -- and then I left

5  NetPartners -- well, I left.  That company was

6  renamed Websense part of the way through.

7          Anyway, and then I -- now we're getting

8  around 2000.  I joined another start-up, anyway, and

9  then I basically retired in 2001.

10     Q.   So at Carlton University, you worked on

11  networks?

12     A.   Yes.

13     Q.   Did any of that involve firewall

14  technology?

15     A.   At Carlton, no.

16     Q.   Do you know what it specifically involved?

17     A.   It was an academic environment.  We were

18  looking after the student computers, so it would be

19  labs, like, 30 computers.  We'd be networking them

20  together, different kinds of computers:  Macintosh,

21  PC, Unix computers; getting courseware ready for the

22  professors, that kind of stuff.

23     Q.   Do you recall how you were networking them

24  together?

25     A.   Primarily, we would be using ethernets and

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 9

1  didn't win that contract.

2      Q.   Do you know who won that contract?

3      A.   I do not.

4      Q.   Do you know if it was Glenn Mackintosh?

5      A.   No.  I have no idea.

6      Q.   Do you know who Glenn Mackintosh is?

7      A.   Yeah.

8      Q.   Do you recall specifically what you did as

9  a consultant for any customers back then?

10     A.   I'm trying to remember some specific

11  projects.  I mean, one project, I worked for a -- a

12  manufacturer of network switches and routers, and I

13  was working on SNMP management consoles for them.

14  So it was a combination of software networking.

15         As I said, I did that proposal for --

16  actually a proposal for the Canadian government to

17  create a backbone network across Canada for the

18  Internet.

19         Another one was a small Canadian

20  government department, networking -- hooking their

21  computers up in a LAN network.

22     Q.   Did any involve firewall technology?

23     A.   You know, back then, no.  I don't think I

24  actually did any -- working for Systemhouse, I don't

25  think I did any actual firewall technology.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 10

1      Q    Was there any connection to the Internet,
2  as it's called today?
3      A    Yeah.  I don't believe it was.
4      Q    Okay.  You started NetPartners in 1994?
5      A    Uh-huh.
6      Q    Do you know when in 1994?
7      A    January 1st.
8      Q    And how do you recall that so vividly?
9      A    It just was.  I mean, it's a very unique
10  date, right?  I mean, I basically terminated my --
11  you know, I quit my job at Systemhouse, and
12  that's -- that's when the date was.
13      Q    Okay.  Now, do you have any personal
14  experience with firewalls or firewall technology?
15      A    Now?
16      Q    At any time, actually developing the
17  technology?
18      A    Oh, developing the technology.
19      Q    Development for -- or system architecture.
20      A    Somewhat.  I mean, in '94, my idea,
21  initially what I -- well, so what I did in '94, the
22  beginning of '94, I did two things.  One, I did some
23  follow-on contracts as a consultant working,
24  actually, with Systemhouse -- or through them,
25  rather -- as an independent consultant.  But at the

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 11

1  same time, I was developing my own product, and my
2  own product would have been a connection gateway to
3  allow companies to attach to the Internet.  And so I
4  was programming that.
5           In conjunction with that, that's why I
6  went to -- I went to the Interop conference in
7  September of '94.  And while I was at the Interop
8  conference, I saw Border Network Technologies and
9  their JANUS firewall.  And they had developed
10  essentially what I was developing with more of an
11  emphasis on firewalls.  I was developing more of an
12  application gateway system.  Theirs was more focused
13  on firewalls.  But whatever, I saw it as the -- a
14  finished product of what I was trying to develop
15  myself.
16           So I made the decision to, instead of
17  continuing just myself, I made the decision to
18  resell -- resell their product in the United States.
19      Q    When you say -- what kind of distinction
20  do you draw between an application layer gateway and
21  a firewall?
22      A    Well, what I was developing was -- I was
23  going -- I was going to put a mail gateway and a
24  news gateway and various other services on a box
25  that would be forward-facing out to the Internet.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 12

1           And then the firewall functionality would
2  have been fairly rudimentary.  It would have been
3  packet blocking and the like.  So I wasn't planning
4  on doing anything that sophisticated.
5           Now, what the Border folks did is they had
6  a more sophisticated firewall portion of it.  They
7  had application-level firewall.  So -- yeah.
8      Q    And the first time you heard of that was
9  in September of '94?
10      A    The first time I saw a product like that,
11  yeah.
12      Q    When you say "saw a product," what do you
13  mean?
14      A    Well, I was at the Interop conference, and
15  I saw that product.
16      Q    What were they displaying at the -- was it
17  the Interop conference in New York?
18      A    Interop in Atlanta.
19      Q    It was Atlanta.  Okay.
20      A    They were developing -- they were showing
21  their JANUS firewall product.  And it was a box that
22  sat between the Internet and a company's LAN
23  network, and it provided a mail gateway.  So mail
24  would be stored on the box and then forwarded on
25  internally.  And they provided other -- other --

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 13

1  other application gateways.  I think it was -- well,
2  now my brain gets fuzzy as to what the other
3  application gateways are.
4      Q    Do you have any records of what they were
5  showing at the Interop?
6      A    Do I have I any records?  No.
7      Q    And now, what you were developing
8  yourself, is that what Websense --
9      A    No.
10      Q    So the Webster -- Websense products were
11  different?
12      A    Yes.
13      Q    So when you formed NetPartners in 1994,
14  what was NetPartners' basic mission?  What was the
15  business model for it?
16      A    Well, the initial idea was develop a
17  product that we could sell.  At Interop, I changed
18  that to be reselling somebody else's firewall.  And
19  we did that.  You know, I did that success -- I did
20  that successfully.  I hired, I think, three people
21  in '95.
22           And then in '96, I hired a software
23  developer to develop our own product, Websense.  And
24  the company kept growing just by installing mostly
25  the JANUS firewall, which at some point changed its

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 14

1    name to BorderWare.  Then, eventually, we moved on
2    to other firewalls as well.
3        Q    When you say "we," do you mean as a
4    reseller?
5        A    Yes.
6        Q    What other firewalls were you -- as a
7    reseller, just tell me exactly what a reseller does.
8        A    So a reseller/integrator.  So we would get
9    the software, the firewall software, from the
10   manufacturer.  We would put it on our own hardware,
11   hardware that we would buy from somebody.  We would
12   then configure it for the specific network, customer
13   network, and -- and install it in the customer
14   network and then provide support in the customer
15   network.
16       Q    Did you ever work at WatchGuard?
17       A    No.
18       Q    Did you ever work for Border Network
19   Technologies?
20       A    No.
21       Q    Did you do anything to prepare for today's
22   deposition?
23       A    I looked up when that Interop conference
24   was because I didn't remember when it was.  I knew
25   it was summer/fall of '94 because it's a very

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 15

1    particular thing, right?  It kind of changed the
2    direction of what I was going to do, so I looked up
3    when that occurred.  It occurred in September.  But
4    other than that, no.
5             I mean, I read the -- I read the e-mail
6    that I wrote to refresh my memory of it, but
7    that's -- that's about it.
8        Q    When you say "e-mail," are you referring
9    to the Great Circle e-mail?
10       A    Yes.
11       Q    Did you review any other documents?
12       A    I -- I did check my financial documents
13   that I had, actually had -- I still have financial
14   documents from '94 and '95 -- to see if there were
15   any documents there of interest.  So I did check
16   that.
17       Q    Now, were those financial documents that
18   kind of summarized the sales of the JANUS software?
19       A    Yes.
20       Q    Did you speak with anyone?
21       A    I spoke with Will and -- who is the other
22   lawyer's name?
23            MR. COOPER:  Drew.
24            THE WITNESS:  Drew.  Those are the two
25   people I spoke to.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 16

1    BY MR. CHEVALIER:
2        Q    And when did you speak with them?
3        A    I guess Drew contacted me about, I'd say
4    about a month ago, something like that.
5        Q    Is that the first time you had contact
6    with them?
7        A    Yes.
8        Q    Did you speak to anyone else?
9        A    Concerning this?  No.
10       Q    Any of your former employees?
11       A    No.
12       Q    Any BorderWare employees?
13       A    No.
14       Q    Now, besides looking up the date of the
15   Interop and reviewing your one e-mail, did you do
16   anything else to prepare for today?
17       A    Other than looking up the financial
18   information, no.  I had a meeting yesterday with
19   Will, who told me what a deposition was like and
20   what was going to happen.  That's it.
21       Q    And how long did you meet with him
22   yesterday?
23       A    About half an hour.
24       Q    Do you know when you were first contacted
25   in this litigation?

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 17

1        A    Sorry.  Do I know when?
2        Q    Do you know when -- did anybody else --
3    prior to when Drew contacted you a few months ago,
4    did anyone else contact you prior to that?
5        A    No.
6        Q    Anybody from WatchGuard or WatchGuard's
7    attorneys?
8        A    No.
9             (Discussion held off the record)
10            MR. CHEVALIER:  I will mark this 136.
11            (Exhibit 136 marked)
12   BY MR. CHEVALIER:
13       Q    Exhibit 136 is Defendant Fortinet, Inc.'s
14   initial disclosures.  The service date is
15   June 29th, 2012.
16            Mr. Trubey, do you have that document in
17   front of you?
18       A    Yes.
19       Q    Can you turn to page 5, please.
20       A    Uh-huh.
21       Q    Now, that big last box, the three boxes,
22   it says:  "Individuals previously associated with
23   Border Network Technologies and JANUS BorderWare
24   products."
25            And do you see your name listed under

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 18

1     there?
2       A    Yeah.
3       Q    And then it says:  "Contact through
4     counsel for WatchGuard to the extent contact
5     information is known."
6            You've never spoken to WatchGuard at all?
7       A    No.  I mean, as far as this goes, right?
8     I mean --
9       Q    This case.
10      A    This case, yeah.  I mean, I might have
11    talked to WatchGuard, like, 20 years ago.
12      Q    The company?
13      A    The company.
14      Q    You never talked to the attorneys --
15      A    No.
16      Q    -- who are representing WatchGuard --
17      A    No.
18      Q    -- in this litigation?
19      A    No.
20      Q    And you weren't then or currently now
21    associated with WatchGuard?
22      A    No.
23      Q    Were you ever associated with
24    Border Network Technologies?
25      A    Not other than being a reseller.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 20

1       Q    The availability to the public to be able
2     to purchase it or its disclosure.
3       A    You mean back in '94?
4       Q    Right, at any time.
5       A    Any time.  Sure.
6       Q    Were you ever contacted by Juniper or
7     Juniper's counsel, Irell & Manella LLP?
8       A    No.
9       Q    Were you ever contacted by SonicWALL or
10    SonicWALL's counsel, Carr & Ferrell LLP?
11      A    No.
12      Q    Were you ever contacted by DeepNines or
13    DeepNines' counsel, Akin Gump Hauer Strauss & Feld?
14      A    No.
15      Q    Were you ever contacted by Wilson Sonsini?
16      A    No.
17      Q    So the first time that Fortinet or
18    Fortinet's counsel contacted you is when Drew
19    contacted you a couple months ago?
20      A    Yeah.
21      Q    When was that?
22      A    I'd have to look it up in my e-mails, but
23    it was about, you know, one or two months ago.
24      Q    And they contacted you?
25      A    Yes.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 19

1       Q    Were you ever associated with
2     Secure Computing?
3       A    No.
4       Q    Do you have any information relating to
5     the conception of the JANUS BorderWare software?
6       A    No.
7       Q    Do you have any information relating to
8     the reduction to practice of the JANUS BorderWare
9     software?
10      A    I don't even know what that means.
11      Q    Do you have any information relating to
12    the functionality of the JANUS BorderWare software?
13      A    Just in general, vague terms from what I
14    can remember, but nothing very specific.
15      Q    For convenience, is it more preference if
16    we refer to it as JANUS, or BorderWare?
17      A    Back then, it was called JANUS, and it
18    changed its name to BorderWare.  I don't care.
19      Q    But either one, you will obviously know
20    what I'm talking about?
21      A    Yeah.
22      Q    Okay.  And do you have information
23    relating to the availability of the JANUS software
24    product?
25      A    What do you mean by "availability"?

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 21

1       Q    And they are representing you today;
2     Quinn Emanuel is representing you today?
3       A    I don't believe so.  I mean, I'm here just
4     to give a deposition.
5       Q    So you're not being represented today?
6       A    No.
7       Q    Are you being compensated for your time
8     today?
9       A    Not today.
10      Q    If this case goes to trial and you are
11    asked to testify at trial, will you?
12      A    Yeah.
13      Q    I think I asked you:  Do you have
14    information relating to the functionality of the
15    JANUS BorderWare product?
16      A    I know in nontechnical terms how it -- it
17    worked or what it purported to do, but that's about
18    it.
19      Q    Okay.  Who -- do you know who would be the
20    best person to testify to its functionality?
21      A    No.
22      Q    Would Glenn Mackintosh be the best person?
23      A    I wouldn't know.  I know he was a
24    principal engineer at JANUS back then; but, no,
25    you'd have to ask him.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 22

```
1       Q    At BorderWare; right?
2       A    Sure.  BorderWare.  Right.
3       Q    Do you know who developed the JANUS
4   software?
5       A    I do not know.
6       Q    Is there any other information you're
7   aware of that relates to the issues in this case
8   that you would testify on?
9       A    I don't know.  I'll answer questions.
10           MR. CHEVALIER:  Marking Exhibit 137.
11           (Exhibit 137 marked)
12  BY MR. CHEVALIER:
13      Q    Exhibit 137 is Fortinet, Inc.'s Second
14  Supplemental Initial Disclosures.
15           Do you have that document in front of you,
16  Mr. Trubey?
17      A    Yes.
18      Q    Can you turn to page 7, please.
19           Do you see your name listed there?
20      A    Yes.
21      Q    And underneath it, it says:  "C/O Quinn
22  Emanuel"?
23      A    Uh-huh, yes.
24      Q    But you're not being represented by them
25  today?
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 24

```
1       A    Well, yes.  It was a mailing list that
2   technical people read and posted to, and I was one
3   of those people.
4       Q    Was the mailing list and message board one
5   in the same, or were they two separate things?
6       A    I believe it was just a mailing list.
7       Q    And that only applies to the Great Circle
8   firewall, not the JANUS firewall server; there isn't
9   a JANUS firewall server mailing list and message
10  board?
11      A    As far as I know, there was not.
12      Q    Besides the JANUS firewall server and
13  Great Circle firewall mailing list, is there any
14  other relevant prior art that you're aware of?
15      A    Prior art of what?
16      Q    Patent-in-suit.
17      A    I do not know anything about the patent.
18      Q    Have you ever heard of Hung Vu?
19      A    Yes.
20      Q    What do you know of him?
21      A    He was a principal at Milkyway Networks.
22  I might have even met him.  Turns out that
23  Milkyway's offices were in Ottawa, in Canada, and
24  that happens to be my hometown.
25           So one time, you know, it would have been
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 23

```
1            MR. COOPER:  I'll state for the record
2   that we're not representing Mr. Trubey.
3            MR. CHEVALIER:  Thank you.
4   BY MR. CHEVALIER:
5       Q    Then "Possible subject," it says:  "Prior
6   art to the patent-in-suit including a JANUS firewall
7   server and Great Circle firewall mailing list and
8   message board."
9            Do you see that?
10      A    Yes.
11      Q    Do you know what prior art to the
12  patent-in-suit you're going to be testifying on?
13      A    No.
14      Q    Will you be testifying regarding the JANUS
15  firewall server?
16      A    I'll answer any questions you ask of me.
17  You know, I'm just here to answer questions.
18      Q    But you haven't been asked to -- you
19  haven't been asked by Fortinet or Fortinet's counsel
20  to testify regarding the JANUS firewall server?
21      A    They asked me if I knew things about it,
22  and so I said yes.  And so I'm happy to testify.
23      Q    Do you have any information relating to
24  the Great Circle firewall mailing list and message
25  board?
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 25

```
1   the '95, '96 time frame, for Christmas, I remember
2   making a trip back home back to my hometown, and I
3   met with Milkyway briefly for a possibility of
4   reselling their Internet firewall.
5       Q    What Internet firewall product did they
6   have?
7       A    The Milkyway Black Hole, I believe.
8       Q    Did you ever become a reseller for that?
9       A    You know, we might have.  I do not recall
10  definitively whether we did or not.  If we did, we
11  certainly didn't sell a lot of them, but I don't
12  recall definitively whether we did or not.
13      Q    Okay.  Did you ever review U.S. Patent
14  Number 5,623,601?
15      A    No.
16      Q    Never looked at it at all?
17      A    No.
18      Q    Do you have any patent applications
19  yourself or patents?
20      A    There was one software process patent that
21  a -- that we applied for.  I don't think it was
22  granted, though.
23      Q    When you say "we" --
24      A    It was a company I worked with.  Now that
25  I think about it, my name probably wouldn't have
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 26

1    been on it anyway.
2        Anyway, it was -- the company was called
3    Cachepile [phonetic], and it's out of business now,
4    and I don't think the patent was ever granted.
5        Q    So you did not assist in the development
6    of the JANUS firewall product?
7        A    No.
8        Q    You didn't do any of the coding?
9        A    No.
10       Q    Do you know who did the coding?
11       A    No.
12       Q    Do you know when the product was
13   developed?
14       A    I don't know when it was developed.
15       Q    Do you know when it was ready for market?
16       A    I used it in -- I used it in October of
17   '94, and I had it operational in October of '94, and
18   I started selling it around that time frame.
19       Q    When you looked at your financials, do you
20   recall when your first sale was?
21       A    So my first sale was January 1st, '95.
22   Sorry, January 4th, '95, sorry.
23       Q    And do you have those records?
24       A    I do.
25       Q    And if you were asked, would you produce

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 27

1    those records to us?
2        A    Sure.
3        Q    And do you have any records regarding when
4    you, I guess, deployed or had the operational
5    product running?
6        A    Yeah.  I have that e-mail that I wrote in
7    October of '94 to the Great Circle mailing list
8    where I -- in that e-mail, I stated that I had it
9    running in my office and that I was a reseller for
10   JANUS firewall.
11       Q    Were you selling any other firewall
12   products at any time?
13       A    Not at that time.  Later, the company sold
14   other products.
15       Q    Do you know when?
16       A    I'm pretty sure it would not have been --
17   well, not '94, not '95.  Probably '96, we started
18   selling the -- I believe it was called FireWall-1.
19   But I think we started selling another one in '96.
20       Q    And why did you decide to start selling
21   another firewall product?
22       A    It had -- it had features that the JANUS
23   didn't have, and it was the -- it had compelling
24   features that JANUS didn't have.
25       Q    I'm sorry, did you say you ever sold the

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 28

1    Black Hole product?
2        A    I do not recall whether we sold it or not.
3        Q    Did you attend any other trade shows?
4        A    Yes.
5        Q    Do you know which -- was that where the
6    JANUS product was being displayed?
7        A    Yes.
8        Q    Do you recall which ones?
9        A    No.
10       Q    But there wasn't anything earlier than the
11   Interop in Atlanta in September of '94?
12       A    As far as -- well, not that I attended.
13       Q    And do you have any -- any proof that it
14   was demonstrated at the Interop trade show in
15   September of '94?
16       A    I don't have any physical proof.  I just
17   have my recollection.
18       Q    And how did you know that -- well, from
19   what you recall, how do you know that it was
20   functioning?  Did you see the source code, or --
21       A    I saw a demonstration, of course, of the
22   user interface.  I don't recall whether or not they
23   had demonstration computers on either side of the
24   firewall to actually show the functionality.  I
25   don't recall that.  They might have; might not have.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 29

1        Q    You only recall seeing the user interface?
2        A    Uh-huh.
3        Q    But you don't recall that it actually had
4    an operational system up and running?
5        A    Right.  I don't recall whether they
6    actually had other computers to test the
7    functionality of it at the show.
8        Q    And at the show, the product itself wasn't
9    being made available for sale at that time?
10       A    Oh, yes, it was.  It was.  And I -- I
11   mean, that's -- that's where I -- I mean, they were
12   looking to find distributors, and that's why I
13   signed up as a distributor then.
14       Q    Right.  But when you signed up as a
15   distributor, you didn't actually make any purchase
16   of the product?
17       A    I didn't buy it right then and there, no.
18       Q    Did you ever -- prior to that, had you
19   ever met any of the people from BorderWare?
20       A    No.
21       Q    As a reseller, did you have an agreement
22   with BorderWare?
23       A    Yes.
24       Q    And do you know when that agreement was
25   executed?

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 30

1    A    No.

2    Q    Do you have a copy of that agreement?

3    A    No.

4    Q    Do you recall if that agreement contained

5  confidentiality provisions?

6    A    I don't recall the agreement.  I don't

7  recall what was in the agreement specifically.

8    Q    So do you know if you were an exclusive

9  reseller of the product in the United States?

10    A    We were not an exclusive.

11    Q    And how do recall that?  Do you recall

12  from the agreement?

13    A    I just remember in '95, there were other

14  resellers that were signed up in the United States.

15    Q    In '95?

16    A    In '95.  Yeah.

17    Q    Do you know when the JANUS or BorderWare

18  product became available?

19    A    It was ready to install in -- in October

20  of '94 because I had installed an operational copy

21  of it in October of '94.

22    Q    Do you know if there were any other

23  operational copies installed at that time?

24    A    I do not.

25    Q    And how did you market the product once

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 31

1  you became a reseller?

2    A    Market it?  A variety of ways.  One way

3  was that Border would -- you know, Border Network

4  Technologies would send me leads.  So I would phone

5  the leads and set up the -- typically set up

6  demonstrations, on-site demonstrations.

7         Other ways, through things like the

8  Great Circle mailing list.  I also started doing

9  some cold-calling to likely companies that might be

10  attaching to the Internet.  I attended trade shows;

11  got leads from trade shows.

12    Q    When you did outside demonstrations, what

13  did that involve?

14    A    It involved bringing a computer with the

15  BorderWare or JANUS software loaded onto it and

16  showing them the user interface and how it worked.

17    Q    Did that just involve showing the user

18  interface?

19    A    Yeah, because typically, you know, showing

20  the actual firewall functionality was -- would have

21  been more involved.

22    Q    So your outside demonstrations didn't

23  involve showing the actual firewall functionality?

24    A    Actually demonstrating it, typically not.

25    Q    When you say "typically not," there were

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 32

1  times when you did?

2    A    There might have been.  Might have been a

3  client that specifically would ask for that, so I

4  would go to the extra trouble of showing that.  But

5  I don't -- I can't recall exactly what happened in

6  all the different demos that I did.

7    Q    Do you know how many demos you did?

8    A    Typically, it would be one demo per

9  customer.  Back then, they wanted to actually see it

10  running.

11    Q    And these outside demonstrations, did

12  BorderWare kind of instruct you on how to do the

13  demonstrations?

14    A    No, not really.  No.  It was just my

15  understanding of the product and learning about the

16  product.  I mean, I -- I needed to really understand

17  it well, so I put it through its paces and tried --

18  you know, in my own office, I set up computers on

19  both sides of the firewall and put a packet monitor

20  to actually see what was happening.  So I could

21  actually see from a -- from a network perspective

22  how the firewall was dealing with the packets.

23    Q    You set up -- you connected two

24  computers --

25    A    Uh-huh.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 33

1    Q    -- with the product in between it?

2    A    Uh-huh.

3    Q    And you have no knowledge of whether or

4  not the JANUS wall product was available prior to

5  September of '94?

6    A    I don't.

7    Q    And you started running it in October

8  of '94?

9    A    I know I ran it in October of '94.

10  Could've been September, for all I know; but, you

11  know, those precise dates are hard to pin down, so

12  I'm going just based on the e-mail that I wrote.

13    Q    But besides that e-mail, you have no other

14  proof?

15    A    Correct.

16    Q    So you are just basing it on the e-mail?

17    A    Yeah.

18    Q    There's no specific date in the e-mail?

19    A    Well, there was a specific date in the

20  e-mail.  The date of the e-mail itself was the

21  17th of October.  But other than that, there was no

22  date that said that I had it running by a specific

23  time.  It just said that I have it running.  So at

24  that date, I had it running.

25    Q    So by October 17th, you had it running at

Page 34

```
 1   some point?
 2       A    Yeah.
 3       Q    Do you know when you made the first sale
 4   of the product?
 5       A    Well, the first booked sale that I had
 6   delivered was a January 1st, 1995 sale --
 7   January 4th.  I keep saying January 1st.  I meant
 8   January 4th, 1995.
 9       Q    Then NetPartners became Websense?
10       A    Yes.
11       Q    Or did one company dissolve and another
12   company form?
13       A    Technically, net -- oh, gosh, how did that
14   actually happen?  I believe the -- I believe it was
15   just a name change at that point from NetPartners to
16   Websense.
17       Q    So does Websense still act as a reseller?
18       A    I don't know.  They -- they are a much
19   bigger company now, and they may or may not still
20   have that, you know, the firewall reselling as a
21   part of their business.  I don't know.
22            MR. CHEVALIER:  We've been going almost an
23   hour.  You want to take a break now?
24            MR. COOPER:  Sure.
25            MR. CHEVALIER:  Go off the record.
```

Page 36

```
 1   of '94?
 2       A    '94, I have -- I have a P&L, profit and
 3   loss statement.  So it didn't show any sales of --
 4   of any firewalls in '94, so that's why I know the
 5   first one was January 4th, '95.
 6       Q    Is that because there was none in '94?
 7       A    Presumably there was no actual sales
 8   in '94.
 9       Q    But you have a record that shows a sale on
10   January 4th of '95?
11       A    Yes.
12       Q    Have you provided that to Fortinet?
13       A    Yes.  To Quinn Emanuel.
14            MR. CHEVALIER:  Has that been produced?
15            MR. COOPER:  It has not been produced.
16            MR. CHEVALIER:  Is it going to be
17   produced?
18            MR. COOPER:  Are you requesting that it be
19   produced?
20            MR. CHEVALIER:  If you're relying on it,
21   you should be producing it.
22            MR. COOPER:  Understood.
23            MR. CHEVALIER:  I think we asked for sales
24   of the -- well, I don't know if we asked for that;
25   but, yes, if you have it, we would like it produced.
```

Page 35

```
 1            (Recess from 10:21 a.m. to 10:32 a.m.)
 2   BY MR. CHEVALIER:
 3       Q    Going back on the record.
 4            I just have a few questions that we talked
 5   about previously.
 6            You said that Drew from Quinn Emanuel
 7   contacted you two months ago.
 8            Is there anything that you guys discussed?
 9       A    He said that he was representing Fortinet
10   in a patent dispute and that I might have
11   information based on the e-mail that he got off of a
12   Great Circle mailing list.
13       Q    Did he specifically say what that
14   information was?
15       A    He said if there's any information
16   about -- about my use of the JANUS firewall back in
17   '94; if there was any other information I had about
18   that.
19       Q    And was the e-mail the only information
20   you had?
21       A    Well, you have the e-mail.  And then as I
22   said, I looked up the accounting summaries that I
23   still had from '94 '95.  And, yeah, that's about
24   what -- all I have.
25       Q    What accounting summaries do you have
```

Page 37

```
 1            MR. COOPER:  Okay.  I will take that under
 2   consideration.
 3            MR. CHEVALIER:  Thank you.
 4   BY MR. CHEVALIER:
 5       Q    Are there any other documents that you
 6   provided to Quinn Emanuel?
 7       A    No.
 8       Q    So only the sales records?
 9       A    P&L, '94 P&L and the sales record for '95.
10       Q    And do you know who made the first
11   sale to?
12       A    Zenith Insurance.
13       Q    Where are they located?
14       A    I believe they were located in
15   Orange County.
16       Q    If we can get the P&L produced as well,
17   please?
18            MR. COOPER:  Your request is noted.
19            MR. CHEVALIER:  Thank you.
20   BY MR. CHEVALIER:
21       Q    Besides the P&L and your sales, did you
22   provide any other documents to Quinn?
23       A    No.
24       Q    Then you talked to Will, counsel sitting
25   next to you, yesterday?
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 38

```
1       A    Yes.
2       Q    What else -- what did you talk about then?
3       A    Just talked about -- in general terms
4   about what a deposition is and that I should answer
5   truthfully, and that's about it.  Just general
6   terms.
7       Q    Did you talk about any specifics of the
8   case?
9       A    No.
10      Q    When you talked to Drew two months ago,
11  did you talk about any specifics of the case?
12      A    No.  I mean, he was just asking if I had
13  any documentation about that period of time, and I
14  said I would look.
15           He asked if I had any e-mails.  I looked.
16  I didn't find any e-mails.
17      Q    No e-mails?
18      A    No.
19      Q    Are there any other documents he asked you
20  to look for?
21      A    No.
22      Q    And there's nothing else he provided to
23  you?
24      A    No.
25           MR. CHEVALIER:  Marking Exhibit 138.
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 39

```
1             (Exhibit 138 marked)
2   BY MR. CHEVALIER:
3       Q    Exhibit 138 is a thread, I believe, from
4   the Great Circle mailing list.
5            Do you have 138 in front of you?
6       A    Yes.
7       Q    Can you turn to the page that's numbered
8   Bates number FORT-MPS058692.
9       A    Okay.
10      Q    If you look at the bottom, it starts with:
11  "While we were running at our site," and continuing
12  onto the next page.
13      A    Yes.
14      Q    Is that the e-mail that you're referring
15  to that you found?
16      A    Yes.
17      Q    And then it says:  "While we are running
18  it," you being the NetPartners?
19      A    I mean that NetPartners is running the
20  JANUS firewall.
21      Q    And was it just you at the time?
22      A    Yes, it was.
23      Q    And this is dated October 17th, 1994.
24      A    Yeah.
25      Q    And you have no records of exactly when
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 40

```
1   you started running the JANUS firewall?
2       A    No.
3       Q    If you would turn the page, please.
4       A    Uh-huh.
5       Q    Well, it's the same page.  I'm sorry.  And
6   it says there's some "bugs."
7            Do you know what "bugs" you're referring
8   to?
9       A    Well, I wrote "cosmetic bugs," so I would
10  assume these are user interface bugs, but that's
11  what my assumption is.
12      Q    But you don't recall specifically?
13      A    Yeah.  You know, "cosmetic bugs" to me
14  means user interface bugs.  If they were
15  functionality bugs, that would be different.
16      Q    Okay.  It says:  "We certainly put it
17  through some comprehensive tests ourselves."
18      A    Uh-huh.
19      Q    Do you know what testing you put it
20  through?
21      A    I would have done firewall testing on it.
22  I would have made sure that, from a firewall
23  perspective, it did what it was supposed to do.
24      Q    You're saying you "would have," but what
25  did you do?
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 41

```
1       A    I do not recall exactly what I did back
2   then.  I just go based on what this e-mail says.
3       Q    So you have no recollection of actually
4   testing it?
5       A    I recollect testing it.  I don't recall
6   the tests that I put it through.
7       Q    Do you recall what you did to test it?
8       A    Specifically, no.
9       Q    And do you know -- do you know why you
10  used "we" instead of "I"?
11      A    Trying to make myself -- trying to make
12  the company appear bigger than it was.
13      Q    That's what I thought, just . . .
14           Now, the Interop trade show -- what made
15  you want to be a reseller for the JANUS product?
16      A    After seeing the JANUS product, I had the
17  feeling that my own development project would have
18  been too little too late and that this space was
19  rapidly moving.
20           So I decided to -- instead of developing
21  my own product, I decided to just get my -- you
22  know, my, if you will, my foot in the door and get
23  into the game just by reselling and then seeing
24  where that would go.
25      Q    Would you say you were successful at
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 42

1  selling the JANUS product?

2      A    Oh, yeah.

3      Q    What would you attribute the success to?

4      A    Well, two things:  One, my background, you

5  know, good technical background; and, two, the

6  product was solid.  It worked.

7      Q    And what was -- when you say "solid," what

8  do you mean by that?

9      A    Didn't have any major bugs.

10     Q    But I mean what -- is any product that

11 would have been bug-free would have been solid

12 product?  What was it specifically about JANUS that

13 you think made it --

14     A    There weren't a lot of competitors back

15 then, right?  It did what it advertised it was

16 supposed to do, and there really weren't many

17 competitors at all back then.

18     Q    Do you know any of the competitors back

19 then?

20     A    I don't recall.  For instance, Milkyway, I

21 don't recall when their product came out.  If I

22 recall any other competitors?  The main thing that

23 people were doing back then for firewalls was they

24 were using a Unix machine running essentially

25 router-based rules.  It's a lot less sophisticated.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 43

1  So there weren't a lot of actual products that --

2  that did what JANUS did.

3          As to what other ones there were back

4  then, I don't recall what other ones there were.

5  But there weren't many.

6      Q    Was there anything specific to the JANUS

7  product that customers -- appealed to customers?

8      A    Is there anything specific?  I don't

9  recall any specific feature other than, you know,

10 the majority of customers liked.

11     Q    Would it be the fact that it ran

12 transparently?

13     A    That certainly was a big selling feature,

14 the fact that it -- it appeared like there was --

15 wasn't something in the way.

16     Q    Did you use that in your marketing

17 materials?

18     A    I don't recall.

19     Q    Do you recall anything that you used in

20 your marketing materials?

21     A    No.

22     Q    Do you have any of your marketing

23 materials?

24     A    No.  But thinking about it, it's possible.

25 You know, I hadn't thought about this, but it's

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 44

1  possible you could use -- there's various Internet

2  archives, the Wayback Machine and the like.  It's

3  possible I could dig out an old NetPartners Web site

4  that was archived at one of those archives, but I

5  haven't done that.  That's where the marketing

6  materials would have been.  It would have been on

7  the Web site.

8      Q    What exactly were you selling?  Were you

9  selling the software, or were you selling

10 preinstalled on a machine?

11     A    We were selling preinstalled on a machine.

12     Q    And why were you doing it that way?

13     A    Two reasons:  One is that the software --

14 well, back then, the PC hardware wasn't as

15 standardized as it is today, so you couldn't just

16 run it on any random PC.  It had to be the right

17 kind of PCs, right kind of drivers, right kind of

18 whatever, right kind of hardware.

19          So it was a way to make an installation

20 much more easier and smooth.  You know, if we had

21 installed it on random customer PCs, half the time,

22 it wouldn't have installed or whatever.  We would

23 have had installation issues.

24          So we -- and then, of course, we made

25 margin on the hardware too.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 45

1      Q    And your P&L would reflect the difference

2  between profitability of the software and the

3  hardware?

4      A    Sure.

5      Q    You separate those out by separate product

6  lines?

7      A    Right.  I'm trying to remember whether --

8  whether I have a P&L for '95.  I would have to check

9  because that's when we started selling the actual

10 product.

11          I know I have a sales journal for '95, and

12 that's what -- I gave one page to Quinn Emanuel.

13 But I -- I think -- yeah.  Now they think about it,

14 I think I do have a P&L for '95.  And I'm pretty

15 sure it's broken out between the hardware and

16 software, but don't quote me on that until I

17 actually look at it.

18     Q    You said you started selling something in

19 '95.  What were you referring to?

20     A    I said the JANUS firewall.  I actually

21 booked the sale in '95.

22     Q    And the ledger that you had, would that be

23 within your definition of what your financial

24 documents that you provided to Quinn Emanuel were,

25 or was that separate item?

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 46

1    A    Right.  I provided Quinn Emanuel -- for
2   '95, I provided them a single page of my sales
3   journal.
4        Q    And the software that you were putting on
5   the machines and selling to your customers, that
6   software was worked on the application level proxy?
7        A    Yes.
8        Q    Did it have static routing?
9        A    I don't recall.
10       Q    Do you know if the source routing was
11  disabled?
12       A    I do not recall.
13       Q    Did it have internal mapping to the single
14  external address?
15       A    Network address translation, I believe it
16  did.  But I got to say, my recollection of specific
17  technical functionality of JANUS is pretty hazy at
18  this point in time.  I shouldn't be relying to tell
19  you how exactly JANUS worked.  I knew back then, but
20  I don't -- my recollection is pretty hazy by now.
21       Q    Thank you for that.  I'm just asking what
22  your knowledge is.  So if you don't know, an "I
23  don't know" is a fine answer.
24            Do you know if it incorporated a secure
25  anonymous FTP server?

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 47

1        A    I believe it incorporated an FTP server.
2        Q    And was IP forwarding turned off?
3        A    I don't recall.
4        Q    Okay.  Do you recall any other
5   functionalities that it had?
6        A    I believe it had a DNS server, and I
7   believe it had an e-mail server.  I don't recall
8   anything else.
9        Q    Now, the version you had up and running,
10  was it an actual version, or was it a beta version?
11       A    I don't remember.
12       Q    Did you have access to the source code?
13       A    No.
14       Q    And you have no records to show whether it
15  was or not?
16       A    Whether it was or not what?
17       Q    A beta version?
18       A    I have no records.
19       Q    Do you know if your installation of it was
20  subject to any confidentiality obligations?
21       A    I don't remember.
22       Q    On Exhibit 138, could you turn to
23  page 58699, please.
24       A    Uh-huh.
25       Q    On the bottom of the page, it says "The

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 48

1   firewall outgoing, Sunday, October 30th, 1994"?
2        A    Uh-huh.
3        Q    Turn to the next page.  If you turn to
4   page 58702 --
5        A    Uh-huh.
6        Q    -- do you know who Rod Adkins is?
7        A    Yeah.
8        Q    Who is he?
9        A    Well, he -- he obviously worked for
10  Border.  But then he -- at some point in time, he
11  started working for our company, NetPartners,
12  Websense.
13       Q    For Websense, or for the predecessor?
14       A    I don't recall exactly when he joined us.
15       Q    What does he do for Websense?
16       A    What he did, he was a business development
17  manager.  He, for lack of better word, he would --
18  what did he -- and this is on the Websense side --
19  he put together deals where we would integrate
20  Websense onto different platforms.
21       Q    And did he leave the same time as you did?
22       A    I believe he -- I don't recall.  I don't
23  know when he left.
24       Q    Do you remember if it was before or after
25  you?

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 49

1        A    I don't recall.
2        Q    Going back to page 58700, it says, you
3   know, the second paragraph -- well, the first
4   paragraph of the response which, I guess, is the
5   first paragraph after all the carats -- it says:
6   "Although this is true, it's somewhat misleading."
7   It says that BorderWare, BNTI, BorderWare Network
8   Technologies, launched JANUS at the U.S. Networld
9   Interop in September.
10            That is the conference you were at?
11       A    Uh-huh.
12       Q    Okay.  Do you have -- you have no
13  information that it was launched at any time prior
14  to that?
15       A    I don't.
16       Q    And then if you scroll -- look down a
17  little further, that says, "This is not correct."
18  This says:  "Only operational site in U.S. is at a
19  reseller in California, NetPartners."
20            That was you?
21       A    Yep.
22       Q    Do you know who -- is it Beame &
23  Whiteside?
24       A    Yeah.  I don't -- I don't believe they
25  were a customer of ours.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 50

```
 1      Q     Okay.  Then it says:  "Second U.S.
 2   reseller has completed a technical evaluation of the
 3   product."
 4            Do you know who that is?
 5      A     No.
 6      Q     And a little further down the paragraph:
 7   "With our launch in Canada," the last line there
 8   says, "we have been accumulating experience since
 9   February using beta software."
10            Do you know anything about that?
11      A     No.
12      Q     So you don't know where that was -- that
13   experience was --
14      A     No.
15      Q     -- gleaned from?
16            You didn't see it or use it or hear
17   anything about it?
18      A     No.
19      Q     Do you know how much you sold your product
20   for?
21      A     No, not offhand.
22      Q     Did you ever just sell the software?
23      A     It's possible that we did.  I don't recall
24   whether we did or did not.
25      Q     Border didn't require you to sell it
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 51

```
 1   preinstalled; that was your option?
 2      A     Correct.
 3      Q     How did you receive the software from
 4   Border?
 5      A     Initially, as I recall, it was on tape.
 6   It was -- yeah.
 7      Q     Did you just use the one tape to install
 8   on all the machines?
 9      A     I believe so.  I believe it came on tape,
10   and then they would give us serial numbers, like,
11   serial numbers or activation codes to -- to activate
12   it.  Of course, we were getting different versions
13   of it as time progressed.
14      Q     So they would send you updated versions,
15   and then that's what you would use in your installs?
16      A     Yeah.
17      Q     Were there any patches for previous
18   customers?
19      A     We would have upgraded the previous
20   customers.  I mean, that would have been part of our
21   service.
22      Q     And you did the integration at the
23   customer site yourself?
24      A     Yes.
25      Q     And so you did offer services to your
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 52

```
 1   customers?
 2      A     Uh-huh.  Yes.
 3      Q     Did you generate revenue from the
 4   services --
 5      A     Yes.
 6      Q     -- separate from the actual machine?
 7      A     Yes.
 8      Q     And would you have got any revenue from
 9   the services if you didn't sell them the machine?
10      A     I'm sorry.  What was the question?
11      Q     Would you have been getting the service
12   revenue if you did not also sell them the machine
13   and the JANUS software?
14      A     That service revenue was specific to
15   maintenance for the machine and software.
16      Q     Okay.  So are there -- so when other
17   resellers came on the market, did you generate ever
18   any revenue from just service provider for those
19   systems that were obtained from another reseller?
20      A     Yeah.  Sometimes we would be asked to fix
21   an installation because it gets into the realm of
22   how you configure the software and what odd or
23   broken things there are on the customer's local area
24   network.  So we would often -- we would sometimes go
25   on customer sites and help them, essentially, with
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 53

```
 1   their network, integration and network.
 2      Q     But were they your customers?
 3      A     Sometimes.  I mean, it's possible that a
 4   firewall was sold by somebody else, and then we
 5   would go in there after the fact and help them with
 6   it.  I mean, you know, we -- we didn't just sell the
 7   hardware and software.  We also sold networking
 8   services as well on a consulting basis, per diem
 9   basis.
10      Q     Right.  But I'm specifically saying
11   services for the JANUS software.  Did you provide --
12   was that one of the -- when you did a sale for the
13   JANUS software, did you also negotiate a service
14   package, some kind of --
15      A     We would always sell a service agreement
16   yearly, a yearly software -- a yearly service
17   agreement.  And that service agreement would be for
18   configuring the software, helping them with their
19   network, getting it to work correctly, that kind of
20   stuff.
21      Q     When you say "configure their software,"
22   you're referring to the JANUS software?
23      A     Correct.
24      Q     But if you didn't happen to sell them that
25   JANUS software, you wouldn't have that service
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 54

```
1    agreement?
2         A    Right.  We weren't on the -- I don't know
3    exactly what you are asking.  But if you asking
4    whether we would be on the hook for somebody else's
5    purchase of JANUS software --
6         Q    No.  I'm just saying that by selling
7    the -- being able to sell JANUS software, you were
8    also able to generate revenues providing service for
9    it.
10        A    Yes.
11        Q    And do you recall whether or not you
12   generated more revenue from the service, or from the
13   product itself?
14        A    I would have to look in the P&L.
15   '95 would be a good P&L to look at.  But I believe
16   the -- I believe the margins on the software were
17   higher than the service.  But, you know, there's a
18   lot of different ways to slice that pie.
19             What are the margins on the service?  You
20   know, you'd have to figure out how much money you're
21   making per employee, how much margin you're making
22   on the software.  I mean, it's a complicated
23   question, actually.
24        Q    And do you think it was reflected in the
25   P&L?
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 55

```
1         A    No.  Because you -- as I say, to actually
2    answer that question, you'd have to figure out, you
3    know, wages you're paying for each employee, what
4    your actual cost of goods sold is for the services
5    versus the cost of goods sold for the software.
6    That part is easy to figure out, but cost of goods
7    sold for employees is harder to figure out.
8         Q    So you have employees who handle most of
9    the services?
10        A    Uh-huh.
11        Q    But you also have employees who did the
12   installation and also the deployment?
13        A    Correct.
14        Q    Do you recall how long you sold the
15   product for?
16        A    Not specifically, no.
17        Q    Did you sell it -- did you have any sales
18   in 1996?
19        A    Yes.
20        Q    Do you know if you had any sales in '97?
21        A    Don't know.
22        Q    What time did -- did you become Websense?
23        A    Well, we started selling the Websense
24   product in '96.  We started selling it in October of
25   '96, the Websense product.
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 56

```
1              We were still called NetPartners back
2    then, though.
3              So at that point, from that point on, we
4    were kind of two companies, in a way.  We were
5    continuing and still ramping up, still growing the
6    Internet firewall reseller part of the business
7    while as well, now we were a product manufacturer
8    and ramping up that side of the business.
9         Q    But you don't recall specifically when it
10   fully became Websense and NetPartners --
11        A    You would have to look at the historical
12   record to figure that one out.  But I believe
13   actually that it wasn't -- didn't actually change
14   names.  The company didn't change names until, I
15   want to say, until 2000.
16        Q    And do you know after -- when it changed
17   names in 2000, were you still acting as a reseller
18   as well?
19        A    I believe we were.  A reseller of software
20   in general, we were.  Whether we were reseller of
21   BorderWare, I don't recall.
22        Q    And it became -- you were still with the
23   company when it became Websense, and you were--
24        A    Actually, at that point, I wasn't CEO
25   anymore.  At that point, I was -- as far as I
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 57

```
1    recall, I was just on the board at that point.
2         Q    And did you have any day-to-day
3    responsibilities?
4         A    No.
5         Q    Do you know why you were no longer CEO?
6         A    I was fired.  Fired from my own company.
7    That was a fun one.  I don't want to bore you with
8    the board-level crap that went on.
9         Q    I'm sure it wasn't pleasant for you.
10        A    It was a giant learning experience.
11        Q    So would you consider the JANUS firewall a
12   successful product?
13        A    Sure.
14        Q    Do you know how long you operated that,
15   with that as your only product?
16        A    I don't specifically know.  I'm pretty
17   sure that -- well, I know it was our only product in
18   '95.  And I'm pretty sure for most of '96, if not
19   all of '96, it was our only product.  But at some
20   point, we brought other firewalls on board.
21        Q    And did you itemize-- would you have
22   itemized sales for each of the products that you
23   sold?
24        A    I don't know if I have those records
25   anymore, but I don't know.
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 58

```
1        Q     And the new firewall products that you
2   brought on had different functionalities or
3   different features than the JANUS?
4        A     Yes.
5        Q     Do you recall what the differences were?
6        A     Technically, there's a stateful packet
7   inspection was the new technology that I believe the
8   manufacture -- I believe the product was called
9   FireWall-1.  And that was the main innovation that
10  FireWall-1 had, and I believe that was the main
11  difference.
12       Q     Do you know technically how staple packet
13  inspection differed from the application layer
14  proxy?
15       A     I used to, yes.  But right now, if I tried
16  to give you an explanation, I would fumble it.
17       Q     Do you want to try?
18       A     No.
19       Q     Could you try?
20       A     What's that?
21       Q     Could you try?
22       A     Oh, gosh.  It wouldn't -- I wouldn't be
23  correct.  I mean, I -- it's been a long time.
24       Q     Have you ever heard of a company called
25  Beavertec?
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 60

```
1   products now.
2        Q     Okay.
3        A     I mean, the core product is a Web filter
4   product that allows companies to monitor and control
5   employee access out to the Internet.  But they have
6   a bunch of other security-related services,
7   inventory service, asset management, everything
8   else.
9        Q     How does the Web-filtering technology
10  work?
11       A     Well, the way that works is when people
12  within a company make -- go to a particular Web
13  page, they will type in a Web address.  The Websense
14  product intercepts that query and looks up the
15  actual IP address in a large database.
16       Q     Is that the DNS database?
17       A     In its own database.
18       Q     Okay.
19       A     So, yeah, I'm trying to remember whether
20  it looks up an IP address or the actual domain name.
21  But either way, it looks up the IP name or both or
22  combination thereof and the URL in its own database,
23  and it finds out the category that that Web page
24  would correspond to.
25             Websense has built through many years a
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 59

```
1        A     Beavertec?  I don't think so.
2        Q     And SecureIT?
3        A     I don't recall.
4        Q     When you brought on other firewall
5   products, would you still sell the JANUS product
6   with it?
7        A     Beside it, yeah, we sold JANUS alongside
8   FireWall-1 for quite a while.
9        Q     Do you remember what the comparison of the
10  sales figures were between the two?
11       A     No, I don't.
12       Q     Were they at the same price point?
13       A     I don't recall.
14       Q     And you don't recall the number of units
15  that moved at the time?
16       A     I don't recall.
17       Q     Go off the record for a moment.
18             (Recess)
19             MR. CHEVALIER:  Back on the record.
20  BY MR. CHEVALIER:
21       Q     Mr. Trubey, tell me what product Websense
22  sells.
23       A     The company right now, Websense?
24       Q     Yes.
25       A     Well, it sells a whole bunch of different
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 61

```
1   database, basically, of the entire Web, assigning
2   categories to all the different Web pages out there.
3             And so depending on the -- on the
4   company's policy that they put in place with the
5   Websense software, the Websense gateway will then
6   allow a person to view it or block it or just report
7   upon it or whatever.
8        Q     Now, would that be on the local area
9   network?  At what point is that integrated?
10       A     At the far -- basically, at the same spot
11  a firewall would be.  And, in fact, that was one of
12  the main things that we did is that we integrated
13  the Websense -- the Websense initially was just a
14  stand-alone product that would be sitting beside the
15  firewall, if you will.
16             But one of the things that we did fairly
17  soon afterwards is we integrated it in with
18  firewalls so that the FireWall-1, for instance, I
19  think this was our first integration.
20             And then we tried to integrate it with
21  BorderWare as well.  Tell you the honest truth, I
22  don't remember whether or not we successfully
23  integrated it with BorderWare or not.  But the idea
24  is that -- so now you've got a firewall running
25  Websense.
```

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 62

1    Q    Now, would it still process the packets?

2  I mean, is that how it says request the address, and

3  it kind of filters the addresses?  It does it on an

4  application layer?

5    A    It would do it at the application level,

6  yeah.

7    Q    And does it use proxies as well?

8    A    No.  It doesn't use proxies.

9    Q    So when it's integrated onto, you said, is

10  it FireWall-1?

11    A    Uh-huh.

12    Q    Is the FireWall-1 application layer of

13  proxy a transparent proxy firewall?

14    A    Well, it's a staple packet inspection

15  firewall.

16    Q    So you don't really know how that's

17  different?

18    A    Right.

19    Q    But you don't know if you put it on

20  BorderWare?

21    A    I do not recall whether we did that or

22  not.  I know I was trying.  I tried.  I made a

23  couple trips.  BorderWare got very squirrely towards

24  the end.  I mean, they ended up getting bought by

25  somebody; right?  So -- yeah.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 64

1         MR. CHEVALIER:  Go back on the record.

2  BY MR. CHEVALIER:

3    Q    Before we went off the record, we were

4  talking about patent applications that might be

5  listed in your name.

6    A    Uh-huh.

7    Q    There was one that seemed to be filed

8  June 20th, 2002, titled "Contextual Merchandising

9  System for an Electronic Network."

10         Do you recall that?

11    A    That was the one that I was wondering

12  whether or not I actually did file it and all that

13  kind of stuff.  So, yeah.  That was a company -- if

14  I recall, Merchandising Avenue or Cachepile at the

15  time.  I'm not sure which.

16    Q    And does that company still exist?

17    A    No.

18    Q    So do you know if there's any product or

19  services that's covered by this patent application

20  that's being marketed --

21    A    I do not know.

22    Q    And we've talked a lot about your

23  experience as the reseller for NetPartners on behalf

24  of Border.

25         Regarding U.S. sales and the use of the

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 63

1    Q    Who developed the Web filtering?

2    A    Well, I mean, the specific software

3  engineer I hired.

4    Q    You hired?

5    A    Yeah.

6    Q    And do you have any patents covering that

7  technology?

8    A    I did not apply for any patents for it.  I

9  don't know if Websense has any.

10    Q    And you're aware that there is one patent

11  application that lists you as an inventor on it?

12    A    Which one is that?

13    Q    I have it written if I can get it here.

14         MR. CHEVALIER:  Go off the record.

15         (Discussion held off the record)

16         MR. COOPER:  Counsel, I'm now producing

17  two documents:  One Bates-stamped Trubey 00001 and

18  Trubey 00002.

19         MR. CHEVALIER:  Thank you.

20         Do you have copies for Mr. Trubey?

21         MR. COOPER:  Yeah.  Are you going to use

22  these as an exhibit?

23         MR. CHEVALIER:  Maybe.  We can go off the

24  record now.

25         (Recess)

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 65

1  product, you would be the best person who would have

2  knowledge on that?

3    A    In -- regarding U.S. sales?

4    Q    Well, regarding the first U.S. sale?

5    A    Oh, regarding the first U.S. sale?

6  Probably.  I mean.  I believe we were the first U.S.

7  reseller, so . . .

8    Q    So what about the first U.S. use?

9    A    Unless you can find somebody else.

10    Q    So it would be you?  I'm sorry?

11    A    I believe I was the first U.S. reseller,

12  but there might have been -- the first U.S. user,

13  but there might have been someone else.  I don't

14  have any knowledge of anybody else.

15    Q    But going back to -- if you go back to

16  Exhibit 138?

17    A    You mean where Rod actually says I was the

18  first?

19    Q    Yes.

20    A    So, yes, Rod Adkins seems to say I was the

21  first U.S. user of it.

22    Q    So with regard to the first U.S. use, you

23  would be the best person with knowledge on that?

24    A    I would guess so.

25    Q    Is that a "yes"?

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 66

1    A    Yes.

2    Q    Thank you.

3         MR. CHEVALIER:  I have nothing further.

4         MR. COOPER:  Okay.  Let's go off the

5    record, please.

6         (Discussion held off the record)

7

8              EXAMINATION

9    BY MR. COOPER:

10   Q    Will Cooper, representing defendant

11   Fortinet.

12        If we can turn back to Exhibit 138.  And

13   in particular, the page labeled

14   Bates number 4-NPS058692.

15   A    Yes.

16   Q    We're going to walk through this posting.

17   Let's start at the top.

18        Do you see at the top there's a date

19   listed of --

20   A    Sure.

21   Q    What date is listed there?

22   A    Monday, October 17th, 1994.

23   Q    And what time was this?

24   A    8:31.

25   Q    And it shows that the e-mail was sent by

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 68

1    through that research that I was on it.

2    Q    Was Great Circle open to the public?

3    A    Yes, it was.

4    Q    Were you aware of any obstacles that

5    anyone might have in trying to send an e-mail to the

6    posting group?

7    A    No.

8    Q    At the beginning of your posting, I

9    believe you paste in a previous e-mail; is that

10   right?

11   A    Yes.

12   Q    And who was this e-mail from?

13   A    I was replying to somebody else's e-mail.

14   I was replying to Scott Renner for Macro.

15   Q    And what is Scott Renner asking, speaking

16   generally?  You don't have to reread the e-mail.

17   Just kind of sum it up.

18   A    Basically, Scott is asking if anybody has

19   any experience running the JANUS firewall.

20   Q    Okay.  And you replied, "Well, we are

21   running it at our site"; is that right?

22   A    That's correct.

23   Q    And then the next sentence, you say:  "I

24   can attest that it works as advertised"?

25   A    That's correct.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 67

1    you; is that correct?

2    A    That's correct.

3    Q    Or the posting?

4    A    It was an e-mail.  It was an e-mail to an

5    e-mail list.

6    Q    Okay.  And this e-mail address,

7    phil@netpart.com, was that your e-mail address at

8    that time?

9    A    Yes.

10   Q    Do you remember writing and sending this

11   e-mail?

12   A    I remember I sent an e-mail to the

13   Great Circle list talking about the firewall as kind

14   of a soft marketing attempt to get people -- get

15   people to know that I was selling the JANUS firewall

16   at the time.

17   Q    Does this look like an accurate copy of

18   the e-mail you sent?

19   A    Yes, it does.

20   Q    Regarding your access to Great Circle, how

21   did you learn about Great Circle?

22   A    Oh, just through research.  Um, you know,

23   I was attempting to build my own product, so I had

24   to be on many technical mailing lists and many -- I

25   had to research many technical things.  So it was

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 69

1    Q    When you say "as advertised," what were

2    you referring to?

3    A    Well, at that time, Border had a Web site,

4    and they had a description of the firewall.  So

5    whatever -- whatever description they had of the

6    firewall was presumably what I meant by "as

7    advertised."

8    Q    This was a different era in the Internet,

9    so this question sounds silly today.  But at the

10   time, was Border's Web site easily accessible to the

11   public?

12   A    No.

13   Q    Can you explain how one would access it?

14   A    To tell you the truth, I would imagine

15   that most people would get information through

16   printed material.  I mean, this is the era where you

17   had brochures and salespeople.

18        I mean, there -- there was a Web site, and

19   people in the university environments would have

20   access to the Web site, but not many corporate -- it

21   was just really target audiences of the product.

22   Not many corporate people would have access.

23        But certainly the real target audience

24   would have been people who weren't connected to the

25   Internet, from their -- from their companies.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 70

1    Q    But people in the university environment
2  and potentially other environments in the U.S. and
3  in Canada could access the Border Web site and see
4  materials about the JANUS product?
5    A    Sure.  Sure.  And if you had -- I mean,
6  again, technical people back then, if their
7  companies weren't connected, then they might have a
8  dial-up connection to the Internet.  So technical
9  people, certainly technical network space, you know,
10  would find ways of getting access to the Internet
11  back then.
12    Q    You mentioned that the main way
13  information was disseminated at the time was
14  brochures and printed materials.
15         Can you describe what brochures and
16  printed materials were circulating at that time that
17  you were aware of?
18    A    I recall that Border had a brochure, but
19  that's about all I can recall.
20    Q    So the main way that Border would
21  distribute those, from what you saw directly, would
22  have been trade shows?
23    A    Sure.
24    Q    Were you aware of any other avenues for
25  disseminating those materials; any other avenues

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 72

1    Q    Turning down the page a few paragraphs,
2  second paragraph from the bottom, the last sentence
3  reads:  "Personally, I think this is a good design
4  decision from both a security viewpoint and
5  certainly from an ease of use viewpoint."
6         Taking the two viewpoints in turn, do you
7  remember what you meant by "from a security
8  viewpoint"?
9    A    From a security viewpoint, I meant that
10  intruders from the outside would not have been able
11  to penetrate the firewall to get access to internal
12  computers.
13    Q    And from an ease of use viewpoint, what
14  did you mean?
15    A    I meant that users from the inside were
16  able to use Internet services without having to do
17  any changes or configurations on their client
18  computers, on the inside computers.
19    Q    Now, in the last paragraph, you list the
20  Web site "Netpart.com/JANUS."
21         At what point did that Web site become
22  operational?
23    A    Oh, I think I set up the Netpart.Com --
24  well, the actual domain was operational early '94.
25  But the JANUS portion, I'm not sure, but it would

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 71

1  through which Border disseminated those materials?
2    A    No.
3    Q    The next sentence, you state:  "We've
4  certainly put it through some comprehensive tests
5  ourselves."  You described at least one test earlier
6  as setting up two separate computers in your office
7  and having them communicate with each other through
8  the firewall; is that right?
9    A    Correct.
10    Q    Before -- before you were comfortable that
11  you had a full grasp of the technology, how much
12  testing of that sort did you run the product
13  through?
14    A    I tested each -- I tested each application
15  gateway intern [sic] to make sure that it would
16  do -- it would work the way it was supposed to work.
17  Now, I wasn't a QA tester.  I didn't test it to the
18  nth degree, and I didn't test all the Border cases,
19  but I -- all that kind of stuff -- but I did check
20  to see whether it would work in normal usage.
21    Q    And it worked well; is that right?
22    A    Yes.
23    Q    What time period, what month in 1994 did
24  you run those tests?
25    A    Either September or October.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 73

1  have been after the trade show, presumably.
2    Q    What trade show are you referring to?
3    A    Talking about the September Interop trade
4  show in Atlanta which is the place -- took place on
5  September 10th through the 14th.
6    Q    Of 1994?
7    A    1994.
8    Q    And at the time you wrote this e-mail,
9  people could access this Web site and see material
10  specifying the technical aspects of the JANUS
11  technology?
12    A    Yes.
13    Q    Were there any barriers to somebody
14  accessing that particular Web site to see the JANUS
15  technical materials?
16    A    No.
17    Q    Did you track how many people accessed
18  that Web site?
19    A    No.
20    Q    Based on information you had, do you have
21  any estimation of how many people accessed that
22  Web site?
23    A    No.
24    Q    Were there people who told you that they
25  accessed that Web site and looked at the materials

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 74

1  on there?
2       A    I don't recall.
3       Q    At the time you wrote this posting, was
4  the JANUS product capable of passing the packet to
5  an application level proxy?
6       A    At the time that I wrote this, the JANUS
7  product was an application level firewall.
8       Q    Okay.  And somebody who installed JANUS
9  and used it -- strike that.
10           At the time of the posting, was one of the
11  core functionalities of JANUS passing the packet to
12  an application level proxy?
13      A    Now we're getting to technical ways that
14  it worked.  I believe the way JANUS worked was by
15  intercepting the packets and dealing with them on
16  the firewall and recreating a new packet out the
17  other side.
18      Q    And JANUS was capable of applying rules at
19  that time?
20      A    Sure.
21      Q    And JANUS was capable of opening another
22  connection to the destination at that time?
23      A    Yes.
24      Q    At the Interop trade show in Atlanta in
25  1994, how many people, roughly, 20 years ago, were

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 75

1  at that trade show?  Was it 50,000 or 500?  Any
2  estimation based on memory?
3       A    It was a reasonable size.  It wasn't -- it
4  was much bigger than 500 people.  It was definitely
5  in the tens of thousands of people.  Might even have
6  been 100,000 that attended that thing.  It
7  was a pretty big trade show.
8       Q    And Border had a booth there?
9       A    Yes.
10      Q    How many people were at the booth
11  representing Border?
12      A    At least two.
13      Q    Do you remember those two?
14      A    Steve Lam was there, and I believe the
15  other person was Glenn Mackintosh, but I don't
16  specifically recall.
17      Q    Sure.  Could anyone at the trade show walk
18  up and talk to the BorderWare folks that were there?
19      A    Sure.
20      Q    And were they displaying the technology to
21  anybody who wanted to see it, as far as you were
22  aware?
23      A    Yes.
24      Q    Were they handing out brochures?
25      A    Yes.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 76

1       Q    And did those brochures detail the JANUS
2  technology?
3       A    Yes.
4       Q    You mentioned earlier that at the trade
5  show, Border had computer screens showing the user
6  interface.
7            Could you describe in a little more detail
8  what was on the computer screen that they were
9  showing to people?
10      A    It was the administrative interface on how
11  to configure the firewall.  So they would have an
12  interface, for instance, for the DNS servers -- they
13  had two DNS servers on it -- so you could add
14  machines, delete machines, whatever you wanted to do
15  on the DNS.
16           And they had commensurate interfaces for
17  the other application level firewall things that
18  they had on them.
19      Q    And other than handing out printed
20  materials and showing the user interface, was there
21  any other ways that the Border folks communicated
22  how the product worked?
23      A    I don't recall.
24      Q    Just to clarify my inartfully asked
25  question:  They were also describing it verbally to

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 77

1  people; is that correct?
2       A    Correct.
3       Q    To the best of your memory, by what time
4  was the JANUS technology fully operational and
5  running at your office in California?
6       A    Mid-October '94.
7            MR. COOPER:  That's it for me.
8            MR. CHEVALIER:  You want to take a break?
9            THE WITNESS:  Just go straight into it.
10           MR. CHEVALIER:  Power through.
11
12               FURTHER EXAMINATION
13  BY MR. CHEVALIER:
14      Q    I just have a couple of follow-up
15  questions.
16           Looking back at the Great Circle e-mail
17  threads, 58693, Mr. Cooper asked you about the Web
18  page that you had for your company at NetPartners.
19      A    Uh-huh.
20      Q    And you said that the Web -- at least the
21  link to the JANUS aspect of it, you said the Web was
22  up after the trade show.
23           Do you have any evidence showing exactly
24  when it was available?
25      A    Well, I -- I wouldn't have written that

Page 78

1    e-mail if it hadn't been up and running by then
2    because that would have been silly to write an
3    e-mail that people couldn't get access to.  So the
4    earliest I would know that it would be up for would
5    have been October 17th.
6         Q    But you have no evidence showing it was up
7    available any earlier than that?
8         A    I don't have any evidence of that, no.
9         Q    And it said you would be able -- you
10   testified that you would be able to see the
11   technical material for JANUS.
12             Do you know what material you had linked
13   to that Web site?
14        A    I do not know specifically what material I
15   had there.  It would have been material to explain
16   the JANUS firewall and an attempt to sell it.
17        Q    But you don't know exactly what the
18   material was?
19        A    I do not know.
20        Q    And you don't have any evidence that would
21   show what that material was?
22        A    No.
23        Q    Turning one page back to 692, there you
24   state that you attest that it works "as advertised"?
25        A    Uh-huh.

Page 80

1    that it would work the way it was supposed to.
2    BY MR. CHEVALIER:
3         Q    And the way you tested it was you said two
4    machines with the firewall product between it, and
5    that was basically a separate computer?
6         A    Correct.
7         Q    And how did you determine whether or not
8    it was functioning properly?
9         A    Basically, from the external machine, I
10   tried to get access to the internal machine, and I
11   could not.
12             From the internal machine, I tried to get
13   access to the outside machine, and I found that I
14   could do what I was supposed to through the
15   firewall.  I was able to get through the firewall in
16   the appropriate way.
17        Q    And besides that, did you test any of the
18   other functionalities?  Did you test the mail or the
19   FTP?
20        A    Yes.  I tested the mail, and I tested the
21   FTP.  I would have tested the name server; make sure
22   the name server was running.  Beyond that, I don't
23   recall.
24        Q    But you never tested it live to the actual
25   Internet?

Page 79

1         Q    Do you know exactly what, quote/unquote,
2    advertised material you were referring to there?
3         A    I don't recall right now what the
4    advertised material was back then, if that's what
5    you are asking.
6         Q    That's what I'm asking.
7              Regarding the tests that you performed, I
8    think you testified you were testing an application
9    gateway intern.
10             Do you recall that?
11        A    What's the question?
12        Q    You testified that you were testing the
13   application gateway intern?
14        A    I didn't mean to say that.
15        Q    Do you know what you meant to say?
16        A    At what point did I say that?
17        Q    During Mr. Cooper's questioning.
18        A    I'd have to go back to the transcript
19   and --
20             THE REPORTER:  Would you like me to find
21   it and read that portion back?
22             MR. CHEVALIER:  Yes please.
23             (The record was read.)
24             THE WITNESS:  So I meant I tested each
25   application functionality one by one to make sure

Page 81

1         A    I used it as my Internet gateway, but I
2    don't recall at this point when I attached it to the
3    Internet.
4         Q    You also testified and said it was capable
5    of applying rules at that time?
6         A    Yes.
7         Q    Do you have any evidence of that?
8         A    I don't have any evidence right now of
9    that, no.
10        Q    When you say "right now," do you have any
11   evidence at all?
12        A    No, I don't.
13        Q    You also said it had the capability of
14   opening a connection to the destination.
15        A    Yes.
16        Q    Do you have any evidence of that?
17        A    No.
18        Q    And then you also testified regarding the
19   size of the trade show.
20        A    Uh-huh.
21        Q    Do you have any evidence to support that?
22        A    No.  Just my recollection.
23        Q    And then you said there were two
24   individuals who were at the Border booth.
25        A    Yes.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 82

1    Q    You said it was Mr. Lam and Mr. Macintosh?

2    A    It was mr. Lam.  I don't recall who the

3  other person was.

4    Q    Okay.  But you testified that it was

5  Mr. Macintosh.

6    A    It could have been Mr. Macintosh.

7    Q    But you don't know if it was

8  Mr. Macintosh?

9    A    I don't know.

10    Q    And you said they were handing out

11  brochures?

12    A    Yes.

13    Q    Do you have any of those brochures?

14    A    No.

15    Q    Do you know what the brochures contained?

16    A    No.

17    Q    You also said they were describing the

18  product verbally?

19    A    Yes.

20    Q    Do you remember what they were saying?

21    A    They were describing how it worked.

22    Q    But do you know specifically?

23    A    No.

24    Q    And then you said you had the system up --

25  up and running on your office in California in

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 83

1  mid-October 1994?

2    A    Uh-huh.

3    Q    Are you aware of any other use of that

4  prior to that in the United States?

5    A    I'm not aware of any other use of it, no.

6    Q    So regarding use, then, you would be the

7  person with the most knowledge regarding the use of

8  the first use of it in the United States?

9    A    As far as I know, yes.

10    Q    That's all I have.

11    MR. COOPER:  I have very brief follow-ups.

12

13              FURTHER EXAMINATION

14  BY MR. COOPER:

15    Q    You just mentioned that you didn't recall

16  specifically what was in the brochures that were

17  being handed out at the trade show in Atlanta.

18    A    Correct.

19    Q    But you do remember that those brochures

20  contained explanations and illustrations of how the

21  product worked; is that correct?

22    A    They would have described what the product

23  did and what its functionality was.

24    MR. COOPER:  Thank you.

25    MR. CHEVALIER:  One follow-up question.

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 84

1

2              FURTHER EXAMINATION

3  BY MR. CHEVALIER:

4    Q    You just testified in response that they

5  would have described the functionality; how it

6  worked.

7    Do you have any recollection of actually

8  what they contained?

9    A    No.

10    MR. COOPER:  Thank you.

11    MR. CHEVALIER:  Thank you.

12    MR. COOPER:  I'm all set.

13    (Deposition concluded at 12:12 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 85

1

2  DECLARATION UNDER PENALTY OF PERJURY

3

4    I, Phil Trubey, do hereby certify under penalty

5  of perjury that I have read the foregoing transcript

6  of my deposition, taken on June 13, 2013; that I

7  have made such corrections as appear noted herein in

8  ink, initialed by me; that my testimony as contained

9  herein, as corrected, is true and correct.

10

11    DATED this _____ day of _____, 2013, at

12  _____, California.

13

14

15

16

17

18  _____

19                  Phil Trubey

20

21

22

23

24

25

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 86

1                    REPORTER'S CERTIFICATION

2        I, Audrey L. Ricks, Certified Shorthand

3    Reporter, in and for the state of California, do

4    hereby certify:

5

6        That the foregoing witness was by me duly

7    sworn; that the deposition was then taken before me

8    at the time and place herein set forth; that the

9    testimony and proceedings were reported

10   stenographically by me and later transcribed into

11   typewriting under my direction; that the foregoing

12   is a true record of the testimony and proceedings

13   taken at that time.

14

15       IN WITNESS WHEREOF, I have subscribed my name

16   on this 18th day of June, 2013.

17

18

19

20       _____

              Audrey L. Ricks, CSR 12098

21

22

23

24

25

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

| A |
|---|

**a.m**
1:17 4:3 35:1,1
**able**
5:20 20:1 54:7,8 72:10,16 78:9
  78:10 80:15
**academic**
7:17 8:5
**access**
47:12 60:5 67:20 69:13,20,22
  70:3,10 72:11 73:9 78:3 80:10
  80:13
**accessed**
73:17,21,25
**accessible**
69:10
**accessing**
73:14
**accounting**
35:22,25
**accumulating**
50:8
**accurate**
67:17
**act**
34:17
**acting**
56:17
**activate**
51:11
**activation**
51:11
**actual**
9:25 31:20,23 36:7 43:1 45:9
  47:10 52:6 55:4 60:15,20
  72:24 80:24
**add**
76:13
**additional**
6:23
**address**
4:14 46:14,15 60:13,15,20 62:2
  67:6,7
**addresses**
62:3
**Adkins**

48:6 65:20
**administer**
1:18
**administered**
4:6
**administrative**
76:10
**administrator**
6:19,19
**advertised**
42:15 68:24 69:1,7 78:24 79:2,4
**affirmations**
1:19
**ago**
16:4 17:3 18:11 20:19,23 35:7
  38:10 74:25
**agreement**
29:21,24 30:2,4,6,7,12 53:15,17
  53:17 54:1
**Akin**
20:13
**allow**
11:3 61:6
**allows**
60:4
**alongside**
59:7
**anonymous**
46:25
**answer**
4:25 5:1,10,15,15 22:9 23:16,17
  38:4 46:23 55:2
**anybody**
17:2,6 65:14 68:18 75:21
**anymore**
56:25 57:25
**anytime**
5:5
**anyway**
7:7,8 26:1,2
**appealed**
43:7
**appear**
41:12 85:7
**APPEARANCES**
2:1

**appeared**
1:20 43:14
**AppleTalk**
8:1
**application**
11:12,20 13:1,3 46:6 58:13 62:4
  62:5,12 63:11 64:19 71:14
  74:5,7,12 76:17 79:8,13,25
**application-level**
12:7
**applications**
25:18 64:4
**applied**
25:21
**applies**
24:7
**apply**
63:8
**applying**
74:18 81:5
**appreciate**
5:10
**appropriate**
80:16
**architecture**
10:19
**archived**
44:4
**archives**
44:2,4
**area**
52:23 61:8
**art**
23:6,11 24:14,15
**asked**
21:11,13 23:18,19,21 26:25
  36:23,24 38:15,19 52:20 76:24
  77:17
**asking**
4:20 38:12 46:21 54:3,3 68:15
  68:18 79:5,6
**aspect**
77:21
**aspects**
73:10
**asset**

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

60:7
**assigning**
61:1
**assist**
26:5
**associated**
17:22 18:21,23 19:1
**assume**
40:10
**assumption**
40:11
**Atlanta**
12:18,19 28:11 73:4 74:24
83:17
**attach**
11:3
**attached**
81:2
**attaching**
31:10
**attempt**
67:14 78:16
**attempting**
67:23
**attend**
28:3
**attended**
28:12 31:10 75:6
**attest**
68:24 78:24
**attorneys**
17:7 18:14
**attribute**
42:3
**audience**
69:23
**audiences**
69:21
**Audrey**
1:17 86:2,20
**availability**
19:23,25 20:1
**available**
29:9 30:18 33:4 77:24 78:7
**Avenue**
1:15 64:14

**avenues**
70:24,25
**aware**
22:7 24:14 63:10 68:4 70:17,24
75:22 83:3,5

―――――― B ――――――
**B**
3:6
**bachelor's**
6:7
**back**
8:4 9:9,23 19:17 20:3 21:24
25:2,2 32:9 35:3,16 41:1 42:14
42:17,18,23 43:3 44:14 46:19
49:2 56:1 59:19 64:1 65:15,15
66:12 70:6,11 77:16 78:23
79:4,18,21
**backbone**
9:17
**background**
6:4,6,10 42:4,5
**barriers**
73:13
**based**
33:12 35:11 41:2 73:20 75:2
**basic**
13:14
**basically**
4:24 7:9 10:10 61:1,10 68:18
80:5,9
**basing**
33:16
**basis**
53:8,9
**Bates**
39:8 66:14
**Bates-stamped**
63:17
**Beame**
49:22
**Beavertec**
58:25 59:1
**beginning**
10:22 68:8
**behalf**

64:23
**believe**
8:12 10:3 21:3 24:6 25:7 27:18
34:14,14 37:14 39:3 46:15
47:1,6,7 48:22 49:24 51:9,9
54:15,16 56:12,19 58:7,8,10
65:6,11 68:9 74:14 75:14
**best**
21:20,22 65:1,23 77:3
**beta**
47:10,17 50:9
**better**
48:17
**Beyond**
80:22
**big**
17:21 43:13 75:7
**bigger**
34:19 41:12 75:4
**Black**
25:7 28:1
**block**
61:6
**blocking**
12:3
**BNTI**
49:7
**board**
23:8,25 24:4,10 57:1,20
**board-level**
57:8
**booked**
34:5 45:21
**booth**
75:8,10 81:24
**Border**
11:8 12:5 14:18 17:23 18:24
31:3,3 48:10 50:25 51:4 64:24
69:3 70:3,18,20 71:1,18 75:8
75:11 76:5,21 81:24
**Border's**
69:10
**BorderWare**
14:1 16:12 17:23 19:5,8,12,16
19:18 21:15 22:1,2 29:19,22
30:17 31:15 32:12 49:7,7

56:21 61:21,23 62:20,23 75:18
**bore**
57:7
**bottom**
39:10 47:25 72:2
**bought**
62:24
**box**
11:24 12:21,24 17:21
**boxes**
17:21
**boy**
8:11
**brain**
13:2
**break**
5:6,15 34:23 77:8
**brief**
83:11
**briefly**
25:3
**bringing**
31:14
**brochure**
70:18
**brochures**
69:17 70:14,15 75:24 76:1
   82:11,13,15 83:16,19
**broken**
45:15 52:23
**brought**
57:20 58:2 59:4
**bug-free**
42:11
**bugs**
40:6,7,9,10,13,14,15 42:9
**build**
67:23
**built**
60:25
**bunch**
59:25 60:6
**business**
13:15 26:3 34:21 48:16 56:6,8
**buy**
14:11 29:17

| **C** |
C-A-L-L-E
4:15
C-H-A-P-A-R-R-O
4:16
**C/O**
22:21
**Cachepile**
26:3 64:14
**California**
1:2,16 2:10,10 4:1,16 49:19
   77:5 82:25 85:12 86:3
**Calle**
4:15
**called**
10:2 19:17 26:2 27:18 56:1 58:8
   58:24
**campuswide**
8:5,7
**Canada**
6:20 9:17 24:23 50:7 70:3
**Canadian**
8:24 9:16,19
**capability**
81:13
**capable**
74:4,18,21 81:4
**carats**
49:5
**care**
19:18
**Carlton**
6:18 7:10,15 8:8,11
**Carr**
20:10
**case**
1:7 18:9,10 21:10 22:7 38:8,11
**cases**
71:18
**categories**
61:2
**category**
60:23
**cchevalier@gibbonslaw.com**
2:5
**Center**

2:4
**CEO**
56:24 57:5
**certainly**
25:11 40:16 43:13 69:23 70:9
   71:4 72:5
**CERTIFICATION**
86:1
**Certified**
86:2
**certify**
85:4 86:4
**change**
34:15 56:13,14
**changed**
13:17,25 15:1 19:18 56:16
**changes**
72:17
**Chaparro**
4:15
**Charles**
2:3 4:17
**check**
15:12,15 45:8 71:19
**Chevalier**
2:3 3:4 4:10,17 16:1 17:10,12
   22:10,12 23:3,4 34:22,25 35:2
   36:14,16,20,23 37:3,4,19,20
   38:25 39:2 59:19,20 63:14,19
   63:23 64:1,2 66:3 77:8,10,13
   79:22 80:2 83:25 84:3,11
**Christmas**
25:1
**Circle**
3:11 15:9 23:7,24 24:7,13 27:7
   31:8 35:12 39:4 67:13,20,21
   68:2 77:16
**circulating**
70:16
**Civil**
1:20
**clarify**
76:24
**client**
8:22 32:3 72:17
**code**

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

| | | |
|---|---|---|
| 1:19 28:20 47:12 | computer | 30:4 82:15 83:20 84:8 85:8 |
| **codes** | 6:25 31:14 76:5,8 80:5 | **Contextual** |
| 51:11 | **computers** | 64:8 |
| **coding** | 7:18,19,20,21 9:21 28:23 29:6 | **continuing** |
| 26:8,10 | 32:18,24 71:6 72:12,18,18 | 11:17 39:11 56:5 |
| **cold-calling** | **Computing** | **contract** |
| 31:9 | 19:2 | 9:1,2 |
| **combination** | **conception** | **contracts** |
| 9:14 60:22 | 19:5 | 10:23 |
| **comfortable** | **Concerning** | **control** |
| 71:10 | 16:9 | 60:4 |
| **commencing** | **concluded** | **convenience** |
| 1:16 | 84:13 | 19:15 |
| **commensurate** | **conference** | **conversational** |
| 76:16 | 11:6,8 12:14,17 14:23 49:10 | 4:21 |
| **communicate** | **confidentiality** | **Cooper** |
| 71:7 | 30:5 47:20 | 2:9 3:5 15:23 23:1 34:24 36:15 |
| **communicated** | **configurations** | 36:18,22 37:1,18 63:16,21 |
| 76:21 | 72:17 | 66:4,9,10 77:7,17 83:11,14,24 |
| **communication** | **configure** | 84:10,12 |
| 5:8 | 14:12 52:22 53:21 76:11 | **Cooper's** |
| **companies** | **configuring** | 79:17 |
| 11:3 31:9 56:4 60:4 69:25 70:7 | 53:18 | **copies** |
| **company** | **conjunction** | 30:23 63:20 |
| 7:1,5 13:24 18:12,13 25:24 26:2 | 11:5 | **copy** |
| 27:13 34:11,12,19 41:12 48:11 | **connected** | 30:2,20 67:17 |
| 56:14,23 57:6 58:24 59:23 | 32:23 69:24 70:7 | **core** |
| 60:12 64:13,16 77:18 | **connection** | 60:3 74:11 |
| **company's** | 8:10,20 10:1 11:2 70:8 74:22 | **corporate** |
| 12:22 61:4 | 81:14 | 69:20,22 |
| **comparison** | **consider** | **correct** |
| 59:9 | 57:11 | 33:15 49:17 51:2 53:23 55:13 |
| **compelling** | **consideration** | 58:23 67:1,2 68:22,25 71:9 |
| 27:23 | 37:2 | 77:1,2 80:6 83:18,21 85:9 |
| **compensated** | **consoles** | **corrected** |
| 21:7 | 9:13 | 85:9 |
| **competitors** | **consultant** | **corrections** |
| 42:14,17,18,22 | 6:21,25 8:16 9:9 10:23,25 | 85:7 |
| **completed** | **consulting** | **correctly** |
| 50:2 | 53:8 | 53:19 |
| **completely** | **contact** | **correspond** |
| 5:1 | 16:5 17:4 18:3,4 | 60:24 |
| **complicated** | **contacted** | **cosmetic** |
| 54:22 | 16:3,24 17:3 20:6,9,12,15,18,19 | 40:9,13 |
| **comprehensive** | 20:24 35:7 | **cost** |
| 40:17 71:4 | **contained** | 55:4,5,6 |

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

| | | |
|---|---|---|
| **Could've** | **dated** | **demonstration** |
| 33:10 | 3:8,12 39:23 85:11 | 28:21,23 |
| **counsel** | **dates** | **demonstrations** |
| 18:4 20:7,10,13,18 23:19 37:24 | 33:11 | 31:6,6,12,22 32:11,13 |
| 63:16 | **day** | **demos** |
| **County** | 85:11 86:16 | 32:6,7 |
| 37:15 | **day-to-day** | **department** |
| **couple** | 57:2 | 8:22 9:20 |
| 6:18 20:19 62:23 77:14 | **dealing** | **depending** |
| **course** | 32:22 74:15 | 61:3 |
| 28:21 44:24 51:12 | **deals** | **deployed** |
| **courseware** | 48:19 | 27:4 |
| 7:21 | **decide** | **deployment** |
| **COURT** | 27:20 | 55:12 |
| 1:1 | **decided** | **deposition** |
| **covered** | 41:20,21 | 1:14 4:22 6:1 14:22 16:19 21:4 |
| 64:19 | **decision** | 38:4 84:13 85:6 86:7 |
| **covering** | 11:16,17 72:4 | **describe** |
| 63:6 | **DECLARATION** | 70:15 76:7 |
| **crap** | 85:2 | **described** |
| 57:8 | **DeepNines** | 71:5 83:22 84:5 |
| **create** | 20:12,13 | **describing** |
| 8:24 9:17 | **defendant** | 76:25 82:17,21 |
| **CSR** | 17:13 66:10 | **description** |
| 1:18 86:20 | **Defendants** | 3:7 69:4,5 |
| **current** | 1:10 2:8 | **design** |
| 4:14 5:22 | **definitely** | 72:3 |
| **currently** | 8:3 75:4 | **destination** |
| 18:20 | **definition** | 74:22 81:14 |
| **customer** | 45:23 | **detail** |
| 14:12,13,14 32:9 44:21 49:25 | **definitively** | 76:1,7 |
| 51:23 52:25 | 25:10,12 | **determine** |
| **customer's** | **degree** | 80:7 |
| 52:23 | 6:15 71:18 | **develop** |
| **customers** | **degrees** | 11:14 13:16,23 |
| 9:9 43:7,7,10 46:5 51:18,20 | 6:11 | **developed** |
| 52:1 53:2 | **delete** | 11:9 22:3 26:13,14 63:1 |
| | 76:14 | **developer** |
| **D** | **delivered** | 13:23 |
| **D** | 34:6 | **developing** |
| 3:1 | **demo** | 10:16,18 11:1,10,11,22 12:20 |
| **database** | 32:8 | 13:7 41:20 |
| 60:15,16,17,22 61:1 | **demonstrated** | **development** |
| **date** | 28:14 | 10:19 26:5 41:17 48:16 |
| 10:10,12 16:14 17:14 33:18,19 | **demonstrating** | **dial-up** |
| 33:20,22,24 66:18,21 | 31:24 | 70:8 |

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

**Diego**
1:16 4:1
**diem**
53:8
**differed**
58:13
**difference**
45:1 58:11
**differences**
58:5
**different**
7:20 13:11 32:6 40:15 48:20
51:12 54:18 58:2,3 59:25 61:2
62:17 69:8
**dig**
44:3
**direction**
15:2 86:11
**directly**
70:21
**disabled**
46:11
**disclosure**
20:2
**disclosures**
3:8,10 17:14 22:14
**discussed**
35:8
**Discussion**
17:9 63:15 66:6
**displayed**
28:6
**displaying**
12:16 75:20
**dispute**
35:10
**disseminated**
70:13 71:1
**disseminating**
70:25
**dissolve**
34:11
**distinction**
11:19
**distribute**
70:21

**distributor**
29:13,15
**distributors**
29:12
**DISTRICT**
1:1,2
**DIVISION**
1:3
**DNS**
47:6 60:16 76:12,13,15
**document**
17:16 22:15
**documentation**
38:13
**documents**
15:11,12,14,15,17 37:5,22
38:19 45:24 63:17
**doing**
8:5 12:4 31:8 42:23 44:12
**domain**
60:20 72:24
**door**
41:22
**draw**
11:20
**Drew**
15:23,24 16:3 17:3 20:18 35:6
38:10
**drivers**
44:17
**duly**
86:6

---

**E**

**E**
3:1,6
**e-mail**
15:5,8,9 16:15 27:6,8 33:12,13
33:16,18,20,20 35:11,19,21
39:14 41:2 47:7 66:25 67:4,4,5
67:6,7,11,12,18 68:5,9,12,13
68:16 73:8 77:16 78:1,3
**e-mails**
20:22 38:15,16,17
**earlier**
28:10 71:5 76:4 78:7

**earliest**
78:4
**early**
72:24
**ease**
72:5,13
**easier**
44:20
**easily**
69:10
**easy**
55:6
**education**
6:9
**educational**
6:5
**either**
19:19 28:23 60:21 71:25
**Electronic**
64:9
**else's**
13:18 54:4 68:13
**email**
2:5,11
**Emanuel**
2:9 21:2 22:22 35:6 36:13 37:6
45:12,24 46:1
**emphasis**
11:11
**employee**
54:21 55:3 60:5
**employees**
16:10,12 55:7,8,11
**empowered**
1:18
**ended**
62:24
**engineer**
21:24 63:3
**entire**
61:1
**environment**
7:17 70:1
**environments**
69:19 70:2
**era**

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

69:8,16
**ESQ**
2:3,9
**essentially**
11:10 42:24 52:25
**estimation**
73:21 75:2
**ethernet**
8:7,9
**ethernets**
7:25 8:6
**evaluation**
50:2
**eventually**
14:1
**evidence**
77:23 78:6,8,20 81:7,8,11,16,21
**exactly**
14:7 32:5 39:25 41:1 44:8 46:19
  48:14 54:3 77:23 78:17 79:1
**EXAMINATION**
3:3 4:9 66:8 77:12 83:13 84:2
**examined**
4:6
**exclusive**
30:8,10
**executed**
29:25
**exhibit**
17:11,13 22:10,11,13 38:25
  39:1,3 47:22 63:22 65:16
  66:12
**exist**
64:16
**experience**
10:14 50:8,13 57:10 64:23
  68:19
**explain**
69:13 78:15
**explanation**
58:16
**explanations**
83:20
**extent**
18:4
**external**

8:19 46:14 80:9
**extra**
32:4

_____

**F**

**fact**
43:11,14 53:5 61:11
**fairly**
8:6 12:2 61:16
**far**
18:7 24:11 28:12 56:25 61:10
  75:21 83:9
**Fax**
2:5,11
**Fe**
4:16
**feature**
43:9,13
**features**
27:22,24 58:3
**February**
50:9
**feeling**
41:17
**Feld**
20:13
**Ferrell**
20:10
**Fifth**
1:15
**figure**
54:20 55:2,6,7 56:12
**figures**
59:10
**file**
64:12
**filed**
64:7
**filter**
60:3
**filtering**
63:1
**filters**
62:3
**financial**
15:12,13,17 16:17 45:23

**financials**
26:19
**find**
29:12 38:16 65:9 70:10 79:20
**finds**
60:23
**fine**
46:23
**finish**
5:14
**finished**
11:14
**fired**
57:6,6
**firewall**
7:13 9:22,25 10:14 11:9,21 12:1
  12:6,7,21 13:18,25 14:9 23:6,7
  23:15,20,24 24:8,8,9,12,13
  25:4,5 26:6 27:10,11,21 28:24
  31:20,23 32:19,22 34:20 35:16
  39:20 40:1,21,22 45:20 48:1
  53:4 56:6 57:11 58:1 59:4
  61:11,15,24 62:13,15 67:13,15
  68:19 69:4,6 71:8 72:11 74:7
  74:16 76:11,17 78:16 80:4,15
  80:15
**FireWall-1**
27:18 58:9,10 59:8 61:18 62:10
  62:12
**firewalls**
10:14 11:11,13 14:2,6 36:4
  42:23 57:20 61:18
**first**
4:6 8:7 12:8,10 16:5,24 20:17
  26:20,21 34:3,5 36:5 37:10
  49:3,5 61:19 65:4,5,6,8,11,12
  65:18,21,22 83:8
**five**
7:2
**fix**
52:20
**Floor**
1:16 2:10
**focused**
11:12
**folks**

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

12:5 75:18 76:21
**follow-on**
10:23
**follow-up**
77:14 83:25
**follow-ups**
83:11
**follows**
4:7
**foot**
41:22
**foregoing**
85:5 86:6,11
**form**
34:12
**formed**
13:13
**former**
16:10
**FORT-MPS058692**
39:8
**forth**
86:8
**Fortinet**
1:8 2:8 3:8,9 4:19 17:13 20:17
22:13 23:19 35:9 36:12 66:11
**Fortinet's**
20:18 23:19
**forward-facing**
11:25
**forwarded**
12:24
**forwarding**
47:2
**found**
39:15 80:13
**four**
6:20
**frame**
25:1 26:18
**Francisco**
1:3 2:10 6:24
**front**
17:17 22:15 39:5
**FTP**
46:25 47:1 80:19,21

**full**
71:11
**fully**
5:1 56:10 77:4
**fumble**
58:16
**fun**
57:7
**functionalities**
47:5 58:2 74:11 80:18
**functionality**
12:1 19:12 21:14,20 28:24 29:7
31:20,23 40:15 46:17 79:25
83:23 84:5
**functioning**
28:20 80:8
**further**
49:17 50:6 66:3 77:12 83:13
84:2
**fuzzy**
13:2

──────── **G** ────────

**game**
41:23
**gateway**
2:4 11:2,12,20,23,24 12:23 61:5
71:15 79:9,13 81:1
**gateways**
13:1,3
**general**
6:4 19:13 38:3,5 56:20
**generally**
68:16
**generate**
52:3,17 54:8
**generated**
54:12
**getting**
6:15 7:7,21 51:12 52:11 53:19
62:24 70:10 74:13
**giant**
57:10
**GIBBONS**
2:3
**give**

5:3 21:4 51:10 58:16
**gleaned**
50:15
**Glenn**
9:4,6 21:22 75:15
**go**
32:4 34:25 41:2,24 52:24 53:5
59:17 60:12 63:14,23 64:1
65:15 66:4 77:9 79:18
**goes**
18:7 21:10
**going**
4:20,25 5:8,9 11:23,23 15:2
16:20 23:12 33:12 34:22 35:3
36:16 49:2 63:21 65:15 66:16
**good**
42:5 54:15 72:3
**goods**
55:4,5,6
**gosh**
34:13 58:22
**government**
9:16,20
**Graduated**
6:8
**granted**
25:22 26:4
**grasp**
71:11
**Great**
3:11 15:9 23:7,24 24:7,13 27:7
31:8 35:12 39:4 67:13,20,21
68:2 77:16
**group**
68:6
**growing**
13:24 56:5
**guess**
16:3 27:4 49:4 65:24
**Gump**
20:13
**guys**
35:8

──────── **H** ────────

**H**

2:3 3:6
**half**
16:23 44:21
**handed**
83:17
**handing**
75:24 76:19 82:10
**handle**
55:8
**happen**
16:20 34:14 53:24
**happened**
32:5
**happening**
32:20
**happens**
24:24
**happy**
23:22
**hard**
33:11
**harder**
55:7
**hardware**
14:10,11 44:14,18,25 45:3,15
   53:7
**Hauer**
20:13
**hazy**
46:17,20
**head**
5:9
**hear**
50:16
**heard**
12:8 24:18 58:24
**held**
17:9 63:15 66:6
**help**
52:25 53:5
**helping**
53:18
**higher**
54:17
**hired**
13:20,22 63:3,4

**historical**
56:11
**Hole**
25:7 28:1
**home**
25:2
**hometown**
24:24 25:2
**honest**
61:21
**hook**
54:4
**hooking**
9:20
**hour**
16:23 34:23
**Hung**
24:18

---

**I**

**idea**
9:5 10:20 13:16 61:23
**illustrations**
83:20
**imagine**
69:14
**implement**
8:25
**inartfully**
76:24
**including**
23:6
**incorporated**
46:24 47:1
**independent**
10:25
**individuals**
17:22 81:24
**information**
16:18 18:5 19:4,7,11,22 21:14
   22:6 23:23 35:11,14,15,17,19
   49:13 69:15 70:13 73:20
**initial**
3:8,10 13:16 17:14 22:14
**initialed**
85:8

**initially**
10:21 51:5 61:13
**ink**
85:8
**innovation**
58:9
**inside**
72:15,18
**inspection**
58:7,13 62:14
**install**
14:13 30:19 51:7
**installation**
44:19,23 47:19 52:21 55:12
**installed**
30:20,23 44:21,22 74:8
**installing**
13:24
**installs**
51:15
**instance**
42:20 61:18 76:12
**instruct**
32:12
**Insurance**
37:12
**integrate**
48:19 61:20
**integrated**
61:9,12,17,23 62:9
**integration**
51:22 53:1 61:19
**intercepting**
74:15
**intercepts**
60:14
**interest**
15:15
**interface**
28:22 29:1 31:16,18 40:10,14
   76:6,10,12,20
**interfaces**
76:16
**intern**
71:15 79:9,13
**internal**

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

46:13 72:11 80:10,12
**internally**
12:25
**Internet**
8:12,25 9:18 10:1 11:3,25 12:22
25:4,5 31:10 44:1 56:6 60:5
69:8,25 70:8,10 72:16 80:25
81:1,3
**Interop**
11:6,7 12:14,17,18 13:5,17
14:23 16:15 28:11,14 41:14
49:9 73:3 74:24
**intruders**
72:10
**inventor**
63:11
**inventory**
60:7
**involve**
7:13 8:19 9:22 31:13,17,23
**involved**
7:16 8:6 31:14,21
**IP**
47:2 60:15,20,21
**Irell**
20:7
**isolated**
8:9
**issues**
22:7 44:23
**item**
45:25
**itemize**
57:21
**itemized**
57:22

---

**J**

**January**
10:7 26:21,22 34:6,7,7,8 36:5
36:10
**JANUS**
11:9 12:21 13:25 15:18 17:23
19:5,8,12,16,17,23 21:15,24
22:3 23:6,14,20 24:8,9,12 26:6
27:10,22,24 28:6 30:17 31:15

33:4 35:16 39:20 40:1 41:15
41:16 42:1,12 43:2,6 45:20
46:17,19 48:8 52:13 53:11,13
53:22,25 54:5,7 57:11 58:3
59:5,7 67:15 68:19 70:4 72:25
73:10,14 74:4,6,8,11,14,18,21
76:1 77:4,21 78:11,16
**Jersey**
2:4
**job**
10:11
**joined**
7:8 48:14
**journal**
45:11 46:3
**June**
1:17 3:8 4:2 17:15 64:8 85:6
86:16
**Juniper**
20:6
**Juniper's**
20:7

---

**K**

**keep**
34:7
**kept**
13:24
**kind**
5:22 6:18 7:22 8:2,10,19 11:19
15:1,18 32:12 44:17,17,18
53:14,19 56:4 62:3 64:13
67:13 68:17 71:19
**kinds**
7:20
**knew**
14:24 23:21 46:19
**know**
5:6 7:16 8:3 9:2,4,6,23 10:6,11
13:19 16:24 17:1,2 19:10,19
20:23 21:16,19,23,23 22:3,5,9
23:11,17 24:11,17,20,25 25:9
26:10,12,14,15 27:15 28:5,18
28:19 29:24 30:8,17,22 31:3
31:19 32:7,18 33:9,10,11 34:3
34:18,20,21 36:4,24 37:10

40:7,13,19 41:9,9,22 42:5,18
43:9,25 44:20 45:11 46:10,22
46:23,24 47:19 48:6,23 49:3
49:22 50:4,10,12,19 53:6 54:2
54:17,20 55:3,20,21 56:16
57:5,14,16,17,24,25 58:12
62:16,19,22 63:9 64:18,21
67:15,22 70:9 78:4,12,14,17
78:19 79:1,15 82:7,9,15,22
83:9
**knowledge**
33:3 46:22 65:2,14,23 83:7
**known**
18:5

---

**L**

**L**
1:17 86:2,20
**labeled**
66:13
**labs**
7:19
**lack**
48:17
**Lam**
75:14 82:1,2
**LAN**
9:21 12:22
**large**
60:15
**late**
8:4 41:18
**launch**
50:7
**launched**
49:8,13
**lawyer's**
15:22
**layer**
11:20 58:13 62:4,12
**leads**
31:4,5,11
**learn**
67:21
**learning**
32:15 57:10

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

**leave**
48:21
**ledger**
45:22
**left**
7:4,5 48:23
**Let's**
5:13 6:17 66:4,17
**level**
46:6 62:5 74:5,7,12 76:17
**liked**
43:10
**line**
50:7
**lines**
45:6
**link**
77:21
**linked**
78:12
**list**
3:12 23:7,24 24:1,4,6,9,13 27:7
   31:8 35:12 39:4 67:5,13 72:19
**listed**
17:25 22:19 64:5 66:19,21
**lists**
63:11 67:24
**litigation**
1:15 4:19 16:25 18:18
**little**
41:18 49:17 50:6 76:7
**live**
80:24
**LLC**
1:5
**LLP**
2:9 20:7,10
**loaded**
31:15
**local**
52:23 61:8
**located**
37:13,14
**long**
16:21 55:14 57:14 58:23
**longer**

57:5
**look**
20:22 38:14,20 39:10 45:17
   49:16 54:14,15 56:11 67:17
**looked**
14:23 15:2 25:16 26:19 35:22
   38:15 73:25
**looking**
7:18 16:14,17 29:12 77:16
**looks**
60:14,20,21
**loss**
36:3
**lot**
25:11 42:14,25 43:1 54:18
   64:22

---

### M

**machine**
42:24 44:2,10,11 52:6,9,12,15
   80:9,10,12,13
**machines**
46:5 51:8 76:14,14 80:4
**Macintosh**
7:20 82:1,5,6,8
**Mackintosh**
9:4,6 21:22 75:15
**Macro**
68:14
**mail**
11:23 12:23,23 80:18,20
**mailing**
3:12 23:7,24 24:1,4,6,9,13 27:7
   31:8 35:12 39:4 67:24
**main**
42:22 58:9,10 61:12 70:12,20
**maintenance**
52:15
**major**
42:9
**majority**
43:10
**making**
25:2 54:21,21
**management**
9:13 60:7

**manager**
48:17
**Manella**
20:7
**manufacture**
58:8
**manufacturer**
9:12 14:10 56:7
**mapping**
46:13
**marathon**
5:5
**margin**
44:25 54:21
**margins**
54:16,19
**mark**
17:10
**marked**
17:11 22:11 39:1
**market**
26:15 30:25 31:2 52:17
**marketed**
64:20
**marketing**
43:16,20,22 44:5 67:14
**Marking**
22:10 38:25
**material**
69:16 73:9 78:11,12,14,15,18
   78:21 79:2,4
**materials**
43:17,20,23 44:6 70:4,14,16,25
   71:1 73:15,25 76:20
**mathematics**
6:7
**Mathematics/computer**
6:9
**mean**
9:11 10:9,10,20 12:13 14:3 15:5
   18:7,8,10 19:25 20:3 21:3
   29:11,11 32:16 38:12 39:19
   42:8,10 51:20 53:3,6 54:22
   58:23 60:3 62:2,24 63:2 65:17
   69:16,18 70:5 72:14 79:14
**means**

19:10 40:14
**meant**
34:7 69:6 72:7,9,15 79:15,24
**medications**
5:23
**meet**
16:21
**meeting**
16:18
**memory**
15:6 75:2 77:3
**mentioned**
70:12 76:4 83:15
**Merchandising**
64:8,14
**message**
23:8,24 24:4,9
**met**
24:22 25:3 29:19
**Mid-October**
77:6 83:1
**Milkyway**
24:21 25:3,7 42:20
**Milkyway's**
24:23
**misleading**
49:6
**mission**
13:14
**model**
13:15
**moment**
59:17
**Monday**
66:22
**money**
54:20
**monitor**
32:19 60:4
**month**
16:4 71:23
**months**
17:3 20:19,23 35:7 38:10
**moved**
14:1 59:15
**moving**

41:19
_____
N
_____
**N**
3:1
**name**
4:11,17 14:1 15:22 17:25 19:18
22:19 25:25 34:15 60:20,21
64:5 80:21,22 86:15
**names**
56:14,14,17
**need**
5:5
**needed**
32:16
**negotiate**
53:13
**net**
34:13
**Netpart.Com**
72:23
**Netpart.com/JANUS**
72:20
**NetPartners**
7:2,5 10:4 13:13,14 34:9,15
39:18,19 44:3 48:11 49:19
56:1,10 64:23 77:18
**network**
1:5 2:2 4:18 6:19,21 9:12,17,21
11:8 12:23 14:12,13,14,15,18
17:23 18:24 31:3 32:21 46:15
49:7 52:24 53:1,1,19 61:9 64:9
70:9
**networking**
6:25,25 7:19,23 8:5,17 9:14,20
53:7
**networks**
7:11 24:21
**Networld**
49:8
**never**
18:6,14 25:16 80:24
**new**
2:4 8:6 12:17 58:1,7 74:16
**Newark**
2:4

**news**
11:24
**Ninth**
1:16
**nods**
5:9
**nontechnical**
21:16
**normal**
71:20
**NORTHERN**
1:2
**noted**
37:18 85:7
**nth**
71:18
**number**
3:7 25:14 39:8 59:14 66:14
**numbered**
39:7
**numbers**
51:10,11
_____
O
_____
**oath**
4:6 5:2
**oaths**
1:18
**obligated**
5:1
**obligations**
47:20
**obstacles**
68:4
**obtained**
52:19
**obviously**
19:19 48:9
**occurred**
15:3,3
**October**
26:16,17 27:7 30:19,21 33:7,9
33:21,25 39:23 48:1 55:24
66:22 71:25 78:5
**odd**
52:22

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

**offer**
51:25
**offhand**
50:21
**office**
6:24 27:9 32:18 71:6 77:5 82:25
**offices**
24:23
**oh**
8:11 10:18 29:10 34:13 42:2
58:22 65:5 67:22 72:23
**Okay**
4:24 6:3,11 10:4,13 12:19 19:22
21:19 25:13 37:1 39:9 40:16
47:4 49:12 50:1 52:16 60:2,18
66:4 67:6 68:20 74:8 82:4
**old**
44:3
**on-site**
31:6
**once**
30:25
**ones**
28:8 43:3,4
**open**
68:2
**opening**
74:21 81:14
**operated**
57:14
**operational**
26:17 27:4 29:4 30:20,23 49:18
72:22,24 77:4
**option**
51:1
**Orange**
37:15
**Ottawa**
24:23
**outgoing**
48:1
**outside**
8:10 31:12,22 32:11 72:10
80:13

**P**

**P&L**
36:2 37:9,9,16,21 45:1,8,14
54:14,15,25
**P.C**
2:3
**p.m**
4:3 84:13
**paces**
32:17
**package**
53:14
**packet**
12:3 32:19 58:6,12 62:14 74:4
74:11,16
**packets**
32:22 62:1 74:15
**page**
3:2,7 17:19 22:18 39:7,12 40:3
40:5 45:12 46:2 47:23,25 48:3
48:4 49:2 60:13,23 66:13 72:1
77:18 78:23
**pages**
61:2
**paragraph**
49:3,4,5 50:6 72:2,19
**paragraphs**
72:1
**part**
7:6 34:21 51:20 55:6 56:6
**particular**
15:1 60:12 66:13 73:14
**passing**
74:4,11
**paste**
68:9
**patches**
51:17
**patent**
24:17 25:13,18,20 26:4 35:10
63:10 64:4,19
**patent-in-suit**
23:6,12 24:16
**patents**
25:19 63:6,8
**paying**
55:3

**PC**
7:21 44:14,16
**PCs**
44:17,21
**penalty**
5:4 85:2,4
**pending**
5:7
**penetrate**
72:11
**people**
13:20 15:25 24:2,3 29:19 42:23
60:11 67:14,15 69:15,19,22,24
70:1,6,9 73:9,17,21,24 74:25
75:4,5,6,10 76:9 77:1 78:3
**performed**
79:7
**period**
38:13 71:23
**perjury**
5:4 85:2,5
**person**
21:20,22 61:6 65:1,23 75:15
82:3 83:7
**personal**
10:13
**personally**
1:20 72:3
**perspective**
32:21 40:23
**Phil**
1:14 3:2 4:5 85:4,18
**phil@netpart.com**
67:7
**Phillip**
4:13
**phone**
31:4
**phonetic**
26:3
**physical**
28:16
**pie**
54:18
**pin**
33:11

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

**place**
61:4 73:4,4 86:8
**plaintiff**
1:6 2:2 4:18
**planning**
12:3
**platforms**
48:20
**pleasant**
57:9
**please**
4:12 17:19 22:18 37:17 40:3
47:23 66:5 79:22
**point**
13:25 34:1,15 46:18 48:10 56:3
56:3,24,25 57:1,20 59:12 61:9
72:21 79:16 81:2
**policy**
61:4
**portion**
12:6 72:25 79:21
**possibility**
25:3
**possible**
23:5 43:24 44:1,3 50:23 53:3
**posted**
24:2
**posting**
66:16 67:3 68:6,8 74:3,10
**potentially**
70:2
**Power**
77:10
**practice**
19:8
**precise**
33:11
**predecessor**
48:13
**preference**
19:15
**preinstalled**
44:10,11 51:1
**prepare**
14:21 16:16
**presumably**

36:7 69:6 73:1
**pretty**
27:16 45:14 46:17,20 57:16,18
75:7
**previous**
51:17,19 68:9
**previously**
17:22 35:5
**price**
59:12
**Primarily**
7:25
**principal**
21:24 24:21
**printed**
69:16 70:14,16 76:19
**prior**
17:3,4 23:5,11 24:14,15 29:18
33:4 49:13 83:4
**probably**
25:25 27:17 65:6
**Procedure**
1:20
**proceedings**
86:9,12
**process**
25:20 62:1
**produce**
26:25
**produced**
36:14,15,17,19,25 37:16
**producing**
36:21 63:16
**product**
11:1,2,14,18 12:10,12,15,21
13:17,23 19:24 21:15 25:5
26:6,12 27:5,21 28:1,6 29:8,16
30:9,18,25 32:15,16 33:1,4
34:4 41:15,16,21 42:1,6,10,12
42:21 43:7 45:5,10 50:3,19
54:13 55:15,24,25 56:7 57:12
57:15,17,19 58:8 59:5,21 60:3
60:4,14 61:14 64:18 65:1
67:23 69:21 70:4 71:12 74:4,7
76:22 80:4 82:18 83:21,22
**products**

13:10 17:24 27:12,14 43:1
57:22 58:1 59:5 60:1
**professional**
6:13
**professors**
7:22
**profit**
36:2
**profitability**
45:2
**programming**
11:4
**progressed**
51:13
**project**
9:11 41:17
**projects**
8:18,23 9:11
**proof**
28:13,16 33:14
**properly**
80:8
**proposal**
8:24 9:15,16
**Protection**
1:5 4:18
**provide**
6:5 14:14 37:22 53:11
**provided**
12:23,25 36:12 37:6 38:22
45:24 46:1,2
**provider**
52:18
**providing**
54:8
**provisions**
30:5
**proxies**
62:7,8
**proxy**
46:6 58:14 62:13,13 74:5,12
**public**
20:1 68:2 69:11
**purchase**
20:2 29:15 54:5
**purported**

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

21:17
**pursuant**
1:19
**put**
11:23 14:10 32:17,19 40:16,19
  41:6 48:19 61:4 62:19 71:4
**putting**
8:7 46:4

---
### Q
**QA**
71:17
**query**
60:14
**question**
5:7,14,16 52:10 54:23 55:2 69:9
  76:25 79:11 83:25
**questioning**
79:17
**questions**
4:21,25 5:25 22:9 23:16,17 35:4
  77:15
**Quinn**
2:9 21:2 22:21 35:6 36:13 37:6
  37:22 45:12,24 46:1
**quit**
10:11
**quite**
59:8
**quote**
45:16
**quote/unquote**
79:1

---
### R
**ramping**
56:5,8
**ran**
7:2 33:9 43:11
**Rancho**
4:16
**random**
44:16,21
**rapidly**
41:19
**read**
15:5,5 24:2 79:21,23 85:5

**reads**
72:3
**ready**
7:21 26:15 30:19
**real**
69:23
**really**
32:14,16 42:16 62:16 69:21
**realm**
52:21
**reason**
5:19
**reasonable**
75:3
**reasons**
44:13
**recall**
7:23 9:8 10:8 25:9,12 26:20
  28:2,8,19,22,25 29:1,3,5 30:4
  30:6,7,11,11 32:5 40:12 41:1,5
  41:7 42:20,21,22 43:4,9,18,19
  46:9,12 47:3,4,7 48:14,22 49:1
  50:23 51:5 54:11 55:14 56:9
  56:21 57:1 58:5 59:3,13,14,16
  62:21 64:10,14 70:18,19 74:2
  75:16 76:23 79:3,10 80:23
  81:2 82:2 83:15
**receive**
51:3
**Recess**
35:1 59:18 63:25
**recollect**
41:5
**recollection**
28:17 41:3 46:16,20 81:22 84:7
**record**
4:11 17:9 23:1 34:25 35:3 36:9
  37:9 56:12 59:17,19 63:14,15
  63:24 64:1,3 66:5,6 79:23
  86:12
**records**
13:4,6 26:23 27:1,3 37:8 39:25
  47:14,18 57:24
**recreating**
74:16
**reduction**

19:8
**refer**
19:16
**referring**
15:8 39:14 40:7 45:19 53:22
  69:2 73:2 79:2
**reflect**
45:1
**reflected**
54:24
**refresh**
15:6
**regard**
65:22
**regarding**
23:14,20 27:3 64:25 65:3,4,5
  67:20 79:7 81:18 83:6,7
**relates**
22:7
**relating**
19:4,7,11,23 21:14 23:23
**relevant**
24:14
**relying**
36:20 46:18
**remember**
8:11,21 9:10 14:24 19:14 25:1
  30:13 45:7 47:11,21 48:24
  59:9 60:19 61:22 67:10,12
  72:7 75:13 82:20 83:19
**renamed**
7:6
**Renner**
68:14,15
**replied**
68:20
**replying**
68:13,14
**report**
61:6
**reported**
86:9
**Reporter**
79:20 86:3
**REPORTER'S**
86:1

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

**represent**
4:18
**represented**
21:5 22:24
**representing**
18:16 21:1,2 23:2 35:9 66:10
  75:11
**request**
37:18 62:2
**requesting**
36:18
**require**
50:25
**reread**
68:16
**research**
67:22,25 68:1
**resell**
11:18,18
**reseller**
14:4,7,7 18:25 25:8 27:9 29:21
  30:9 31:1 34:17 41:15 49:19
  50:2 52:19 56:6,17,19,20
  64:23 65:7,11
**reseller/integrator**
14:8
**resellers**
30:14 52:17
**reselling**
13:18 25:4 34:20 41:23
**response**
49:4 84:4
**responsibilities**
57:3
**retired**
7:9
**revenue**
52:3,8,12,14,18 54:12
**revenues**
54:8
**review**
15:11 25:13
**reviewing**
16:15
**Ricks**
1:18 86:2,20

**right**
10:10 15:1 18:7 20:4 22:1,2
  29:5,14,17 42:15 44:16,17,17
  44:18 45:7 46:1 53:10 54:2
  58:15 59:23 62:18,25 68:10,21
  71:8,21 79:3 81:8,10
**Rod**
48:6 65:17,20
**roughly**
74:25
**router-based**
42:25
**routers**
8:2,3 9:12
**routing**
46:8,10
**rudimentary**
12:2
**rules**
42:25 74:18 81:5
**run**
44:16 71:12,24
**running**
27:5,9 29:4 32:10 33:7,22,23,24
  33:25 39:11,17,19 40:1 42:24
  47:9 61:24 68:19,21 77:5 78:1
  80:22 82:25

---
                    **S**

**s**
3:6 17:13 22:13
**sale**
26:20,21 29:9 34:3,5,6 36:9
  37:11 45:21 53:12 65:4,5
**sales**
15:18 36:3,7,23 37:8,9,21 45:11
  46:2 55:17,20 57:22 59:10
  64:25 65:3
**salespeople**
69:17
**San**
1:3,16 2:10 4:1 6:24
**Santa**
4:16
**sat**
12:22

**saw**
11:8,13 12:10,12,15 28:21
  70:21
**saying**
34:7 40:24 53:10 54:6 82:20
**says**
17:22 18:3 22:21 23:5 39:17
  40:6,16 41:2 47:25 49:2,5,7,17
  49:18 50:1,8 62:2 65:17
**science**
6:9
**Sciences**
1:5 2:2 4:19
**Scott**
68:14,15,18
**screen**
76:8
**screens**
76:5
**scroll**
49:16
**second**
3:9 22:13 49:3 50:1 72:2
**secure**
19:2 46:24
**SecureIT**
59:2
**security**
72:4,7,9
**security-related**
60:6
**see**
6:17 15:14 17:25 22:19 23:9
  28:20 32:9,20,21 50:16 66:18
  70:3 71:20 73:9,14 75:21
  78:10
**seeing**
29:1 41:16,23
**sell**
13:17 25:11 50:22,25 52:9,12
  53:6,15,24 54:7 55:17 59:5
  78:16
**selling**
26:18 27:11,18,19,20 42:1
  43:13 44:8,9,9,11 45:9,18 46:5
  54:6 55:23,24 67:15

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

Page 103

sells
59:22,25
send
31:4 51:14 68:5
sending
67:10
sent
66:25 67:12,18
sentence
68:23 71:3 72:2
separate
24:5 45:5,5,25 52:6 71:6 80:5
September
11:7 12:9 15:3 28:11,15 33:5,10
   49:9 71:25 73:3,5
serial
51:10,11
series
4:21
server
23:7,15,20 24:8,9,12 46:25 47:1
   47:6,7 80:21,22
servers
76:12,13
service
17:14 51:21 52:11,14,18 53:13
   53:15,16,17,25 54:8,12,17,19
   60:7
services
1:15 2:2 11:24 51:25 52:4,9
   53:8,11 55:4,9 60:6 64:19
   72:16
set
31:5,5 32:18,23 72:23 84:12
   86:8
setting
8:5 71:6
SHL
6:20 8:14
Shorthand
86:2
shortly
7:4
show
28:14,24 29:7,8 36:3 41:14
   47:14 73:1,2,4 74:24 75:1,7,17

76:5 77:22 78:21 81:19 83:17
showing
12:20 13:5 31:16,17,19,23 32:4
   76:5,9,20 77:23 78:6
shows
28:3 31:10,11 36:9 66:25 70:22
sic
71:15
side
28:23 48:18 56:8 74:17
sides
32:19
signed
29:13,14 30:14
silly
69:9 78:2
single
46:2,13
site
39:11 44:3,7 49:18 51:23 68:21
   69:3,10,18,20 70:3 72:20,21
   73:9,14,18,22,25 78:13
sites
52:25
sitting
37:24 61:14
size
75:3 81:19
slice
54:18
small
9:19
smooth
44:20
SNMP
9:13
soft
67:14
software
6:21 8:16,17 9:14 13:22 14:9,9
   15:18 19:5,9,12,23 22:4 25:20
   31:15 44:9,13 45:2,16 46:4,6
   50:9,22 51:3 52:13,15,22 53:7
   53:11,13,16,18,21,22,25 54:5
   54:7,16,22 55:5 56:19 61:5
   63:2

sold
27:13,25 28:2 50:19 53:4,7 55:4
   55:5,7,14 57:23 59:7
solid
42:6,7,11
somebody
13:18 14:11 53:4 54:4 62:25
   65:9 68:13 73:13 74:8
somewhat
10:20 49:6
SonicWALL
20:9
SonicWALL's
20:10
Sonsini
20:15
soon
61:17
sophisticated
12:4,6 42:25
sorry
17:1 26:22,22 27:25 40:5 52:10
   65:10
sort
71:12
sounds
69:9
source
28:20 46:10 47:12
space
41:18 70:9
speak
15:20 16:2,8
speaking
68:15
specific
9:10 14:12 19:14 33:18,19,22
   43:6,8,9 46:16 52:14 63:2
specifically
7:16 9:8 30:7 32:3 35:13 40:12
   41:8 42:12 53:10 55:16 56:9
   57:16 75:16 78:14 82:22 83:16
specifics
38:7,11
specifying
73:10

**spoke**
15:21,25
**spoken**
18:6
**spot**
61:10
**squirrely**
62:23
**stand-alone**
61:14
**standardized**
44:15
**staple**
58:12 62:14
**start**
27:20 66:17
**start-up**
7:8
**started**
7:1 10:4 26:18 27:17,19 31:8
  33:7 40:1 45:9,18 48:11 55:23
  55:24
**starts**
39:10
**state**
4:11 23:1 71:3 78:24 86:3
**stated**
27:8
**stateful**
58:6
**statement**
36:3
**States**
1:1 6:22 11:18 30:9,14 83:4,8
**static**
46:8
**stenographically**
86:10
**Steve**
75:14
**stored**
12:24
**straight**
77:9
**Strauss**
20:13

**Street**
2:10
**strike**
74:9
**student**
7:18
**stuff**
7:22 53:20 64:13 71:19
**subject**
23:5 47:20
**subscribed**
86:15
**success**
13:19 42:3
**successful**
41:25 57:12
**successfully**
13:20 61:22
**SULLLIVAN**
2:9
**sum**
68:17
**summaries**
35:22,25
**summarized**
15:18
**summer/fall**
14:25
**Sunday**
48:1
**Supplemental**
3:10 22:14
**support**
14:14 81:21
**supposed**
40:23 42:16 71:16 80:1,14
**sure**
8:3 20:5 22:2 27:2,16 34:24
  40:22 45:4,15 57:9,13,17,18
  64:15 66:20 70:5,5,23 71:15
  72:25 74:20 75:17,19 79:25
  80:21
**switches**
9:12
**sworn**
5:3 86:7

**system**
6:19 10:19 11:12 29:4 64:9
  82:24
**Systemhouse**
6:20,23 8:14,22 9:24 10:11,24
**systems**
52:19

---

### T

**T**
3:6
**T1**
8:10
**take**
34:23 37:1 77:8
**taken**
1:14 4:22 85:6 86:7,13
**talk**
5:13 38:2,7,11 75:18
**talked**
18:11,14 35:4 37:24 38:3,10
  64:22
**talking**
8:4 19:20 64:4 67:13 73:3
**tape**
51:5,7,9
**target**
69:21,23
**technical**
24:2 42:5 46:17 50:2 67:24,25
  70:6,8,9 73:10,15 74:13 78:11
**technically**
34:13 58:6,12
**Technologies**
11:8 14:19 17:23 18:24 31:4
  49:8
**technology**
7:14 9:22,25 10:14,17,18 58:7
  60:9 63:7 71:11 73:11 75:20
  76:2 77:4
**Tel**
2:5,11
**tell**
14:7 46:18 59:21 61:21 69:14
**tens**
75:5

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

terminated
10:10
terms
19:13 21:16 38:3,6
test
29:6 41:7 71:5,17,18 80:17,18
tested
71:14,14 79:24 80:3,20,20,21
   80:24
tester
71:17
testified
4:7 78:10 79:8,12 81:4,18 82:4
   84:4
testify
5:20 21:11,20 22:8 23:20,22
testifying
23:12,14
testimony
85:8 86:9,12
testing
40:19,21 41:4,5 71:12 79:8,12
tests
40:17 41:6 71:4,24 79:7
Thank
5:12 23:3 37:3,19 46:21 63:19
   66:2 83:24 84:10,11
Theirs
11:12
thereof
60:22
thing
15:1 42:22 75:6
things
10:22 23:21 24:5 31:7 42:4
   52:23 61:12,16 67:25 76:17
think
9:23,25 13:1,20 21:13 25:21,25
   26:4 27:19 36:23 42:13 45:13
   45:13,14 54:24 59:1 61:19
   72:3,23 79:8
thinking
43:24
Thorsnes
1:15
thought

41:13 43:25
thousands
75:5
thread
3:11 39:3
threads
77:17
three
13:20 17:21
Thursday
1:17 4:2
time
8:12,13 10:16 11:1 12:8,10 16:5
   20:4,5,17 21:7 24:25 25:1
   26:18 27:12,13 29:9 30:23
   33:23 38:13 39:21 44:21 46:18
   48:10,21 49:13 51:13 55:22
   58:23 59:15 64:15 66:23 67:8
   67:16 69:3,10 70:13,16 71:23
   73:8 74:3,6,10,19,22 77:3 81:5
   86:8,13
times
32:1
titled
64:8
today
4:20 5:19 10:2 16:16 21:1,2,5,8
   21:9 22:25 44:15 69:9
today's
14:21
told
16:19 73:24
top
66:17,18
track
73:17
trade
28:3,14 31:10,11 41:14 70:22
   73:1,2,3 74:24 75:1,7,17 76:4
   77:22 81:19 83:17
training
6:13
transcribed
86:10
transcript
79:18 85:5

translation
46:15
transparent
62:13
transparently
43:12
trial
21:10,11
tried
32:17 58:15 61:20 62:22 80:10
   80:12
trip
25:2
trips
62:23
trouble
32:4
Trubey
1:14 3:2 4:5,13 17:16 22:16
   23:2 59:21 63:17,18,20 85:4
   85:18
true
49:6 85:9 86:12
truth
5:3,3 61:21 69:14
truthfully
5:20 38:5
try
4:21 5:13,14,15 8:11 58:17,19
   58:21
trying
9:10 11:14 41:11,11 45:7 60:19
   62:22 68:5
turn
17:19 22:18 39:7 40:3 47:22
   48:3,3 66:12 72:6
turned
47:2
Turning
72:1 78:23
Turns
24:22
two
6:23 10:22 15:24 20:23 24:5
   32:23 35:7 38:10 42:4,5 44:13
   56:4 59:10 63:17 71:6 72:6

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

75:12,13 76:13 80:3 81:23
**type**
60:13
**typewriting**
86:11
**typically**
31:5,19,24,25 32:8

---
**U**
**U.S**
25:13 49:8,18 50:1 64:25 65:3,4
    65:5,6,8,11,12,21,22 70:2
**Uh-huh**
10:5 17:20 22:23 29:2 32:25
    33:2 40:4,18 47:24 48:2,5
    49:11 52:2 55:10 62:11 64:6
    77:19 78:25 81:20 83:2
**Um**
67:22
**ums**
5:9
**underneath**
22:21
**understand**
5:17 32:16
**understanding**
32:15
**Understood**
36:22
**unique**
10:9
**United**
1:1 11:18 30:9,14 83:4,8
**units**
59:14
**university**
6:8,18 7:10 8:8 69:19 70:1
**Unix**
7:21 42:24
**updated**
51:14
**upgraded**
51:19
**URL**
60:22
**URQUHART**

2:9
**usage**
71:20
**use**
35:16 43:16 44:1 50:16 51:7,15
    62:7,8 63:21 64:25 65:8,22
    72:5,13,16 83:3,5,6,7,8
**user**
28:22 29:1 31:16,17 40:10,14
    65:12,21 76:5,20
**users**
72:15

---
**V**
**vague**
19:13
**variety**
8:18 31:2
**various**
11:24 44:1
**verbal**
5:8
**verbally**
5:10 76:25 82:18
**version**
8:24 47:9,10,10,17
**versions**
51:12,14
**versus**
55:5
**view**
61:6
**viewpoint**
72:4,5,8,9,13
**viewpoints**
72:6
**vividly**
10:8
**vs**
1:7
**Vu**
24:18

---
**W**
**wages**
55:3
**walk**

66:16 75:17
**wall**
33:4
**want**
6:3 34:23 41:15 56:15 57:7
    58:17 77:8
**wanted**
32:9 75:21 76:14
**wasn't**
8:21 12:3 28:10 29:8 43:15
    44:14 56:13,24 57:9 71:17
    75:3
**WatchGuard**
14:16 17:6 18:4,6,11,16,21
**WatchGuard's**
17:6
**Waterloo**
6:8,16
**way**
7:6 31:2 43:15 44:12,19 56:4
    60:11,21 70:12,20 71:16 74:14
    80:1,3,16
**Wayback**
44:2
**ways**
31:2,7 54:18 70:10 74:13 76:21
**we're**
7:7 23:2 66:16 74:13
**we've**
34:22 64:22 71:3
**Web**
44:3,7 60:3,12,13,23 61:1,2
    63:1 69:3,10,18,20 70:3 72:20
    72:21 73:9,14,18,22,25 77:17
    77:20,21 78:13
**Web-filtering**
60:9
**Websense**
7:6 13:8,10,23 34:9,16,17 48:12
    48:13,15,18,20 55:22,23,25
    56:10,23 59:21,23 60:13,25
    61:5,5,13,13,25 63:9
**Webster**
13:10
**went**
8:14 11:6,6 57:8 64:3

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

**weren't**
18:20 42:14,16 43:1,5 54:2
  69:24 70:7
**WHEREOF**
86:15
**Whiteside**
49:23
**willcooper@quinnemanuel.c...**
2:11
**WILLIAM**
2:9
**Wilson**
20:15
**win**
9:1
**witness**
15:24 77:9 79:24 86:6,15
**won**
9:2
**wondering**
64:11
**word**
48:17
**work**
5:9 14:16,18 53:19 60:10 71:16
  71:16,20 80:1
**worked**
6:17,17,20,22 7:10 8:16,23 9:11
  21:17 25:24 31:16 42:6 46:6
  46:19 48:9 71:21 74:14,14
  76:22 82:21 83:21 84:6
**working**
8:23 9:13,24 10:23 48:11
**works**
60:11 68:24 78:24
**wouldn't**
21:23 25:25 44:22 53:25 58:22
  58:22 77:25
**write**
78:2
**writing**
67:10
**written**
63:13 77:25
**wrote**
15:6 27:6 33:12 40:9 73:8 74:3

74:6

___

**X**

**X**
3:1,6

___

**Y**

**yeah**
8:15,17 9:7 10:3 12:7,11 18:2
  18:10 19:21 20:20 21:12 27:6
  30:16 31:19 33:17 34:2 35:23
  39:24 40:13 42:2 45:13 48:7
  49:24 51:6,16 52:20 59:7
  60:19 62:6,25 63:5,21 64:13
  65:6
**yearly**
53:16,16,16
**years**
6:18,21,23 7:3 18:11 60:25
  74:25
**Yep**
49:21
**yesterday**
16:18,22 37:25
**York**
12:17

___

**Z**

**Zenith**
37:12

___

**0**

**00001**
63:17
**00002**
63:18
**07102-5310**
2:4

___

**1**

**10-17-94**
3:12
**10:21**
35:1
**10:32**
35:1
**100,000**

75:6
**10th**
73:5
**12:12**
4:3 84:13
**12098**
1:18 86:20
**13**
1:17 4:2 85:6
**136**
3:8 17:10,11,13
**137**
3:9 22:10,11,13
**138**
3:11 38:25 39:1,3,5 47:22 65:16
  66:12
**14th**
73:5
**17**
3:8
**17th**
33:21,25 39:23 66:22 78:5
**18th**
86:16
**1987**
6:8
**1994**
10:4,6 13:13 39:23 48:1 66:22
  71:23 73:6,7 74:25 83:1
**1995**
34:6,8
**1996**
55:18
**1st**
10:7 26:21 34:6,7

___

**2**

**20**
18:11 74:25
**2000**
7:8 56:15,17
**2001**
7:9
**2002**
64:8
**2012**

CONFIDENTIAL * FOR ATTORNEYS' EYES ONLY * CONFIDENTIAL

3:8 17:15
**2013**
1:17 4:2 85:6,11 86:16
**2093(b)**
1:19
**20th**
64:8
**22**
3:9
**22nd**
2:10
**2550**
1:15
**29**
3:8
**29th**
17:15

### 3
**3:12-CV-01106-WHA**
1:7
**30**
7:19
**30th**
48:1
**39**
3:11

### 4
**4**
3:4
**4-NPS058692**
66:14
**415-875-6426**
2:11
**415-875-6700**
2:11
**4th**
26:22 34:7,8 36:5,10

### 5
**5**
17:19
**5,623,601**
25:14
**50**
2:10

**50,000**
75:1
**500**
75:1,4
**5404**
4:15
**58693**
77:17
**58699**
47:23
**58700**
49:2
**58702**
48:4

### 6
**66**
3:5
**692**
78:23

### 7
**7**
22:18
**77**
3:4

### 8
**8:31**
66:24
**80s**
8:4
**83**
3:5
**84**
3:4

### 9
**9:30**
1:17
**9:38**
4:3
**94**
7:1 10:20,21,22 11:7 12:9 14:25
    15:14 20:3 26:17,17 27:7,17
    28:11,15 30:20,21 33:5,8,9
    35:17,23 36:1,2,4,6,8 37:9

72:24 77:6
**94111**
2:10
**95**
13:21 15:14 25:1 26:21,22
    27:17 30:13,15,16 35:23 36:5
    36:10 37:9 45:8,11,14,19,21
    46:2 54:15 57:18
**96**
13:22 25:1 27:17,19 55:24,25
    57:18,19
**97**
55:20
**973-596-4611**
2:5
**973-639-6263**
2:5