1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETWORK PROTECTION SCIENCES, LLC, | CASE NO. 3:12-CV-01106-WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING-IN-PART MOTION TO FILE DOCUMENTS UNDER SEAL |
| vs. | (DKT. NO. 276) |
| FORTINET, INC., | |
| Defendant. | |

04880.52079/5487706.1

Case No. 3:12-CV-01106-WHA
[~~PROPOSED~~] ORDER GRANTING-IN-PART MOTION TO FILE DOCUMENTS UNDER SEAL

On August 15, 2013, Plaintiff Network Protection Sciences (NPS) filed an administrative motion for leave to file documents under seal. Specifically, NPS seeks to file under seal Exhibits 1, 8, 9, 10, 18, 26, 27, and 28 to the Declaration of Jill F Kopeikin in Support of NPS's Opposition to Fortinet, Inc.'s Motion for Summary Judgment (the Kopeikin Decl.); and portions of NPS's Opposition to Fortinet's Motion for Summary Judgment of Noninfringement; and the Declaration of Angelos Keromytis in support of NPS's Opposition to Fortinet's Motion for Summary Judgment of Noninfringement.

On September 13, 2013, pursuant to the Court's ORDER RE SEALING MOTION (DKT. NO. 243) and Civil L.R. 79-5(d), Defendant Fortinet filed a declaration in partial support of NPS's administrative motion, requesting that "source code references" and "two technical memos (Dkt. Nos. 240-3–4)" be filed under seal. As exhibits to its declaration, Fortinet filed redacted versions of Exhibits 1, 8, 9, 10, 18, and 28 to the Declaration of Jill F Kopeikin in Support of NPS's Opposition to Fortinet, Inc.'s Motion for Summary Judgment (the Kopeikin Decl.); and portions of NPSs Opposition to Fortinet's Motion for Summary Judgment of Noninfringement; and the Declaration of Angelos Keromytis in support of NPS's Opposition to Fortinet's Motion for Summary Judgment of Noninfringement. Fortinet stated that Exhibits 26 and 27 to the Kopeiken Decl. do not need to be maintained under seal.

After reviewing the documents in question, the Court concludes that good cause exists to seal the requested Exhibits 1, 8, 9, 10, 18, and 28 to the Kopeikin Decl.; and portions of NPS's Opposition to Fortinet's Motion for Summary Judgment of Noninfringement; and the Declaration of Angelos Keromytis in support of NPS's Opposition to Fortinet's Motion for Summary Judgment of Noninfringement. Plaintiff is directed to electronically file the documents under seal pursuant to General Order 62. Information about electronically filing documents under seal may be found on the Court's website (http://www.cand.uscourts.gov) as well as the ECF website for this Court (http://ecf.cand.uscourts.gov/index.html).

IT IS SO ORDERED.

Dated:   September 25, 2013

_____
William Alsup
United States District Judge