1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11
12

13 | NETWORK PROTECTION SCIENCES, LLC, | CASE NO. 3:12-CV-01106-WHA
14 | | **[PROPOSED] ORDER GRANTING FORTINET, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF FORTINET, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE & EXCLUDE EXPERT OPINIONS & TESTIMONY OF JOHN C. JAROSZ**
15 | Plaintiff, |
16 | vs. |
17 | FORTINET, INC., |
18 | Defendant. | **(DKT. NO. 276)**

(The word "PROPOSED" in the title is struck through.)

# ~~PROPOSED~~ ORDER

Before the Court is Defendant Fortinet, Inc.'s ("Fortinet") Administrative Motion to File Documents Under Seal in Support of Fortinet, Inc.'s Reply in Support of its Motion to Strike & Exclude Expert Opinions & Testimony of John C. Jarosz, requesting that it be filed under seal.

After considering Fortinet's motion and supporting evidence, and it appearing to the Court that good cause exists for the granting of the motion, Fortinet's motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT the following documents, which have been lodged with this Court, be filed under seal:

Fortinet, Inc.'s Reply in Support of its Motion to Strike & Exclude Expert Opinions & Testimony of John C. Jarosz.

**IT IS SO ORDERED.**

Dated:   September 25, 2013.   _____

Hon. William H. Alsup

United States District Court Judge