UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FORTINET, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:12-CV-01106-WHA<br><br>[~~PROPOSED~~] **ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**(DKT. NO. 262)** |

1  On September 5, 2013, Plaintiff Network Protection Sciences, LL ("NPS") filed an
2 administrative motion for leave to file documents under seal.  Dkt. No. 262.  Specifically, NPS
3 seeks to file under seal (i) portions of Network Protection Sciences, LLC's Opposition to Fortinet,
4 Inc.'s Motion to Strike and Exclude Testimony of John C. Jarosz; and (ii) Exhibit 1 to the
5 Declaration of David R. Owens in Support thereof.

6  On September 12, 2013, pursuant to Civil L.R. 79-5(d), Defendant Fortinet filed a
7 declaration explaining its position that these materials do not need to be maintained under seal.

8  Accordingly, Plaintiff's motion is DENIED.

10  **IT IS SO ORDERED.**

13 Dated:    September 25, 2013.   _____
14                                 Hon. William H. Alsup
15                                 United States District Court Judge