IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FORTINET, INC.,<br><br>    Defendant.<br>_____ / | No. C 12-01106 WHA<br><br>**ORDER GRANTING IN PART MOTIONS TO SEAL (DKT. NOS. 260, 291)** |

Two prior orders denied motions to seal by defendant but granted defendant an opportunity to file revised redacted versions of the documents to be sealed (Dkt. Nos. 260, 291, 326–7). Upon review of the revised submissions, motions to seal are **GRANTED** as to the revised versions (Dkt. Nos 332–33).

**IT IS SO ORDERED.**

Dated: September 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE