MICHAEL CUKOR (*Pro Hac Vice*, NY Bar No. 3935889)
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Tel: (212) 613-2013
Fax: (212) 554-9658
mcukor@gibbonslaw.com

VINCENT E. MCGEARY (*Pro Hac Vice*, NJ Bar No. 041681991)
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4837
Fax: (973) 639-6477
vmcgeary@gibbonslaw.com

JILL F. KOPEIKIN (CA Bar No. 160792)
VALERIE M. WAGNER (CA Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA  94040
Tel:  (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiff
Network Protection Sciences, LLC

JOHN M. NEUKOM (SBN 275887)
ANDREW M. HOLMES (SBN 260475)
WILLIAM O. COOPER (SBN 279385)
ALICIA M. VEGLIA (SBN 291070)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Tel: (415) 875-6600
Fax: (415) 875-6700
johnneukom@quinnemanuel.com
drewholmes@quinnemanuel.com
willcooper@quinnemanuel.com
aliciaveglia@quinnemanuel.com

ROBERT P. FELDMAN (SBN 069602)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr
Redwood City, CA 94065
Telephone: (650) 801-5069
Facsimile: (650) 801-5100
bobfeldman@quinnemanuel.com

Attorneys for Defendant
FORTINET, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK PROTECTION SCIENCES, LLC<br><br>    Plaintiff,<br><br>    vs.<br><br>FORTINET, INC.<br><br>    Defendant. | No.  3:12-CV-01106-WHA<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Judge:  William H. Alsup |

JOINT STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 3:12-CV-01106-WHA

| | |
|---|---|
| 1 Pursuant to stipulation, Plaintiff Network Protection Sciences, LLC and Defendant Fortinet, Inc. hereby stipulate and agree that this case is dismissed with prejudice and that each party shall bear its own costs and fees. | |

Dated:  September 26, 2013                    NETWORK PROTECTION SCIENCES, LLC

By: */s/ Michael Cukor*

    Jill F. Kopeikin
    Valerie M. Wagner
    GCA LAW PARTNERS LLP
    2570 W. El Camino Real, Suite 510
    Mountain View, California 94040
    650-428-3900
    650-428-3901 (fax)
    jkopeikin@gcalaw.com
    vwagner@gcalaw.com

    Michael Cukor
    Gibbons PC
    One Pennsylvania Plaza, 37th Floor
    New York, New York 10119-3701
    212-613-2013
    212-554-9658 (fax)
    mcukor@gibbonslaw.com

    Vincent E. McGeary
    Gibbons P.C.
    One Gateway Center
    Newark, New Jersey 07102-5310
    973-596-4837
    973-639-6477 (fax)
    vmcgeary@gibbonslaw.com

COUNSEL FOR PLAINTIFF
NETWORK PROTECTION SCIENCES, LLC

| | |
|---|---|
| Dated:  September 26, 2013 | FORTINET, INC. |

                                                  By:  */s/ John M. Neukom*

                                                  John M. Neukom
                                                  Andrew M. Holmes
                                                  William O. Cooper
                                                  QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP
                                                  50 California Street, 22nd Floor
                                                  San Francisco, California 94111-4788
                                                  Telephone: (415) 875-6600
                                                  Facsimile: (415) 875-6700
                                                  johnneukom@quinnemanuel.com
                                                  drewholmes@quinnemanuel.com
                                                  willcooper@quinnemanuel.com

                                                  Attorneys for Defendant
                                                  FORTINET, INC.

## **SIGNATURE ATTESTATION**

     Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

                                                */s/ Andrew M. Holmes*
                                                Andrew M. Holmes

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

ALL CLAIMS BY PLAINTIFF NETWORK PROTECTION SCIENCES, LLC AGAINST DEFENDANT FORTINET, INC. ARE DISMISSED **WITH PREJUDICE**. ALL COUNTERCLAIMS BY DEFENDANT FORTINET, INC. AGAINST PLAINTIFF NETWORK PROTECTION SCIENCES, LLC ARE DISMISSED **WITH PREJUDICE**. EACH PARTY SHALL BEAR ITS OWN FEES AND COSTS.

DATE: September 27, 2013.

_____
William Alsup
United States District Judge