IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETWORK PROTECTION SCIENCES, LLC,

    Plaintiff,

v.

FORTINET, INC.,

    Defendant.

No. C 12-01106 WHA

**ORDER DENYING MOTION TO SEAL (DKT. NO. 316)**

Defendant filed a motion to seal an excerpt of a deposition transcript (Dkt. No. 316). The motion and supporting papers do not set out a basis for sealing the document, nor is any basis for sealing discernable upon review of the document itself. The motion is **DENIED**. Defendant shall file the document in unredacted form on the public docket by **OCTOBER 2 AT NOON**.

**IT IS SO ORDERED.**

Dated: September 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE