**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  NETWORK PROTECTION SCIENCES,                No. C 12-01106 WHA
    LLC,
11

12            Plaintiff,
                                                **ORDER GRANTING IN PART**
13     v.                                       **MOTIONS TO SEAL (DKT. NOS.**
                                                **260, 291)**
14  FORTINET, INC.,

15            Defendant.
                                        /
16

17          Two prior orders denied motions to seal by defendant but granted defendant an

18  opportunity to file revised redacted versions of the documents to be sealed (Dkt. Nos. 260, 291,

19  326–7).  Upon review of the revised submissions, motions to seal are **GRANTED** as to the revised

20  versions (Dkt. Nos 332–33).

21

22          **IT IS SO ORDERED.**

23

24  Dated:   September 26, 2013.

                                        _____
25                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
26

27

28