1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETWORK PROTECTION SCIENCES, LLC, | CASE NO. 3:12-CV-01106-WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| FORTINET, INC., | |
| Defendant. | |

1    On September 18, 2013, Plaintiff Network Protection Sciences, LLC ("NPS") filed an
2 administrative motion for leave to file documents under seal. Dkt. No. 310. Specifically, NPS
3 seeks to file under seal (i) Exhibits 4, 7, 8, 11, and 17 to the Declaration of William O. Cooper In
4 Support of Fortinet's Opposition to NPS' Motions *in Limine* Nos. 1-4; and (ii) Exhibits 4, 5, 6, 11,
5 and 12 to the Declaration of Jill F. Kopeikin In Support of NPS' Motions *in Limine* Nos. 1-4.

6    On September 23, 2013, pursuant to Civil L.R. 79-5(d), Defendant Fortinet filed a
7 declaration in support of NPS's administrative motion, requesting that the above-referenced
8 exhibits be filed under seal.

9    After reviewing the documents in question, the Court concludes that good cause exists to
10 seal the requested (i) Exhibits 4, 7, 8, 11, and 17 to the Declaration of William O. Cooper In
11 Support of Fortinet's Opposition to NPS' Motions *in Limine* Nos. 1-4; and (ii) Exhibits 4, 5, 6, 11,
12 and 12 to the Declaration of Jill F. Kopeikin In Support of NPS' Motions *in Limine* Nos. 1-4.

13    Plaintiff's are directed to electronically file the documents under seal pursuant to General
14 Order 62. Information about electronically filing documents under seal may be found on the
15 Court's website (http://www.cand.uscourts.gov) as well as the ECF website for this Court
16 (http://ecf.cand.uscourts.gov/index.html).

23 **IT IS SO ORDERED.**

25 Dated: October 2, 2013.

     _____
26   Hon. William H. Alsup
27   United States District Court Judge