1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETWORK PROTECTION SCIENCES, LLC, | CASE NO. 3:12-CV-01106-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| FORTINET, INC., | |
| Defendant. | |

1    On September 18, 2013, Plaintiff Network Protection Sciences, LLC ("NPS") filed an administrative motion for leave to file documents under seal. Dkt. No. 310. Specifically, NPS seeks to file under seal (i) Exhibits 4, 7, 8, 11, and 17 to the Declaration of William O. Cooper In Support of Fortinet's Opposition to NPS' Motions *in Limine* Nos. 1-4; and (ii) Exhibits 4, 5, 6, 11, and 12 to the Declaration of Jill F. Kopeikin In Support of NPS' Motions *in Limine* Nos. 1-4.

On September 23, 2013, pursuant to Civil L.R. 79-5(d), Defendant Fortinet filed a declaration in support of NPS's administrative motion, requesting that the above-referenced exhibits be filed under seal.

After reviewing the documents in question, the Court concludes that good cause exists to seal the requested (i) Exhibits 4, 7, 8, 11, and 17 to the Declaration of William O. Cooper In Support of Fortinet's Opposition to NPS' Motions *in Limine* Nos. 1-4; and (ii) Exhibits 4, 5, 6, 11, and 12 to the Declaration of Jill F. Kopeikin In Support of NPS' Motions *in Limine* Nos. 1-4.

Plaintiff's are directed to electronically file the documents under seal pursuant to General Order 62. Information about electronically filing documents under seal may be found on the Court's website (http://www.cand.uscourts.gov) as well as the ECF website for this Court (http://ecf.cand.uscourts.gov/index.html).

**IT IS SO ORDERED.**

Dated: October 2, 2013.

_____
Hon. William H. Alsup
United States District Court Judge