1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12

13   NETWORK PROTECTION SCIENCES,          CASE NO. 3:12-CV-01106-WHA
     LLC,
14                                          [PROPOSED] ORDER GRANTING
                Plaintiff,                  ADMINISTRATIVE MOTION TO FILE
15                                          DOCUMENTS UNDER SEAL
          vs.
16
     FORTINET, INC.,
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

On September 18, 2013, Plaintiff Network Protection Sciences, LLC ("NPS") filed an administrative motion for leave to file documents under seal.  Dkt. No. 311.  Specifically, NPS seeks to file under seal Exhibits 4A, 4B, 4C, 8, 9, 10, 20, 33, 34, and 41 to the Declaration of Jill F. Kopeikin in Support of Network Protection Sciences, LLC's Trial Brief.

On September 24, 2013, pursuant to Civil L.R. 79-5(d), Defendant Fortinet filed a Declaration in Support of NPS's Administrative Motion, respectfully requesting that certain of the above-referenced  exhibits be filed under seal, namely Exhibits 4A, 4C, 8, 9, 10, 20, and 41.

After reviewing the documents in question, and the declaration in support, the Court concludes that good cause exists to seal the requested Exhibits 4A, 4C, 8, 9, 10, 20, and 41 to the Declaration of Jill F. Kopeikin in Support of Network Protection Sciences, LLC's Trial Brief.

Plaintiff's are directed to electronically file the documents under seal pursuant to General Order 62.  Information about electronically filing documents under seal may be found on the Court's website (http://www.cand.uscourts.gov) as well as the ECF website for this Court (http://ecf.cand.uscourts.gov/index.html).

**IT IS SO ORDERED.**

Dated:   October 2, 2013.

_____

Hon. William H. Alsup

United States District Court Judge

-2-                    Case No. 3:12-CV-01106-WHA

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL